**HEARING DATE AND TIME: MARCH 22, 2022 AT 2:00 P.M.**

Mark S. Lichtenstein                                  John H. Thompson
AKERMAN LLP                                           AKERMAN LLP
1251 Avenue of The Americas, 37th Floor               750 Ninth Street, N.W., Suite 750
New York, New York 10020                              Washington D.C. 20001
Tel. No. (212) 880-3800                               Tel.: (202) 393-6222
Fax No. (212) 880-8965                                Fax: (202) 393-5959

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUYK CORP.[1] | ) | Case No. 22-10328 (MEW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE AND**
**TELEPHONIC HEARING TO CONSIDER "FIRST DAY" MOTIONS**

**PLEASE TAKE NOTICE** that, on March 17, 2022 (the "Petition Date"), Buyk Corp. (the "Debtor") as debtor and debtor-in-possession, filed a petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing (the "First Day Hearing") to consider the Debtor's motions set forth on **Exhibit A** hereto (collectively the "First Day Pleadings") has been scheduled by the Court for **March 22, 2022 at 2:00 p.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court, One Bowling Green, New York, NY 10004.  The Debtor has requested that the Court consider

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477).  The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

1

the relief requested in the First Day Pleadings on a final basis, or, in certain cases, on an interim basis, pending a final hearing to be scheduled at a later date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[2] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and all pleadings and other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004.  Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one in connection with the chapter 11 case.  (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief

---

[2] The Bankruptcy Court's procedure for telephonic appearances is available at:
http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated: New York, New York
March 18, 2022

                              AKERMAN LLP

                              By:   */s/ Mark Lichtenstein*
                                    Mark S. Lichtenstein
                                    AKERMAN LLP
                                    1251 Avenue of The Americas, 37th Floor
                                    New York, New York 10020
                                    Tel. No. (212) 880-3800
                                    Fax No. (212) 880-8965
                                    E-Mail: mark.lichtenstein@akerman.com

                                    -and-

                                    John H. Thompson
                                    AKERMAN LLP
                                    750 Ninth Street, N.W., Suite 750
                                    Washington D.C. 20001
                                    Tel.: (202) 393-6222
                                    Fax: (202) 393-5959
                                    E-Mail: john.thompson@akerman.com

                              *Proposed Counsel for Debtor and Debtor-in Possession*

62593445;3

# **EXHIBIT A**

1. Debtor's Motion for Entry of an Order Granting an Extension of Time to File Schedules and Statements [**ECF No. 2**]

2. Debtor's Motion for Entry of an Order Authorizing Payment of Sales, Franchise, and Annual Reporting Taxes and Fees [**ECF No. 4**]

3. Debtor's Motion for Order Under 11 U.S.C. §§ 105 and 546 Approving Reclamation Procedures **[ECF No. 6]**

4. Debtor's Emergency Motion for Entry of Interim and Final Order (i) Authorizing Debtor to, in the Ordinary Course, Use Cash Management System and Bank Accounts; and (ii) Authorizing Banks and Financial Institutions to Honor and Process All Related Check and Electronic Payment Requests [**ECF No. 7**]

5. Debtor's Emergency Motion for Entry of an Order (i) Authorizing, but not Directing, Debtor to (a) Maintain Existing Insurance Programs and Existing Premium Financing Agreement, and (b) Fund All Obligations in Respect Thereof, and (ii) Granting Related Relief [**ECF No. 10**]

6. Debtor's Motion for Entry of Order (i) Authorizing Debtor to Pay Pre-Petition Wages and (ii) Authorizing Banks and Financial Institutions to Pay All Checks and Electronic Payment Requests [**ECF No. 12**]

7. Debtor's Motion For Entry of Interim and Final Orders, Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (i) Authorizing the Debtor to Obtain Senior Secured Superpriority Post-Petition Financing, (ii) Granting Liens and Administrative Expense Claims, (iii) Authorizing the Use of Cash Collateral, (iv) Granting Adequate Protection, (v) Modifying The Automatic Stay, (vi) Scheduling a Final Hearing and (vii) Granting Related Relief [**ECF No. 13**]

8. Debtor's Emergency Motion to (i) Approve Asset Sale Via Auction; and (ii) Sell Property Free and Clear of All Liens, Claims, and Encumbrances **[ECF No. 16]**