| | |
|---|---|
| Mark S. Lichtenstein<br>AKERMAN LLP<br>1251 Avenue of The Americas, 37th Floor<br>New York, New York 10020<br>Tel. No. (212) 880-3800<br>Fax No. (212) 880-8965 | John H. Thompson<br>AKERMAN LLP<br>750 Ninth Street, N.W., Suite 750<br>Washington D.C. 20001<br>Tel.: (202) 393-6222<br>Fax: (202) 393-5959 |

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:                              )<br>                                         )<br>BUYK CORP.[1]                  )<br>                                         )<br>         Debtor.                  ) | Chapter 11<br>Case No. 22-10328 (MEW) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Esther A. McKean, request admission, ***pro hac vice***, to represent Buyk Corp. (the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 case.

***I certify that I am a member in good standing*** of the bar of the State of Florida, State of Texas and the bars of the U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida, U.S. District Court for the Southern District of Florida, U.S. District Court, Western District of Oklahoma, U.S. District Court, Eastern District of Texas, U.S. District Court, Northern District of Texas, and U.S. District Court, Southern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

62705834;1

Dated: Orlando, Florida
   March 21, 2022

                */s/ Esther A. McKean*
                Esther A. McKean
                AKERMAN LLP
                420 South Orange Ave., Suite 1200
                Orlando, FL 32801
                Tel. No. (407) 423-4000
                E-mail: esther.mckean@akerman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BUYK CORP.[1] ) | Case No. 22-10328 (MEW) |
| ) | |
| Debtor. ) | |
| ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Esther A. McKean, to be admitted, ***pro hac vice***, to represent Buyk Corp. (the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 case [ECF No. __], and upon the movant's certification that the movant is a member in good standing of the bars in the State of Florida, State of Texas and the bars of the U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Middle District of Florida, U.S. District Court for the Northern District of Florida, U.S. District Court for the Southern District of Florida, U.S. District Court, Western District of Oklahoma, U.S. District Court, Eastern District of Texas, U.S. District Court, Northern District of Texas, and U.S. District Court, Southern District of Texas., it is hereby

**ORDERED**, that Esther A. McKean, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       March ___, 2022

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

62705902;1