HEARING DATE AND TIME: APRIL 19, 2022 AT 10:00 A.M. (ET)
OBJECTION DEADLINE DATE AND TIME: APRIL 12, 2022 AT 4:00 P.M. (ET)

Mark S. Lichtenstein                          John H. Thompson
AKERMAN LLP                                   AKERMAN LLP
1251 Avenue of The Americas, 37th Floor       750 Ninth Street, N.W., Suite 750
New York, New York 10020                      Washington D.C. 20001
Tel. No. (212) 880-3800                       Tel.: (202) 393-6222
Fax No. (212) 880-8965                        Fax: (202) 393-5959

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BUYK CORP.[1] | ) | Case No. 22-10328 (MEW) |
| | ) | |
| Debtor. | ) | **RELATED DOC. NOS. 14 AND 17** |
| | ) | |

## NOTICE OF TELEPHONIC HEARING ON CERTAIN MOTIONS

**PLEASE TAKE NOTICE** that a telephonic hearing on the following motions:

1.  DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL
    ORDERS (I) DETERMINING THAT UTILITY PROVIDERS HAVE BEEN
    PROVIDED WITH ADEQUATE ASSURANCE OF PAYMENT, (II)
    APPROVING PROPOSED ADEQUATE ASSURANCE PROCEDURES, (III)
    PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR
    DISCONTINUING UTILITY SERVICES, (IV) DETERMINING THAT
    DEBTOR IS NOT REQUIRED TO PROVIDE ANY ADDITIONAL
    ASSURANCE, (V) SCHEDULING A HEARING TO CONSIDER ENTRY OF
    A FINAL ORDER, AND (VI) GRANTING RELATED RELIEF [**ECF NO. 14**]

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477).
The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

2.      DEBTOR'S MOTION FOR AN ORDER (I) APPROVING TERMS AND
AUTHORIZING IMPLEMENTATION OF KEY EMPLOYEE RETENTION
PROGRAM AND KEY EMPLOYEE INCENTIVE PLAN; AND (II)
GRANTING RELATED RELIEF [**ECF NO. 17**]

will be held on **April 19, 2022 at 10:00 a.m. (ET)** before the Honorable Michael E. Wiles, United

States Bankruptcy Judge, or as soon thereafter as counsel may be heard, at the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 617,

New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, dated

March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted

telephonically.  Parties wishing to appear at, or attend, the Hearing must refer to and comply with

the Bankruptcy Court's guidelines for telephonic appearances[2] and make arrangements with Court

Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all pleadings and

other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website

at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling

Green, New York, New York 10004. Note that a PACER password is needed to access

documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should**

**read the Motion(s) carefully and discuss it with your attorney, if you have one in**

**connection with the chapter 11 case. (If you do not have an attorney, you may wish to**

**consult with one).**

---

[2] The Bankruptcy Court's procedure for telephonic appearances is available at:
http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

**PLEASE TAKE FURTHER NOTICE** the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any objections, or other responses shall be filed and served no later than **April 12, 2022 at 4:00 p.m. (ET),** must be made in writing, state with particularity the grounds therefore, shall conform to the United States Bankruptcy Rules and the Local Rules of the Bankruptcy Court, include in the upper right hand corner of the caption, the ECF docket number to which the filing relates, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399, and served via e-mail upon Akerman LLP, Proposed Counsel to the Debtor, to Mark S. Lichtenstein mark.lichtenstein_@akerman.com and John H. Thompson john.thompson@akerman.com together with proof of service thereof.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing **telephonically** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court. Failure to appear may result in relief being granted as requested.

**PLEASE TAKE FURTHER NOTICE** that unless responses are received by that time, the relief may be granted as requested.

Dated: New York, New York
      March 28, 2022

                AKERMAN LLP

                By:    */s/Mark Lichtenstein*
                      Mark S. Lichtenstein
                      1251 Avenue of The Americas, 37th Floor
                      New York, New York 10020
                      Tel. No. (212) 880-3800
                      Fax No. (212) 880-8965
                      E-Mail: mark.lichtenstein@akerman.com

                      -and-

John H. Thompson
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington D.C. 20001
Tel.: (202) 393-6222
Fax: (202) 393-5959
E-Mail: john.thompson@akerman.com

*Proposed Counsel for Debtor and Debtor-in Possession*