Mark S. Lichtenstein  
AKERMAN LLP  
1251 Avenue of The Americas, 37th Floor  
New York, New York 10020  
Tel. No. (212) 880-3800  
Fax No. (212) 880-8965  

John H. Thompson  
AKERMAN LLP  
750 Ninth Street, N.W., Suite 750  
Washington D.C. 20001  
Tel.: (202) 393-6222  
Fax: (202) 393-5959  

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 22-10328 (MEW) |
| BUYK CORP.[1] ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF AUCTIONS TO BE CONDUCTED BY
### AUCTIONEER NATIONAL PROPERTY SOLUTIONS, INC.

PLEASE TAKE NOTICE that National Property Solutions, Inc. will sell at public auction sale the Estate's interest in the following described property at the dates and times indicated:

ASSETS: Assets to be auctioned will include all perishable inventory including grocery, frozen and refrigerated foods, all equipment including refrigeration and freezers, office equipment, and miscellaneous assets.

BIDDING: Details on the auctions, auction process and bidding online or onsite can be found at https://www.npsolutions.com/auctions/buyk-grocery-delivery.

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

62862496;1

INSPECTION:

| DAY & TIMES | STORE LOCATION |
|---|---|
| **SATURDAY** | **April 2, 2022** |
| 9:30-11:00 | Irving Park Rd., Chicago, IL |
| 11:30 – 1:00 | 2774 Milwaukee Ave., Chicago, IL |
| 12:30 – 2:00 | Armitage Ave., Chicago, IL |
| 2:00 – 3:30 | 1860 Milwaukee Ave., Chicago, IL |
| 3:00 – 5:00 | Clark St., Chicago, IL |
| 4:30 – 6:00 | Clybourn Ave., Chicago, IL |
| **SUNDAY** | **April 3, 2022** |
| 12:00 - 1:30 | Cicero Ave., Chicago, IL |
| 3:00 – 4:30 | Lawrence Ave., Chicago, IL |

LOCATIONS, DATES, AND TIMES OF AUCTIONS:

**Day One: Monday, April 4**: Bidding will begin to close at 9:00 a.m. starting with Lot 1000 and continuing with all lots below 4,999. The first digit of the lot number designates location:

| Lot Series | Store Location | Lot Series | Store Location |
|---|---|---|---|
| **1000 - 1999** | 1956 W. Lawrence Ave., Chicago, IL | 3000 – 3999 | 2774 N. Milwaukee Ave., Chicago, IL |
| **2000 - 2999** | 4819 W. Irving Park Rd., Chicago, IL | 4000 - 4999 | 3545 W. Armitage Ave., Chicago, IL |

2

**Day Two: Tuesday, April 5**: Bidding will begin to close at 9:00 a.m. starting with Lot 5000 and all remaining lots.

| Lot Series | Store Location | Lot Series | Store Location |
|---|---|---|---|
| **5000 - 5999** | 1860 N. Milwaukee Ave., Chicago, IL | **7000 – 7999** | 2121 N. Clybourn Ave., Chicago, IL |
| **6000 - 6999** | 2717 N. Clark St., Chicago, IL | **8000 - 9999** | 4838 S. Cicero Ave., Chicago, IL |

<u>CONTACT INFORMATION FOR AUCTIONEER</u>: (312) 278-0600

Dated: April 1, 2022                             AKERMAN LLP

By:  ___/s/Esther McKean___
Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of The Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
Fax No. (212) 880-8965
E-Mail: mark.lichtenstein@akerman.com
        -and-
John H. Thompson
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington D.C. 20001
Tel.: (202) 393-6222
Fax: (202) 393-5959
E-Mail: john.thompson@akerman.com
        -and
Esther McKean, Esq,
Admitted Pro Hac Vice
AKERMAN LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Tel: (407) 419-8583
Fax: (407) 843-6610
E-Mail: esther.mckean@akerman.com
*Proposed Counsel for Debtor and Debtor-in Possession*