Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of The Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
Fax No. (212) 880-8965

John H. Thompson
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington D.C. 20001
Tel.: (202) 393-6222
Fax: (202) 393-5959

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-10328 (MEW) |
| BUYK CORP.[1] | ) | |
| | ) | |
| Debtor. | ) | |

**AUCTIONEER'S REPORT OF SALE**

**NOW COMES Michael Amodeo**, as auctioneer (the "Auctioneer") and files this report of sale (the "Report") in accordance with Rule 6004-1(f) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"). In support thereof, the Auctioneer states as follows:

In accordance with Local Bankruptcy Rule 6004-1(g), attached hereto as **Exhibit 1** is the Affidavit of Michael Amodeo in Support of this Report (the "Affidavit").

Pursuant to the Order Granting Debtor's Emergency Motion to (I) Approve Asset Sale Via Auction; and (II) Sell Property Free and Clear of All Liens, Claims, And Encumbrances (the

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

62871792;1

"Sale Order") [ECF No. 46], an Auction[2] of certain of the Debtor's Assets located at 190 West 231st Street, Bronx, NY took place on March 27th, 2022 at 7:00 p.m. (prevailing Eastern Time) at online sale. Local Bankruptcy Rule 6004-1(f)(1).

The Auction yielded $35,042

. Local Bankruptcy Rule 6004-1(f)(2).

The Assets were sold in single lots. Local Bankruptcy Rule 6004-1(f)(3).

The Auctioneer will not be charging for any insurance expenses. Local Bankruptcy Rule 6004-1(f)(5).

No articles were withdrawn from the sale. Local Bankruptcy Rule 6004-1(f)(6).

The name and address of the bidders are: **Exhibit 2** Local Bankruptcy Rule 6004-1(f)(7).

The Auction was attended by 50 registered Bidders. Local Bankruptcy Rule 6004-1(f)(8).

All items were included in the sale. Local Bankruptcy Rule 6004-1(f)(9).

The terms and conditions of the sale applicable to the Auction are attached hereto as **Exhibit 3**. Local Bankruptcy Rule 6004-1(f)(10).

Information regarding the Auctioneer's marketing efforts are posts on the websites HiBid.com, amodeoauctions.com, auctionzip.com, gotoauction.com, and Craigslist and the auctioneer's email list. Local Bankruptcy Rule 6004-1(f)(11).

---

[2] All capitalized terms not defined in this Report shall have the meanings ascribed to them in the *Debtor's Emergency Motion to (I) Approve Asset Sale Via Auction; and (II) Sell Property Free and Clear of All Liens, Claims, And Encumbrances* [ECF No. 16].

62871792;1

Inspection of the items was available at 190 West 231st Street, Bronx, NY from 9:30 a.m. to 4:00 pm. (prevailing Eastern Time) on March 27th, 2022. Local Bankruptcy Rule 6004-1(f)(12).

Dated: April 4th, 2022

AKERMAN LLP

By:    */s/Mark S. Lichtenstein*
Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of The Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
Fax No. (212) 880-8965
E-Mail: mark.lichtenstein@akerman.com
      -and-
John H. Thompson
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington D.C. 20001
Tel.: (202) 393-6222
Fax: (202) 393-5959
E-Mail: john.thompson@akerman.com

*Proposed Counsel for Debtor and Debtor-in Possession*

**EXHIBIT 1**

**AFFIDAVIT OF MICHAEL AMODEO IN SUPPORT OF THIS REPORT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                    Chapter 11
Buyk Corp.                                                      Case No. 22-10328 (MEW)
Debtor.

STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~ Kings

Michael Amodeo, being duly sworn deposes and says:

1. He is an auctioneer duly licensed to conduct auctions in the State of New York, license number 528663, and maintains an office at 111 East 14th Street, Suite 201, New York, NY.
2. Deponent sold at public online auction pursuant to an order of this court the property of debtor consisting of grocery store fixtures and equipment and merchandise on March 27th, 2022, at premises located at 190 West 231st Street, Bronx, NY.
3. Advertisements for the auction appeared on the following websites: HiBid.com, amodeoauctions.com, auctionzip.com, gotoauction.com, and Craigslist.
4. Items were made available for inspection on March 27th, 2022 from 9:30am to 4:00pm.
5. Deponent offered for sale in bulk all grocery store fixtures and equipment and merchandise and received no bulk bid. He then proceeded to sell in individual lots, realizing a total amount of $35,042.00

DL# 915 379 761

_____
MICHAEL AMODEO

Sworn to me this
Day of 4 2022

_____
NOTARY PUBLIC

ARTHUR S. BRECHER
Notary Public, State of New York
No. 24-4591430
Qualified in Kings County
Expires Feb. 3, 2026

Re: Buyk Inc
190 West 231st Street
Bronx, NY

Items deleted from sale and claimed by construction company:

Lot 3 - Werner ladder - $30
Lot 4 - construction supplies - $7
Lot 9 - mop pail & wringer - $20
Lot 18 - Fostoria electric heater - $550

Total to subtract from sale: $607.00

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 9 | 7028 | LP033020 CO:511 | MOP WRINGER | | | 20.00 S |
| 10 | 7033 | LP033020 CO:511 | SALT SPREADER | 1.00 | | 50.00 S |
| 11 | 7040 | LP033020 CO:511 | RED FIRE EXTINGUISHER | 1.00 | | 9.00 S |
| 12 | 7038 | LP033020 CO:511 | LOT CLEANING TOOLS & BOTTLES | 1.00 | | 10.00 S |
| 13 | 7025 | LP033020 CO:511 | SHOVELS | 4.00 | | 35.00 S |
| 14 | 7016 | LP033020 CO:511 | LOT MASKS GLOVES & SANITIZERS | 1.00 | | 9.00 S |
| 15 | 7008 | LP033020 CO:511 | SMALL RUG RUNNERS | 2.00 | | 35.00 S |
| 16 | 7023 | LP033020 CO:511 | HP DESKJET 4155E | 1.00 | | 45.00 S |
| 17 | 7034 | LP033020 CO:511 | INSULATED BACKPACK DELIVERY BAGS 18" X 12" X 23" | 6.00 | | 30.00 S |
| 18 | 7032 | LP033020 CO:511 | FOSTORIA HEATWAVE 15 ELECTRIC HEATER - 3 PHASE | 1.00 | | 550.00 S |
| 19 | 7036 | LP033020 CO:511 | METRO RACKS 36" X 18" SHELVES | 3.00 | | 60.00 S |
| 20 | 7034 | LP033020 CO:511 | VERSACART UTILITY CARTS | 4.00 | | 15.00 S |

