Mark S. Lichtenstein  
AKERMAN LLP  
1251 Avenue of The Americas, 37th Floor  
New York, New York 10020  
Tel. No. (212) 880-3800  
Fax No. (212) 880-8965  

John H. Thompson  
AKERMAN LLP  
750 Ninth Street, N.W., Suite 750  
Washington D.C. 20001  
Tel.: (202) 393-6222  
Fax: (202) 393-5959  

*Proposed Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 22-10328 (MEW) |
| BUYK CORP.[1] ) | |
| ) | |
| Debtor. ) | |

**AUCTIONEER'S REPORT OF SALE**

**NOW COMES Michael Amodeo**, as auctioneer (the "Auctioneer") and files this report of sale (the "Report") in accordance with Rule 6004-1(f) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"). In support thereof, the Auctioneer states as follows:

In accordance with Local Bankruptcy Rule 6004-1(g), attached hereto as **Exhibit 1** is the Affidavit of Michael Amodeo in Support of this Report (the "Affidavit").

Pursuant to the Order Granting Debtor's Emergency Motion to (I) Approve Asset Sale Via Auction; and (II) Sell Property Free and Clear of All Liens, Claims, And Encumbrances (the

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

62871792;1

"Sale Order") [ECF No. 46], an Auction[2] of certain of the Debtor's Assets located at 304 East 204th Street, Bronx, NY took place on March 25th, 2022 at 3:00 p.m. (prevailing Eastern Time) at online sale. Local Bankruptcy Rule 6004-1(f)(1).

The Auction yielded $35,017. Local Bankruptcy Rule 6004-1(f)(2).

The Assets were sold in single lots. Local Bankruptcy Rule 6004-1(f)(3).

The Auctioneer will not be charging for any insurance expenses. Local Bankruptcy Rule 6004-1(f)(5).

No articles were withdrawn from the sale. Local Bankruptcy Rule 6004-1(f)(6).

The name and address of the bidders are: **Exhibit 2** Local Bankruptcy Rule 6004-1(f)(7).

The Auction was attended by 45 registered Bidders. Local Bankruptcy Rule 6004-1(f)(8).

All items were included in the sale. Local Bankruptcy Rule 6004-1(f)(9).

The terms and conditions of the sale applicable to the Auction are attached hereto as **Exhibit 3**. Local Bankruptcy Rule 6004-1(f)(10).

Information regarding the Auctioneer's marketing efforts are posts on the websites HiBid.com, amodeoauctions.com, auctionzip.com, gotoauction.com, and Craigslist and the auctioneer's email list. Local Bankruptcy Rule 6004-1(f)(11).

Inspection of the items was available at 304 East 204th Street, Bronx, NY 10467 from 9:00 a.m. to 2:00 pm. (prevailing Eastern Time) on March 25, 2022. Local Bankruptcy Rule 6004-1(f)(12).

---

[2] All capitalized terms not defined in this Report shall have the meanings ascribed to them in the *Debtor's Emergency Motion to (I) Approve Asset Sale Via Auction; and (II) Sell Property Free and Clear of All Liens, Claims, And Encumbrances* [ECF No. 16].

2

62871792;1

Dated: April 4th, 2022

AKERMAN LLP

By: ___/s/Mark S. Lichtenstein___
Mark S. Lichtenstein
AKERMAN LLP
1251 Avenue of The Americas, 37th Floor
New York, New York 10020
Tel. No. (212) 880-3800
Fax No. (212) 880-8965
E-Mail: mark.lichtenstein@akerman.com
    -and-
John H. Thompson
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington D.C. 20001
Tel.: (202) 393-6222
Fax: (202) 393-5959
E-Mail: john.thompson@akerman.com

*Proposed Counsel for Debtor and Debtor-in Possession*

**EXHIBIT 1**

**AFFIDAVIT OF MICHAEL AMODEO IN SUPPORT OF THIS REPORT**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
Buyk Corp.
Debtor.

