## **EXHIBIT A**

### LIST OF EQUIPMENT LOCATED AT
### 83 THIRD AVENUE, BROOKLYN, NY 11217 AS OF MARCH 31, 2022

| QUANTITY | DESCRIPTION |
|---|---|
| **14** | **REFRIGERATORS – KOOL IT SIGNATURE (MODEL LX-46Rb)** |
| **8** | **FREEZERS – EXCELLENCE (MODEL VB-7HC)** |
| **2** | **FREEZERS – NOVUM (MODEL 710L)** |
| **1** | **FREEZERS – DOUBLE DOOR – KOOL IT (MODEL KBSF-2)** |
| **4** | **LARGE GARBAGE BINS** |
| **3** | **DESKS** |
| **1** | **EMERSON MICROWAVE** |
| **40** | **WIRE SHELVING UNITS** |
| **3** | **OFFICE CHAIRS** |
| **10** | **FOLDING CHAIRS** |
| **4** | **SHOPPING CARTS** |
| **2** | **COAT RACKS** |
| **1** | **EQUIPMENT CABINET WITH IT EQUIPMENT THEREIN RELATED TO INTERNET ACCESS AND VIDEO SURVEILLANCE** |