FRANKGECKER LLP
Joseph D. Frank, Esq. (Illinois State Bar #6216085)
Jeremy C. Kleinman, Esq. (Illinois State Bar # 6270080)
1327 West Washington Street, Suite 5 G-H
Chicago, IL 60607
(T) 312-276-1400
(E) jfrank@fgllp.com
   jkleinman@fgllp.com

*Counsel to 2717 Clark LLC and
MR 3629 Western Waveland, LLC.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BUYK CORP. | Case No. 22-10328 (MEW) |
| Debtors. | Hearing Date: April 19, 2022 at 10:00 a.m. (ET) |
| | Objection Deadline: April 12, 2022 at 4:00 p.m. (ET) |

**LIMITED OBJECTION OF 2717 CLARK LLC AND MR 3629 WESTERN WAVELAND, LLC TO OMNIBUS MOTION OF DEBTOR PURSUANT TO 11 U.S.C. §§ 105(A) AND 365(A) AND FED R. BANKR. P. 6006 FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES (DOCKET NO. 37) AND JOINDER IN LANDLORD OBJECTIONS**

2717 Clark LLC ("Clark") and MR 3629 Western Waveland, LLC ("Waveland" and, together with Clark, "Landlords") hereby object and join in the objections filed by certain other landlords to the Omnibus Motion of Debtor Pursuant to 11 U.S.C. § 105(a) and 365(a) and Fed. R. Bankr. P. 6006 for Entry of an Order Authorizing Rejection of Certain Unexpired Leases [Docket No. 37] (the "Motion") filed by Buyk Corp. (the "Debtor"), including the objection of BTM Development Partners, LLC, *et al.* [Docket No. 107], Hickory Property Group, L.L.C., *et al*, [Dkt. No. 108], 2269 First Avenue Owner, LLC [Dkt. No. 109] and 47 East 34 Owner LLC

[Dkt. No. 110] (collectively, the "Other Landlords' Objections"), and in support thereof, respectfully states as follows:

1. Clark is a landlord under an unexpired real property lease (the "Clark Lease") of nonresidential real property located at 2717 North Clark Street, in Chicago, Illinois, in which a Debtor is the tenant.

2. Waveland is a landlord under an unexpired real property lease (the "Waveland Lease") of nonresidential real property located at 3629 North Western Avenue, in Chicago, Illinois, in which a Debtor is the tenant.

3. The Debtor has sought to reject the Clark Lease and Waveland Lease retroactively, but has not surrendered possession of the subject properties. In addition, Clark has discovered a major sewage problem at the Clark Street premises that has occurred within the last two weeks while the Debtor has remained in possession of the premises and that has imposed substantial remedial costs. Furthermore, in the Motion, the Debtor stated its intention to market the listed leases, notwithstanding their designation for rejection. These circumstances have prevented the Landlords from re-letting their spaces.

4. As set forth in the Other Landlords' Objections, the Debtor has failed to satisfy its obligations under 11 U.S.C. §§ 365(d)(3) and, at a minimum, should be required to provide "stub rent" for its postpetition use of the Landlords' properties. Consequently, the Landlords join in, adopt and incorporate by reference the points, authorities and arguments advanced in the Other Landlords' Objections, as applicable, for the reasons stated therein and request that any order granting the Motion (i) designate that rejection of the Clark Lease and Waveland Lease be effective as of the later of the entry of such order or surrender of the subject premises; and (ii) require the Debtor to pay stub administrative rent.

5. The Landlords reserve the right to amend and/or supplement this objection and joinder and request and seek such other and further relief as may be necessary or appropriate.

WHEREFORE, 2717 Clark LLC and MR 3629 Western Waveland, LLC, respectfully request that the Court deny the relief requested in the Motion or, alternatively, condition any relief upon appropriate protection for the Landlords, and grant such other and further relief as the Court deems just and proper.

Dated: April 12, 2022

FRANKGECKER LLP

By:   /s/ *Joseph D. Frank*
      One of its partners

Joseph D. Frank (IL Bar No. 6216085)
Jeremy C. Kleinman (IL Bar No. 6270080)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

# CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on April 12, 2022, a copy of the foregoing **LIMITED OBJECTION OF 2717 CLARK LLC AND MR 3629 WESTERN WAVELAND, LLC TO OMNIBUS MOTION OF DEBTOR PURSUANT TO 11 U.S.C. §§ 105(A) AND 365(A) AND FED R. BANKR. P. 6006 FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES (DOCKET NO. 37) AND JOINDER IN LANDLORD OBJECTIONS** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.

By: */s/ Joseph D. Frank*