<div style="text-align:center">

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

**875 THIRD AVENUE**

**NEW YORK, NEW YORK 10022**

---

**(212) 603-6300**

---

**FAX (212) 956-2164**

April 22, 2022

</div>

<div style="text-align:right">

Clement Yee
(212) 603-6376
cy@robinsonbrog.com

</div>

**VIA ECF and email**
Hon. Michael E. Wiles
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re BUYK Corp., Case No. 22-10328-mew

Dear Judge Wiles,

    We represent 8904 5th Ave LLC, the former landlord to the Debtor for the leased premises located at 8902 5th Avenue, Brooklyn, NY 11206 (the "Premises") pursuant to a written lease between 8904 5th AVE LLC, as landlord, and BUYK Corp., as Tenant, dated August 18, 2021 (the "Lease").  At the hearing on the Debtor's omnibus motion to reject unexpired leases, including the Lease, held on April 19, 2022, the Court advised the parties to confer regarding rejection of the Lease and potential resolution to any Lease rejection damages.

    As of the filing of this letter, the parties have not yet come to a resolution regarding the rejection of the Lease and potential Lease rejection damages, but the parties will continue to maintain discussions.  However, per the Court's instruction, we are seeking a conference pending resolution of this matter.

    Should Your Honor have any questions, please have your chambers contact the undersigned.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Clement Yee

Clement Yee

</div>

cc:   James Sullivan, Esq.

{01148023.DOCX;1 }