WINDELS MARX LANE & MITTENDORF, LLP
*Bankruptcy Counsel for Buyk Corp.*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorneys Appearing: James M. Sullivan (jsullivan@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 22-10328 (MEW) |
| BUYK CORP ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF ADJOURNMENT OF TELEPHONIC HEARINGS

**PLEASE TAKE NOTICE** that a telephonic case conference on the NOTICE OF STATUS CONFERENCE filed by 8904 5th Avenue, LLC [ECF No. 188; Related Document: ECF No. 37] has been adjourned from May 17, 2022 at 10:00 A.M. **to May 24, 2022 at 10:00 A.M.**

**PLEASE TAKE FURTHER NOTICE** that a telephonic case conference and hearing on the motion listed below have been adjourned from May 17, 2022 at 10:00 A.M. **to May 18, 2022 at 12:00 P.M.**:

1. CASE CONFERENCE REGARDING CASE STATUS, INCLUDING:
   A. STATUS UPDATE REGARDING ORDER GRANTING OMNIBUS MOTION OF DEBTOR PURSUANT TO 11 U.S.C. §§ 105(A) AND 365(A) AND FED. R. BANKR. P. 6006 FOR ENTRY OF AN ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES [ECF NO. 37]; AND
   B. STATUS OF PROPOSED SETTLEMENT AND TERMINATION AGREEMENT BETWEEN DEBTOR AND NATIONWIDE INDUSTRIAL SUPPLY, LLC [ECF NO. 154]; AND
2. MOTION FOR ORDER UNDER 11 U.S.C. § 105 AND 2002(M), 9007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE ESTABLISHING CERTAIN NOTICE, CASE MANAGEMENT, AND ADMINISTRATIVE PROCEDURES [ECF NO. 159].

**PLEASE TAKE FURTHER NOTICE** that the objecting party must attend the Hearing. Pursuant to General Order M-543, available on the Court's Website, the Court is not holding in-person hearings at this time; **the Hearing will be conducted telephonically**. Parties and counsel wishing to participate in the Hearing telephonically must register with Court Solutions no later

than one day before the Hearing. Information on how to register with Court Solutions can be found in General Order M-543 and on Court Solutions' website at https://www.court-solutions.com.

Dated: New York, New York  
       May 16, 2022

WINDELS MARX LANE & MITTENDORF, LLP  
*Bankruptcy Counsel for Buyk Corp.*

By: */s/ James M. Sullivan*  
James M. Sullivan (jsullivan@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215