**THIS IS A NOTICE TO REJECT AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THOROUGHLY, AS THEIR RIGHTS MAY BE AFFECTED.**

WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: James M. Sullivan (jsullivan@windelsmarx.com)
*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BUYK CORP. ) | Case No. 22-10328 (MEW) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**

**PLEASE TAKE NOTICE** that on May 25, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order [Docket No. 226] (the "Procedures Order") in the above-referenced Chapter 11 Case of Buyk Corp. ("the "Debtor"), establishing, among other things, procedures (the "Rejection Procedures") for the Debtor's rejection of unexpired leases of nonresidential real property.

**PLEASE TAKE FURTHER NOTICE** that copy of the Rejection Procedures is enclosed herewith for your review.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Procedures Order and by this written notice (this "Rejection Notice"), the Debtor hereby provides notice that it has determined, in the exercise of its business judgment, that Debtor's lease with 5215 Properties, LLC (the "Landlord") dated on or about December 3, 2021 for the premises known as

{12051744:1}

5216-5224 Fifth Avenue, Brooklyn, NY (the "Rejected Lease") is hereby rejected effective as of May 25, 2022 (the "Rejection Date") pursuant to the Procedures Order and 11 U.S.C. §§ 365(a) and 554.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the proposed rejection of the Rejected Lease must: (i) be made in writing, (ii) state with particularity the grounds therefor, (iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, with a courtesy copy delivered to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, One Bowling Green New York, New York 10004; and (iv) be served upon (a) proposed incoming bankruptcy counsel for the Debtor, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019 (Attn: James M. Sullivan, Esq.); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Mark Bruh, Esq.);and (c) all entities that have requested notice in this Chapter 11 Case under Fed. R. Bankr. P. 2002, no later than seven days after the date that the Debtors served this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of the Rejected Lease shall become effective on the Rejection Date, or such other date as the Debtor and Landlord agree.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of the Rejected Lease is timely filed and not withdrawn or resolved, the Debtor shall file a notice for a hearing to consider the objection. If such objection is overruled or withdrawn, the Rejected Lease shall be rejected as of the Rejection Date set forth above or such other date as the Debtor and the Landlord agree in accordance with the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor has deposited property with the Landlord as a security deposit or other arrangement, Landlord may not set off or otherwise use such deposit without prior authority of the Court; <u>provided however</u>, that the Rejection Procedures shall not impair the right of Landlord to seek appropriate relief from the Court.

**PLEASE TAKE FURTHER NOTICE** that, except as may be agreed in writing between the Debtor and Landlord, any equipment or inventory left in the premises of the Rejected Lease as of the Rejection Date shall be deemed abandoned and Landlord may dispose of any abandoned equipment and inventory as it deems appropriate in its sole discretion.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim(s) with respect to rejection of the Rejected Lease, you must do so by the later of: (a) the claims bar date established in this chapter 11 case, if any; (b) 30 days after the Rejection Date; and (c) any date established by further order of the Court. If a claim is not timely filed, said claim shall be barred from receiving any distribution in this Chapter 11 Case. The rights of all parties, including those of the Debtor, to contest all claims arising out of, or related to, the rejection of the Rejected Lease are fully preserved.

| | |
|---|---|
| Dated: New York, New York<br>June 2, 2022 | WINDELS MARX LANE & MITTENDORF, LLP<br>*Counsel for Buyk Corp.* |
| | By:    */s/ James M. Sullivan*<br>James M. Sullivan (jsullivan@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Tel. (212) 237-1000 / Fax. (212) 262-1215 |