3/27/2022  
21:21:51

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots

Page: 2  
v9.14-Clerking-43

Auction ID-Name: 419 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 21 | 7025 | LP033020 CO:511 | KOOL-IT SELF CONTAINED 2 SS DOOR FREEZER KBSF-2 | 1.00 | | 1,800.00 S |
| 22 | 7023 | LP033020 CO:511 | HP DESKJET 4155E | 1.00 | | 45.00 S |
| 23 | 7023 | LP033020 CO:511 | HP DESKJET 3755 | 1.00 | | 35.00 S |
| 24 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 1,000.00 S |
| 25 | 7043 | LP033020 CO:511 | NOVUM 79" SELF CONTAINED CHEST FREEZER ON WHEELS | 1.00 | | 700.00 S |
| 26 | 7025 | LP033020 CO:511 | 6 FT SELF CONTAINED FREEZER SHOWCASE ON WHEELS | 1.00 | | 600.00 S |
| 27 | 7043 | LP033020 CO:511 | METAL CABINET 36" X 18" X 72" | 1.00 | | 20.00 S |
| 28 | 7000 | LP033020 CO:511 | LOT OFFICE SUPPLIES | 1.00 | | 40.00 S |
| 29 | 7008 | LP033020 CO:511 | METRO RACKS 48" x 18" SHELVES - NO CONTENTS | 8.00 | | 175.00 S |
| 30 | 7043 | LP033020 CO:511 | INSULATED BACKPACK DELIVERY BAGS | 6.00 | | 60.00 S |
| 31 | 7045 | LP033020 CO:511 | HB TOWER 3 STEP LADDER | 1.00 | | 20.00 S |
| 32 | 7045 | LP033020 CO:511 | WRITING BOARD 36" X 24" | 1.00 | | 9.00 S |
| 33 | 7034 | LP033020 CO:511 | WATER COOLER WITH 3 WATERS | 1.00 | | 30.00 S |
| 34 | 7008 | LP033020 CO:511 | COAT RACKS | 2.00 | | 20.00 S |
| 35 | 7025 | LP033020 CO:511 | METRO RACKS 36" X 18" SHELVES | 2.00 | | 45.00 S |
| 36 | 7000 | LP033020 CO:511 | NEW MIRROR | 1.00 | | 10.00 S |
| 37 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED GLASS SWINGING DOOR COOLER | 1.00 | | 1,000.00 S |
| 38 | 7025 | LP033020 CO:511 | KOOL-IT SELF CONTAINED GLASS SWINGING DOOR COOLER | 1.00 | | 1,000.00 S |

3/27/2022  
21:21:51

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots

Page: 3  
v9.14-Clerking-43

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 39 | 7025 | LP033020 CO:511 | KOOL-IT SELF CONTAINED GLASS SWINGING DOOR COOLER | 1.00 | | 1,000.00 S |
| 40 | 7043 | LP033020 CO:511 | NOVUM 79" SELF CONTAINED CHEST FREEZER ON WHEELS | 1.00 | | 850.00 S |
| 41 | 7025 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 700.00 S |
| 42 | 7044 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 650.00 S |
| 43 | 7023 | LP033020 CO:511 | LOT PAPER BAGS | 1.00 | | 25.00 S |
| 44 | 7034 | LP033020 CO:511 | LOT PLASTIC BINS 16" X 10" X 6" | 1.00 | | 35.00 S |
| 45 | 7034 | LP033020 CO:511 | METRO RACK 36" X 18" SHELVES | 1.00 | | 10.00 S |
| 46 | 7046 | LP033020 CO:511 | LOT CLEANING TOOLS | 1.00 | | 9.00 S |
| 47 | 7045 | LP033020 CO:511 | RED FIRE EXTINGUISHER | 1.00 | | 25.00 S |
| 48 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 900.00 S |
| 49 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 950.00 S |
| 50 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 1,000.00 S |
| 53 | 7042 | LP033020 CO:511 | ULINE 95 GALLON TRASH BINS | 2.00 | | 100.00 S |
| 54 | 7044 | LP033020 CO:511 | ULINE 95 GALLON TRASH BINS | 2.00 | | 175.00 S |
| 55 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 900.00 S |
| 56 | 7025 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 950.00 S |

3/27/2022  
21:21:51

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots

Page: 4  
v9.14-Clerking-43

Auction ID-Name: 419 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 57 | 7033 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 700.00 S |
| 58 | 7023 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 1,300.00 S |
| 59 | 7023 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 1,100.00 S |
| 61 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 950.00 S |
| 62 | 7009 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 950.00 S |
| 63 | 7043 | LP033020 CO:511 | INSULATED BACKPACK DELIVERY BAGS 18" X 12" X 23" | 5.00 | | 35.00 S |
| 64 | 7029 | LP033020 CO:511 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 6.00 | | 125.00 S |
| 65 | 7023 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 1,100.00 S |
| 66 | 7023 | LP033020 CO:511 | 6' SELF CONTAINED CHEST FREEZER SHOWCASE ON WHEELS | 1.00 | | 1,200.00 S |
| 67 | 7023 | LP033020 CO:511 | LOT FROZEN FOOD IN 12 FREEZERS | 1.00 | | 1,600.00 S |
| 68 | 7046 | LP033020 CO:511 | RED FIRE EXTINGUISHERS | 2.00 | | 35.00 S |
| 69 | 7046 | LP033020 CO:511 | RED FIRE EXTINGUISHERS | 3.00 | | 25.00 S |
| 70 | 7046 | LP033020 CO:511 | HARPER HAND TRUCK | 1.00 | | 45.00 S |