Chapter 11
Case No. 22-10328 (MEW)

STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~ Kings

Michael Amodeo, being duly sworn deposes and says:

1. He is an auctioneer duly licensed to conduct auctions in the State of New York, license number 528663, and maintains an office at 111 East 14th Street, Suite 201, New York, NY.
2. Deponent sold at public online auction pursuant to an order of this court the property of debtor consisting of grocery store fixtures and equipment and merchandise on March 25th, 2022, at premises located at 304 East 204th Street, Bronx, NY.
3. Advertisements for the auction appeared on the following websites: HiBid.com, amodeoauctions.com, auctionzip.com, gotoauction.com, and Craigslist.
4. Items were made available for inspection on March 25th, 2022 from 9:00am to 2:00pm.
5. Deponent offered for sale in bulk all grocery store fixtures and equipment and merchandise and received no bulk bid. He then proceeded to sell in individual lots, realizing a total amount of $35,017.00

DL.# 915 379 761

_____
MICHAEL AMODEO

Sworn to me this _____
Day of _____ 2022

_____
NOTARY PUBLIC

ARTHUR S. BRECHER
NOTARY PUBLIC, State of New York
No. 24-4991430
Qualified in Kings County
Commission Expires Feb. 3, 20__

Auction ID-Name: 418 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 1 | 7038 | LP033020 CO:510 | METRO RACK 60" X 18" SHELVES | 1.00 | | 15.00 S |
| 2 | 7032 | LP033020 CO:510 | WHITE WRITING BOARDS 36" X 24" | 2.00 | | 15.00 S |
| 3 | 7014 | LP033020 CO:510 | ULINE 95 GALLON TRASH BINS | 2.00 | | 125.00 S |
| 4 | 7014 | LP033020 CO:510 | ULINE 95 GALLON TRASH BINS | 2.00 | | 125.00 S |
| 5 | 7020 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS 18" X 12" X 23" | 3.00 | | 35.00 S |
| 6 | 7014 | LP033020 CO:510 | CHAPIN SALT SPREADER | 1.00 | | 7.00 S |
| 7 | 7035 | LP033020 CO:510 | METAL SHELF RACK 48" X 18" SHELVES | 1.00 | | 15.00 S |
| 8 | 7037 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS 18" X 12" X 23" | 3.00 | | 35.00 S |
| 9 | 7024 | LP033020 CO:510 | BRAND NEW THERMOMETERS | 22.00 | | 40.00 S |
| 10 | 7024 | LP033020 CO:510 | NEW PACKS OF THERMOMETERS - 12 PER PACK | 2.00 | | 25.00 S |
| 11 | 7014 | LP033020 CO:510 | CASTER WHEELS | 4.00 | | 9.00 S |
| 12 | 7035 | LP033020 CO:510 | PRICE GUN | 1.00 | | 15.00 S |
| 13 | 7020 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS 18" X 12" X 23" | 3.00 | | 25.00 S |
| 14 | 7020 | LP033020 CO:510 | RED FIRE EXTINGUISHER | 1.00 | | 7.00 S |
| 15 | 7024 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,400.00 S |
| 17 | 7035 | LP033020 CO:510 | METAL CABINET 36" X 18" X 72" | 1.00 | | 15.00 S |
| 18 | 7020 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 550.00 S |
| 19 | 7034 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 650.00 S |

3/25/2022  
16:51:21  

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots  

Page: 2  
v9.14-Clerking-43

Auction ID-Name: 418 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 20 | 7034 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 600.00 S |
| 21 | 7014 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS 18" X 12" X 23" | 3.00 | | 20.00 S |
| 22 | 7021 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,500.00 S |
| 23 | 7015 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,400.00 S |
| 24 | 7015 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,400.00 S |
| 25 | 7037 | LP033020 CO:510 | LOT BROWN PAPER BAGS | 1.00 | | 30.00 S |
| 26 | 7036 | LP033020 CO:510 | LOT CLEANING TOOLS | 1.00 | | 15.00 S |
| 27 | 7032 | LP033020 CO:510 | 4 FT FLOOR RUG RUNNERS | 2.00 | | 20.00 S |
| 28 | 7014 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS | 3.00 | | 15.00 S |
| 29 | 7014 | LP033020 CO:510 | COAT RACKS | 3.00 | | 10.00 S |
| 30 | 7032 | LP033020 CO:510 | LOT PLASTIC BINS 16" X 10" X 6" | 1.00 | | 175.00 S |
| 31 | 7014 | LP033020 CO:510 | LOT ASSORTED | 1.00 | | 35.00 S |
| 32 | 7016 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 450.00 S |
| 33 | 7042 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP | 1.00 | | 600.00 S |