3/27/2022 21:21:51  Michael Amodeo & Co. Inc.  Sold, Unsold, & Buyback Lots  Page: 5  v9.14-Clerking-43

Auction ID-Name: 419 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 76 | 7015 | LP033020 CO:511 | CASES TRASH LINERS | 7.00 | | 175.00 S |
| 77 | 7000 | LP033020 CO:511 | CASES CLEANERS | 9.00 | | 200.00 S |
| 78 | 7015 | LP033020 CO:511 | CASES PAPER TOWELS | 4.00 | | 125.00 S |
| 79 | 7015 | LP033020 CO:511 | CASES TOILET PAPER | 3.00 | | 125.00 S |
| 80 | 7038 | LP033020 CO:511 | BAGS CONCRETE MIX | 16.00 | | 45.00 S |
| 81 | 7038 | LP033020 CO:511 | NEW 36" X 24" WRITING BOARD | 1.00 | | 1.00 S |
| 82 | 7046 | LP033020 CO:511 | SECURITY SYSTEM 4 CAMERAS & 4 WIFI HOT SPOTS | 1.00 | | 450.00 S |
| 83 | 7023 | LP033020 CO:511 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 8.00 | | 300.00 S |
| 84 | 7021 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 1,100.00 S |
| 85 | 7023 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 1,200.00 S |
| 86 | 7025 | LP033020 CO:511 | KOOL-IT SELF CONTAINED SWINGING GLASS DOOR COOLER | 1.00 | | 1,100.00 S |
| 87 | 7049 | LP033020 CO:511 | LARGE LOT DRINKS | 1.00 | | 2,400.00 S |
| 88 | 7008 | LP033020 CO:511 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 8.00 | | 250.00 S |
| 89 | 7049 | LP033020 CO:511 | LOT DAIRY & DRINKS & PERISHABLES 14 REFRIGERATORS | 1.00 | | 375.00 S |
| 90 | 7038 | LP033020 CO:511 | NEW METRO SHELVES 60" X 18" | 4.00 | | 35.00 S |
| 91 | 7034 | LP033020 CO:511 | NEW METRO SHELVES 36" X 18" | 16.00 | | 80.00 S |
| 92 | 7038 | LP033020 CO:511 | NEW METRO RACK 48" X 18" | 1.00 | | 35.00 S |

3/27/2022 21:21:51  Michael Amodeo & Co. Inc.  Sold, Unsold, & Buyback Lots  Page: 6  v9.14-Clerking-43

Auction ID-Name: 419 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 93 | 7038 | LP033020 CO:511 | COATED POLES | 3.00 | | 10.00 S |
| 94 | 7046 | LP033020 CO:511 | NEW 11 HOOK COAT RACKS | 2.00 | | 25.00 S |
| 95 | 7049 | LP033020 CO:511 | LARGE LOT GROCERIES | 1.00 | | 2,300.00 S |

A * indicates this lot # was part of a group.   Sold Lots Auction Total: 212.00   0.00   35,649.00