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 42 | 7020 | LP033020 CO:510 | HB TOWER 3 STEP LADDER | 1.00 | | 10.00 S |
| 43 | 7042 | LP033020 CO:510 | INSULATED DELIVERY BAG BACKPACKS 18" X 12" X 23" | 8.00 | | 45.00 S |
| 46 | 7040 | LP033020 CO:510 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 6.00 | | 150.00 S |
| 47 | 7020 | LP033020 CO:510 | LOT CLEANING TOOLS | 1.00 | | 25.00 S |
| 48 | 7014 | LP033020 CO:510 | PROCTOR SILEX COFFEE MAKER | 1.00 | | 3.00 S |
| 49 | 7020 | LP033020 CO:510 | PROCTOR SILEX MICROWAVE OVEN PS-P70T20AL | 1.00 | | 20.00 S |
| 50 | 7020 | LP033020 CO:510 | SETS WOOD DESK & OFFICE CHAIR - DESK 48 X 24 X 30 | 3.00 | | 35.00 S |
| 52 | 7040 | LP033020 CO:510 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 4.00 | | 100.00 S |
| 53 | 7015 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 550.00 S |
| 54 | 7036 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 550.00 S |

3/25/2022  
16:51:21  

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots  

Page: 4  
v9.14-Clerking-43

Auction ID-Name: 418 - EVERYTHING BRAND NEW GROCERY FOOD MARKET

| Lot# | BidCard# | Source | Description | Qty | Reserve | Bid Amount |
|---|---|---|---|---|---|---|
| 55 | 7015 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 550.00 S |
| 56 | 7015 | LP033020 CO:510 | 6 FT SELF CONTAINED SLIDING GLASS TOP FREEZER | 1.00 | | 550.00 S |
| 57 | 7020 | LP033020 CO:510 | LOT OF FROZEN FOOD IN 13 FREEZERS - DETAILS BELOW | 1.00 | | 1,000.00 S |
| 58 | 7020 | LP033020 CO:510 | LARGE LOT OF DRINKS | 1.00 | | 1,700.00 S |
| 61 | 7018 | LP033020 CO:510 | SET LITHIUM BATTERY & BATTERY PACKS | 1.00 | | 5.00 S |
| 62 | 7040 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,300.00 S |
| 63 | 7042 | LP033020 CO:510 | TRUE SELF CONTAINED 2 DOOR FREEZER T-49F-HC | 1.00 | | 2,200.00 S |
| 64 | 7042 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,300.00 S |
| 65 | 7015 | LP033020 CO:510 | TRUE SELF CONTAINED SWINGING GLASS DR REFRIGERATOR | 1.00 | | 1,400.00 S |
| 66 | 7020 | LP033020 CO:510 | LOT OF FOOD & DRINKS IN 12 REFRIGERATORS ONLY | 1.00 | | 475.00 S |
| 67 | 7020 | LP033020 CO:510 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 6.00 | | 150.00 S |
| 69 | 7020 | LP033020 CO:510 | HUGE LOT OF FOOD & GROCERIES ON RACKS | 1.00 | | 2,700.00 S |
| 71 | 7038 | LP033020 CO:510 | METRO RACKS 48" X 18" SHELVES - NO CONTENTS | 5.00 | | 125.00 S |
| 72 | 7020 | LP033020 CO:510 | RED FIRE EXTINGUISHERS | 2.00 | | 15.00 S |
| 73 | 7013 | LP033020 CO:510 | LOT CLEANING BOTTLES | 1.00 | | 60.00 S |
| 74 | 7018 | LP033020 CO:510 | SLIM JIM TRASH CAN | 1.00 | | 6.00 S |