- 607.00

$35,042

# EXHIBIT 2

# NAME AND ADDRESS OF BIDDERS

| Bid Card | First Name | Last Name | User Name | Company | Location |
|---|---|---|---|---|---|
| 7000 | Pablo | Moreno | PabloM455 | P mother's | 455 Jerusalem 5 Uniondale, NY 11553 |
| 7001 | John | Roberts | Bushwick CC | Bushwick Country Club | 618 Grand st. Brooklyn, NY 11211 |
| 7002 | Jack | Sinanaj | B-jacksempire | Empire Steakhouse | 151 East 50th street New York, NY 10022 |
| 7003 | George | Ahimastos | Lefkada | George a diner | 2369 Westchester Avenue bronx n y 10462 Bronx, NY 10462 |
| 7004 | Q Entertainment | LLC | Qtwenty2 | Q22 Billiards | 32 Avalon Way Union, NJ 07083 |
| 7005 | Alex | chow | 5ivespice525 | beyond pho corp | 52 5th Ave Ground Brooklyn, NY 11217 |
| 7006 | SAMUEL | NOJOVITS | master@thejnet.com | Flushing Food Market | 129 CLYMER ST BROOKLYN, NY 11211 |
| 7007 | H. Danny | Kao | newandnovel | TIS Pharma, Inc. | 339 Wyandanch Ave West Babylon, NY 11704 |
| 7008 | Wess | Kouchich | Larbiinc | Larbi inc | 1 Pier Pointe St, 811f 811f Yonkers, NY 10701 |
| 7009 | Hui chih | Yang | HibidAA | TACO J | 501 West 145th Street New York, NY 10031 |
| 7010 | Alvaro | Rodriguez | Tinkerautodetailing | Tinker auto detailing LLC | 542 riverdale Ave. Yonkers, NY 10705 |
| 7011 | Patrick | Augustyn | paugustyn | HEI Hotels Resorts | 110 Glenwood Avenue Leonia, NJ 07605 |
| 7012 | Mikhail | Sheflyand | hannicinc | Hannic Consulting Inc | 3111 Ocean Parkway 2F Brooklyn, NY 11235 |
| 7013 | Abdol | Faghihi | Abdolsemail | Carvel | 1950 Central Park ave Yonkers, NY 10710 |
| 7014 | Rebecca | Campbell | rebeccas2020 | Melrose Hospitality Corporation | 610 Bushwick Ave Brooklyn, NY 11221 |
| 7015 | Nixon | Gonzalez | Nixonnrg | Jefe de jefes | 1194 Connetqout av North great river, NY 11722 |
| 7016 | Mahamadou | Keita | Makeita | Keita Enterprise | 3331 98th street 2nd floor Corona, NY 11368 |
| 7017 | Rachid | Idelouali | Rn1502 | | 10 N wood ave Linden, NJ 07036 |
| 7018 | Jose | Rosario | Billy1129 | La caída restaurant | 118 west broad st Hazelton, PA 18202 |
| 7019 | Paul | Vuli | FinoCroton1Baltic | Fino | 1 Baltic Pl Croton on Hudson, NY 10520 |
| 7020 | Juliane | Everest | juliane.natasha | | 65 camp view place Keansburg, NJ 07734 |
| 7021 | George | Kalas | nkalas34@gmail.com | Mediterranean Restaurant Equipment | 4 Carlton Rd Flanders, NJ 07836 |
| 7022 | Eliot | Sash | TVandMovieActor | ILFS, Inc. | 656 East Passaic Ave Bloomfield, NJ 07003 |
| 7023 | CHIJIOKE | ONWUCHEKWA | seaburn | seaburn group | 23843 117th Road Elmont, NY 11003 |
| 7024 | Rabeeh | Karkat | Rkautosales1 | In and out quick stop | 410 city island ave Bronx, NY 10464 |
| 7025 | Yossif | Hafez | Bigmama17 | | 184 Andover Mohawk rd Andover, NJ 07821 |
| 7026 | Isnel | Sanon | Fithave1 | | 53 Towers St Jersey City, NJ 07305 |
| 7027 | Izo | Fetic | izofetic@gmail.com | ilcastellos | 81main str Woodbridge, NJ 07095 |
| 7028 | Kenny | Kenny | Kprson | Kenny | 685 Leonard Street Brooklyn, NY 11222 |
| 7029 | joe | horgan | l348425 | joe horgan restorations | 25 ludvigh rd nanuet, NY 10954 |
| 7030 | Manuel | Perez | perez1016 | Mc Carribean Seafood | 510 North Ave 07024 Fort Lee, NJ 07024 |
| 7031 | jose | perez | joseperezjp83 | | 1130 anderson ave b2 bronx, NY 10452 |
| 7032 | Daniel | Betesh | DanielRds | Rds Restaurant Equipment | 2416 East 70th Street Brooklyn, NY 11234 |
| 7033 | Hernando | Cepeda | cbutcher9312 | Country butcher | 9312 avenue L Brooklyn, NY 11236 |
| 7034 | Mary | J | starja | | 58-08 Bell Blvd Bayside, NY 11364 |
| 7035 | Anthony | Lercara | Health1 | Health Kitchen | 162-14 Cryders Lane Whitestone, NY 11357 |
| 7036 | David | Chan | chandeeland | | 19436 Dunton Ave Jamaica, NY 11423 |
| 7037 | Michael | Amodeo | Hawkha | | 8700 25th ave. Brooklyn, NY 11214 |
| 7038 | Kevin | Blake | Kevin blake | Kevin | 2510 hone Ave Bronx ny, NY 10469 |
| 7039 | Lance | James | lancejames | | 5808 Bell Blvd Bayside, NY 11364 |
| 7040 | Marcello | Assante | Marcello Assante | New Restart Inc | 145 mulberry street New York, NY 10012 |
| 7041 | Vetchay | Vilvert | naturalvert | Naturalvert | 150 D Florence Avenue Hawthorne, NJ 07506 |
| 7042 | Mayra | Nunez | mnunezlove@yahoo.com | Mayralovescleaning | 1832 Hering Ave Bronx, NY 10461 |
| 7043 | Sally | Persaud | Sally persaud | 3653 TREMONT LLC | 860 swinton ave Bronx, NY 10465 |
| 7044 | Edmond | Eivazians | sp2edo | carvel ice cream | 130 Elmora Ave. Elizabeth, NJ 07202 |
| 7045 | zahir | khan | zahir@gupshupnyc.com | Bombay house | 115E, 18th Street New York, NY 10003 |
| 7046 | Al | Falta | Lasultana | La sultana | 124 E4TH NY, NY 10003 |
| 7047 | ANGEL | SARMIENTO | ECUAFOGON | REST | 6044 56 ST MASPETH, NY 11378 |
| 7048 | Michael | Santoro | mackwell | SpaceMaster | 3665A Route 112 Coram, NY 11727 |
| 7049 | Jeremy | Rosen | Rosenj | David rosen bakery supply | 59-21queens midtown expressway maspeth Maspeth, NY 11378 |