3/25/2022  
16:51:21  

Michael Amodeo & Co. Inc.  
Sold, Unsold, & Buyback Lots  

Page: 5  
v9.14-Clerking-43

**EXHIBIT 2**

**NAME AND ADDRESS OF BIDDERS**

Exhibit 2

| Bid Card | First Name | Last Name | User Name | Company | Location |
|---|---|---|---|---|---|
| 7000 | Mordecai | lent | kippahs69 | BEAM LLC | 81 washington ave south Lawrence, NY 11559 |
| 7001 | Rachid | Idelouali | Rn1502 | | 10 N wood ave Linden, NJ 07036 |
| 7002 | Manuel | Perez | perez1016 | Mc Carribean Seafood | 510 North Ave 07024 Fort Lee, NJ 07024 |
| 7003 | Patrick | Augustyn | paugustyn | HEI Hotels Resorts | 110 Glenwood Avenue Leonia, NJ 07605 |
| 7004 | George | Ahimastos | Lefkada | George a diner | 2369 Westchester Avenue bronx n y 10462 Bronx, NY 10462 |
| 7005 | Jack | Sinanaj | B-jacksempire | Empire Steakhouse | 151 East 50th street New York, NY 10022 |
| 7006 | usman | sheikh | OzOscarZulu | | 357 n service rd Roslyn Heights, NY 11577 |
| 7007 | Mikhail | Sheflyand | hannicinc | Hannic Consulting Inc | 3111 Ocean Parkway 2F Brooklyn, NY 11235 |
| 7008 | Jerry | Schlemowitz | jschlemo | NY FINESTRA | 238 Adelphi St House brooklyn, NY 11205 |
| 7009 | joe | deshaw | chefjoseph16 | | 23 Gregg st trumansburg, NY 14886 |
| 7010 | Kofi | Afriyie | Paajoe80 | Joes equipments and repair | 215 Ottawa ave Hasbrock hts, NJ 07604 |
| 7011 | Joseph | Fontana | jfontana | | 1869 west 6th street Brooklyn, NY 11223 |
| 7012 | John | Roberts | Bushwick CC | Bushwick Country Club | 618 Grand st. Brooklyn, NY 11211 |
| 7013 | Pablo | Moreno | PabloM455 | P mother's | 455 Jerusalem 5 Uniondale, NY 11553 |
| 7014 | Kevin | Blake | Kevin blake | Kevin | 2510 hone Ave Bronx ny, NY 10469 |
| 7015 | George | Kalas | nkalas34@gmail.com | Mediterranean Restaurant Equipment | 4 Carlton Rd Flanders, NJ 07836 |
| 7016 | Hui chih | Yang | HibidAA | TACO J | 501 West 145th Street New York, NY 10031 |
| 7017 | Alex | chow | 5ivespice525 | beyond pho corp | 52 5th Ave Ground Brooklyn, NY 11217 |
| 7018 | rabah | elali | elali9 | La Lune Inc | 468 82 street brooklyn, NY 11209 |
| 7019 | joe | horgan | l348425 | joe horgan restorations | 25 ludvigh rd nanuet, NY 10954 |
| 7020 | Sally | Persaud | Sally persaud | 3653 TREMONT LLC | 860 swinton ave Bronx, NY 10465 |
| 7021 | Ryan | Catalano | Catalanor2 | | 470 Halstead Ave Harrison, NY 10528 |
| 7022 | Alvaro | Rodriguez | Tinkerautodetailing | Tinker auto detailing LLC | 542 riverdale Ave. Yonkers, NY 10705 |
| 7023 | Abdol | Faghihi | Abdolsemail | Carvel | 1950 Central Park ave Yonkers, NY 10710 |
| 7024 | Charles | Farruggio | Charley101703 | | 24-62 24th street Astoria, NY 11102 |
| 7025 | Q Entertainment | LLC | Qtwenty2 | Q22 Billiards | 32 Avalon Way Union, NJ 07083 |
| 7026 | ANGEL | SARMIENTO | ECUAFOGON | REST | 6044 56 ST MASPETH, NY 11378 |
| 7027 | Robert | Lefkowitz | bobbybklyn13 | Me | 2910 nostrand ave bklyn, NY 11229 |
| 7028 | David | Chan | chandeeland | | 19436 Dunton Ave Jamaica, NY 11423 |
| 7029 | Abraham | Vacchan | CurryDad | CurryDad | 1 Leroy Place New Rochelle, NY 10801 |
| 7030 | Rebecca | Campbell | rebeccas2020 | Melrose Hospitality Corporation | 610 Bushwick Ave Brooklyn, NY 11221 |
| 7031 | Andrew | Alexander | Andrewcarvel5 | | 214 dogwood lane Stamford, CT 06903 |
| 7032 | Wess | Kouchich | Larbiinc | Larbi inc | 1 Pier Pointe St, 811f 811f Yonkers, NY 10701 |
| 7033 | Sam | Rejtig | srejtig@gmail.com | BNAM inc | 3808 Litchfield Drive Waxhaw, NC 28173 |
| 7034 | Kenny | Kenny | Kprson | Kenny | 685 Leonard Street Brooklyn, NY 11222 |
| 7035 | Rabeeh | Karkat | Rkautosales1 | In and out quick stop | 410 city island ave Bronx, NY 10464 |
| 7036 | Rafael | Hernandez | Vecinda37 | Vecinda HH | 3707 61st Woodside, NY 11377 |
| 7037 | Jessee | Kim | Onidzuka | | 241 Harrison Ave. Harrison, NJ 07029 |
| 7038 | Lance | James | lancejames | | 5808 Bell Blvd Bayside, NY 11364 |
| 7039 | Michael | Amodeo | Hawkha | | 8700 25th ave. Brooklyn, NY 11214 |
| 7040 | Daniel | Betesh | DanielRds | Rds Restaurant Equipment | 2416 East 70th Street Brooklyn, NY 11234 |
| 7041 | Joseph | Schonfeld | c9263674 | Classon Equipment | 169 Classon Ave. Brooklyn, NY 11219 |
| 7042 | Jorge | guzman | Joiva2002 | Noches de Colombia ROUTE46 | 370 route US 46 South Hackensack, NJ 07606 |
| 7043 | Jeremy | Rosen | Rosenj | David rosen bakery supply | 59-21queens midtown expressway maspeth Maspeth, NY 11378 |
| 7044 | Sham | Avadyaev | 4speedyinc | 4 speedy Inc | 1015 Ave M Brooklyn, NY 11230 |