# EXHIBIT 3

# THE TERMS AND CONDITIONS OF THE SALE

Your Bid is a Contract to Buy!

Prebidding Begins now
Live online bidding begins Sunday, March 27th, 2022 @ 7:10 pm EST

1. Thank You For Participating In This Timed On-Line Auction.

2. In order to participate in this auction, all bidders must register @ hibid.com, agree to all auction terms & conditions and be approved to bid.

3. All items are offered "As-Is" and "Where-Is" with all faults. The auction company makes no guarantee or warranty express or implied as to the quality, condition, performance, description, hours, or nomenclature of any item being sold, so buyer beware. All sales are final with no recourse through the auction company subsequent to the sale. There are no refunds or exchanges.

4. Only cash, cashier's checks, Zelle and wire transfer will be accepted payable to "Michael Amodeo & Co., Inc.". No credit cards, personal or third-party checks will be accepted.

5. All Open Invoices must be paid in full no later than Monday, March 28th, 2022 by 5pm. Please, no exceptions!

6. A credit card preauthorization is required in order to register. Your credit card may have a small hold placed on it until your invoice is paid in full. This is only a pre-authorization in order to qualify bidders.

7. No Items can be removed until the entire invoice is paid in full.

8. All bids are binding. Any bidders in default will be banned from future auctions and suit for damages will be initiated through NY civil courts.

9. Bidding Format: Timed online auction.