# EXHIBIT 3

# THE TERMS AND CONDITIONS OF THE SALE

Exhibit 3

**Your Bid is a Contract to Buy!**

Prebidding Begins now
Live online bidding begins Friday, March 25th, 2022 @ 3:10 pm EST

1. Thank You For Participating In This Timed On-Line Auction.

2. In order to participate in this auction, all bidders must register @ hibid.com, agree to all auction terms & conditions and be approved to bid.

3. All items are offered "As-Is" and "Where-Is" with all faults. The auction company makes no guarantee or warranty express or implied as to the quality, condition, performance, description, hours, or nomenclature of any item being sold, so buyer beware. All sales are final with no recourse through the auction company subsequent to the sale. There are no refunds or exchanges.

4. Only cash, cashier's checks, Zelle and wire transfer will be accepted payable to "Michael Amodeo & Co., Inc.". No credit cards, personal or third-party checks will be accepted.

5. All Open Invoices must be paid in full no later than Saturday, March 26th, 2022 by 5pm. Please, no exceptions!

6. A credit card preauthorization is required in order to register. Your credit card may have a small hold placed on it until your invoice is paid in full. This is only a pre-authorization in order to qualify bidders.

7. No Items can be removed until the entire invoice is paid in full.

8. All bids are binding. Any bidders in default will be banned from future auctions and suit for damages will be initiated through NY civil courts.

9. Bidding Format: Timed online auction.