# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. BUYK CORP

§
§
§
§

Debtor(s)

Case No. 22-10328

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022

Petition Date: 03/17/2022

Months Pending: 1

Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          5

Debtor's Full-Time Employees (as of date of order for relief):          6

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/James Walker

Signature of Responsible Party

06/07/2022

Date

James Walker

Printed Name of Responsible Party

360 w 31st 6th fl New York NY 10001

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  BUYK CORP                                                  Case No.  22-10328

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $977,440 | |
| b. Total receipts (net of transfers between accounts) | $256,250 | $256,250 |
| c. Total disbursements (net of transfers between accounts) | $304,468 | $304,468 |
| d. Cash balance end of month (a+b-c) | $929,222 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $304,468 | $304,468 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $554,325 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ● Market ○ Other ○ (attach explanation)) | $718,197 |
| d. Total current assets | $3,913,726 |
| e. Total assets | $32,853,491 |
| f. Postpetition payables (excluding taxes) | $533,469 |
| g. Postpetition payables past due (excluding taxes) | $476,684 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $533,469 |
| k. Prepetition secured debt | $4,767,823 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $82,792,267 |
| n. Total liabilities (debt) (j+k+l+m) | $88,093,559 |
| o. Ending equity/net worth (e-n) | $-55,240,068 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $145,407 | $145,407 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $145,407 | $145,407 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $447,046 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $3,347,422 | |
| c. Gross profit (a-b) | $-2,900,376 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $768,886 | |
| f. Other expenses | $240,158 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-3,909,420 | $-5,446,539 |

UST Form 11-MOR (12/01/2021)                              2

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | 0 | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  BUYK CORP                                          Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                      6

Debtor's Name  BUYK CORP                                        Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  BUYK CORP                                                     Case No.  22-10328

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $9,357 | $12,684 |
| d.   Postpetition employer payroll taxes paid | $9,357 | $12,684 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● | No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○   No ○   N/A ● | |

| | | | |
|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ●   No ○ |
| | | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ●   No ○ |
| | | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |
| | | General liability insurance? | Yes ●   No ○ |
| | | If yes, are your premiums current? | Yes ●   No ○   N/A ○   (if no, see Instructions) |

| | | | |
|---|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ |

Debtor's Name  BUYK CORP                                                  Case No.  22-10328

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/James Walker                                         James Walker
_____                      _____
Signature of Responsible Party                       Printed Name of Responsible Party

CEO                                                  06/07/2022
_____                      _____
Title                                                Date

Debtor's Name BUYK CORP

Case No. 22-10328



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  BUYK CORP

Case No.  22-10328



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  BUYK CORP

Case No.  22-10328



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 30 Apr 2022

| Account | Account Code | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Bank | | |
| Operating Chase *6907 | 1012 | 783,814.57 |
| Savings Chase *2619 | 1015 | 145,407.20 |
| | | 929,221.77 |
| | | |
| Other Current Assets | | |
| Auction Proceeds Receivable | 1116 | 554,324.79 |
| Employee Advance - Pre petition | 1150 - PP | 4,153.91 |
| Inventory Asset - Pre petition | 1210-PP | 718,196.94 |
| Investments - Pre petition | 1951 - PP | 28,905.00 |
| Pre-paid Insurance | 1414 | 4,200.71 |
| Prepaid - Node Rent - Pre petition | 1410- PP | 360,537.15 |
| Prepaid Deposits for Inventory Assets - Pre petition | 1430- PP | 5,000.00 |
| Prepaid expenses - Pre petition | 1400-PP | 20,967.29 |
| Prepaid Real Estate Taxes - Pre petition | 1412- PP | 6,660.47 |
| Prepaid Software - Pre petition | 1415- PP | 46,170.02 |
| Retainer - Legal services - Pre petition | 1440 - PP | 62,588.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| | | 2,984,504.28 |
| Total Current Assets | | **3,913,726.05** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 3,630,708.97 |

| Account | Account Code | Total |
|---|---|---|
| Right of use Assets - Leases - Pre petition | 1550 - PP | 49,944,221.96 |
| Utility Deposits - Pre petition | 1933 - PP | 23,506.70 |
| Warehouse security Deposit - Pre petition | 1932 - PP | 391,698.01 |
| **Total Other Assets** | | **64,064,535.64** |
| **Fixed Assets** | | |
| Accumulated Depreciation, Computer Hardware - Pre petition | 1630 - PP | -33,806.03 |
| Accumulated Depreciation, Ebikes - Pre petition | 1660 - PP | -335,951.26 |
| Accumulated Depreciation, Furniture & Fixtures - Pre petition | 1600 - PP | -4,977.96 |
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -303,598.00 |
| Accumulated Depreciation, Node Equipment - Pre petition | 1610 - PP | -1,308,818.82 |
| Accumulated Depreciation, Node Shelving - Pre petition | 1650 - PP | -311,141.28 |
| Accumulated Depreciation, Uniform - Pre petition | 1611 - PP | -807,194.78 |
| Computer Hardware - Pre petition | 1530 - PP | 281,479.32 |
| Computer Software - Pre petition | 1520 - PP | 70,322.16 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Furniture and Fixtures - Pro petition | 1500 - PP | 41,153.47 |
| Leasehold Improvements - Pre petition | 1540 - PP | 6,594,542.12 |
| Node Equipment - Pre petition | 1510 - PP | 7,180,089.06 |
| Node Shelving - Pre petition | 1514 - PP | 1,514,505.40 |
| Node Uniforms - Pre petition | 1513 - PP | 1,038,244.22 |
| **Total Fixed Assets** | | **14,819,451.51** |
| TOTAL ASSETS | | **82,797,713.20** |

**LIABILITIES & EQUITIES**

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| Accounts Payable | 2000 | 538,121.92 |
| Accounts Payable - Pre petition | 2000 - PP | 7,223,133.59 |
| Brex Credit Card | 2100 | 315,509.10 |

| Account | Account Code | Total |
|---|---|---|
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | -4,651.98 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 6,233,280.46 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| **Total Current Liabilities** | | **25,443,509.33** |
| **Long Term Liabilities** | | |
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| Lease Liability Long Term - Pre petition | 2610 - PP | 45,094,272.03 |
| **Total Long Term Liabilities** | | **108,594,272.03** |
| **Other Liabilities** | | |
| DIP Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| **Total Other Liabilities** | | **4,000,000.00** |
| **Total Liabilities** | | **138,037,781.36** |
| **Equities** | | |
| Current Year Earnings | | -5,222,052.34 |
| Opening Balance Offset | | -50,018,015.82 |
| **Total Equities** | | **-55,240,068.16** |
| TOTAL LIABILITIES & EQUITIES | | **82,797,713.20** |

**Amount is displayed in your base currency **USD**

# Buyk Corp - Bankruptcy

## Profit and Loss

Basis: Accrual

From 01 Apr 2022 To 30 Apr 2022

| Account | Account Code | Total |
|---|---|---|
| **Operating Income** | | |
| Interest Income | 4050 | 0.18 |
| Auction Income | | 0.00 |
|    Equipment | 4098 | 338,746.04 |
|    Groceries | 4096 | 108,300.00 |
| **Total for Auction Income** | | **447,046.04** |
| **Total for Operating Income** | | **447,046.22** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **447,046.22** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 214.96 |
| Citi Bank charges | 8010 | 297.16 |
| Dues & Subscriptions | 7375 | 471.27 |
| Insurance | 7355 | 60,662.83 |
| Meals & Entertainment | 7390 | 2,334.06 |
| Office Supplies | 7319 | 393.88 |
| Postage / Shipping | 7360 | 17.32 |
| Travel | 7340 | 11,528.94 |
|    Lodging | 7341 | 2,589.55 |
| **Total for Travel** | **7340** | **14,118.49** |
| UST Fees | | 250.00 |
| Rent or Lease Expense - Node Related | | 0.00 |
|    Node Property Rent | 6005 | 467,767.24 |
|    Warehouse Rent | 6015 | 86,917.00 |
| **Total for Rent or Lease Expense - Node Related** | | **554,684.24** |

| Account | Account Code | Total |
|---|---|---|
| Payroll - All | | 0.00 |
|    Payroll - Admin | 7000 | 111,804.19 |
|    Payroll Taxes - Administrative | 7100 | 9,357.34 |
| **Total for Payroll - All** | | **121,161.53** |
| Outside Consultants | | 0.00 |
|    Temporary staff - Admin | 7309-02 | 6,012.50 |
| **Total for Outside Consultants** | | **6,012.50** |
| Utilities | | 0.00 |
|    Utilities - Node | 6102 | 8,267.60 |
| **Total for Utilities** | | **8,267.60** |
| **Total for Operating Expense** | | **768,885.84** |
| **Operating Profit** | | **-321,839.62** |
| **Non Operating Income** | | |
| **Total for Non Operating Income** | | **0.00** |
| **Non Operating Expense** | | |
|    Equipment Loss on Auction | 9877 | 1,911,028.60 |
|    Inventory Loss on Auction | 9876 | 1,436,393.80 |
|    LI Loss on rejected leases | 9878 | 240,158.12 |
| **Total for Non Operating Expense** | | **3,587,580.52** |
| **Net Profit/Loss** | | **-3,909,420.14** |

\*\*Amount is displayed in your base currency **USD**

| Name | Date | Amount | Notes |
|---|---|---|---|
| Alexandre Agaian | 4/8/2022 | 8,538.46 | salary |
| Alexandre Agaian | 4/22/2022 | 8,538.46 | salary |
| Alexandre Agaian | 4/22/2022 | 532.20 | reimbursement |
| Olga Beliakova | 4/8/2022 | 6,865.38 | salary |
| Olga Beliakova | 4/8/2022 | 239.17 | reimbursement |
| Olga Beliakova | 4/22/2022 | 6,865.38 | salary |
| Olga Beliakova | 4/22/2022 | 583.24 | reimbursement |
| James Walker | 4/8/2022 | 18,750.00 | salary |
| James Walker | 4/8/2022 | 3,121.24 | reimbursement |
| James Walker | 4/22/2022 | 18,750.00 | salary |
| James Walker | 4/22/2022 | 4,699.22 | reimbursement |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2022 through April 29, 2022

Account Number:                    **2619**

### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.



00022810 DDA 802 211 12022 NNNNNNNNNNN 1 000000000 61 0000

BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601

## SAVINGS SUMMARY   Premium Commercial Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 5 | 145,407.20 |
| **Ending Balance** | **5** | **$145,407.20** |
|  |  |  |
| Interest Paid This Period |  | $0.18 |
| Interest Paid Year-to-Date |  | $0.18 |

 **CHASE**

April 01, 2022 through April 29, 2022
Account Number:                    **2619**

# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$0.00** |
| 04/19 | Fedwire Credit Via: Signature Bank/026013576 B/O: Third And Bergen LLC , Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-        8762 Rfb=O/B Signature Ba Imad: 0419B6B7261F003069 Trn: 0562180109Ff | 20,000.00 | 20,000.00 |
| 04/26 | Fedwire Credit Via: Signature Bank/026013576 B/O: Third And Bergen LLC Brooklyn NY 11201 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-        8762 Rfb=O/B Signature Ba Obi=83 3Rd Ave - 1St FL: Equipment/Fur Niture Pur Chase Imad: 0426B6B7261F005218 Trn: 0752160116Ff | 5,348.02 | 25,348.02 |
| 04/27 | Book Transfer Credit B/O: National Property Solutions, Inc. Deerfield IL 60015-6009 US Ref: Partial Payment - Buyk Bankruptcy Auction/Bnf/Partial Payment - Buyk B Ankruptcy Auction Trn: 3324902117Es | 50,000.00 | 75,348.02 |
| 04/28 | Deposit       1165427983 | 70,059.00 | 145,407.02 |
| 04/29 | Interest Payment | 0.18 | 145,407.20 |
| | **Ending Balance** | | **$145,407.20** |

# INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)
        04/01    **TO**    04/30    **AT**        0.01%

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2022 through April 29, 2022

**Account Number.**            6907

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00070182 WBS 802 211 12022 NNNNNNNNNN 1 000000000 80 0000
BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016



## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $975,895.08 |  |
| Deposits and Credits | 8 | $115,225.64 |  |
| Withdrawals and Debits | 19 | $304,218.15 |  |
| Checks Paid | 4 | $3,088.00 |  |
| **Ending Ledger Balance** |  | **$783,814.57** |  |

## Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 04/01 | Remote Online Deposit | 1 | $34.27 |
| 04/05 | Remote Online Deposit | 1 | 1,510.38 |
| 04/08 | Deposit    2001229600 | | 5,563.94 |
| 04/14 | Deposit    1979650567 | | 70,294.63 |
| 04/14 | Deposit    1979650566 | | 34,984.42 |
| 04/27 | Reversal of Check | 7002 | 1,463.00 |
| 04/28 | Reversal of Check | 7001 | 1,125.00 |
| 04/29 | Reversal of Check | 7003 | 250.00 |
| **Total** | | | **$115,225.64** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 04/04 | Orig CO Name:Cinfin      Orig ID:0000000160 Desc Date:220401 CO Entry Descr:Insurance Sec:Web   Trace#:021000027766785 Eed:220401 Ind ID:6760092           Ind Name:Buyk *Corp | $21,091.60 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

Page 1 of 4



April 01, 2022 through April 29, 2022

**Account Number:**              6907

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 04/04 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Fakhriyya Mehdiyeva New York NY 10026 US Imad: 0404B1Qgc06C011960 Trn: 3680922091Es YOUR REF: CML OF 22/04/01 | 3,250.00 |
| 04/04 | Online Domestic Wire Transfer Via: Pncbank NJ/      7607 A/C: Nationwide Industrial Supply LLC Butler NJ 07405 US Ref: Buyk Corp Settlement Agreement Imad: 0404B1Qgc08C012697 Trn: 3495472094Es YOUR REF: CML OF 22/04/04 | 78,000.00 |
| 04/05 | Online ACH Payment 5329610302 To Firstinsurancefunding (_##3821) YOUR REF: 27283153942 | 28,370.67 |
| 04/07 | Online Domestic Wire Transfer Via: Pncbank Pitt/      0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0407B1Qgc05C005964 Trn: 3213202097Es YOUR REF: CML OF 22/04/07 | 45,412.51 |
| 04/07 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0407B1Qgc08C008326 Trn: 3215542097Es YOUR REF: CML OF 22/04/07 | 20,970.52 |
| 04/11 | Online Domestic Wire Transfer Via: Bk Amer Nyc      9593 A/C: Fakhriyya Mehdiyeva New York NY 10026 US Imad: 0411B1Qgc08C009751 Trn: 3461412101Es YOUR REF: CML OF 22/04/11 | 1,787.50 |
| 04/15 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      9593 A/C: Avalara Inc Seattle WA 98104 US Ref: Buyk Corp Imad: 0415B1Qgc05C005381 Trn: 3245162105Es YOUR REF: CML OF 22/04/15 | 1,344.27 |
| 04/15 | Account Analysis Settlement Charge | 297.16 |
| 04/19 | Online Domestic Wire Transfer Via: Bk Amer Nyc.      9593 A/C: Avalara Inc Seattle WA 98104 US Ref: Buyk Corp Backfiling Imad: 0419B1Qgc08C001774 Trn: 3121532109Es YOUR REF: CML OF 22/04/19 | 1,220.00 |
| 04/21 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220420 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000021267546 Eed:220421  Ind ID:666364928000061      Ind Name: Buyk Corporation Dip Trn: 1111267546Tc | 478.69 |
| 04/21 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220420 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000021267545 Eed:220421  Ind ID:688072615302021      Ind Name: Buyk Corporation Dip Trn: 1111267545Tc | 321.08 |
| 04/21 | Online Domestic Wire Transfer Via: Pncbank Pitt/      00096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0421B1Qgc02C005809 Trn: 3183382111Es YOUR REF: CML OF 22/04/21 | 42,872.73 |
| 04/21 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0421B1Qgc02C005811 Trn: 3183532111Es YOUR REF: CML OF 22/04/21 | 20,970.52 |
| 04/22 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0422B1Qgc03C006064 Trn: 3184722112Es YOUR REF: CML OF 22/04/22 | 2,664.33 |
| 04/22 | Online ACH Payment 5332239288 To Firstinsurancefunding (_##3821) YOUR REF: 27485262243 | 28,370.67 |
| 04/26 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      9593 A/C: Fakhriyya Mehdiyeva New York NY 10026 US Imad: 0426B1Qgc04C004217 Trn: 3178192116Es YOUR REF: CML OF 22/04/26 | 975.00 |



CHASE ⬡

April 01, 2022 through April 29, 2022

Account Number:                6907

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 04/28 | Online Domestic Wire Transfer Via: Bk Amer Nyc/ 9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0428B1Qgc04C005415 Trn: 3233852118Es YOUR REF: CML OF 22/04/28 | 1,685.66 |
| 04/28 | Online Domestic Wire Transfer Via: Pncbank Pitt/ 0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0428B1Qgc07C008926 Trn: 3235122118Es YOUR REF: CML OF 22/04/28 | 4,135.24 |
| **Total** | | **$304,218.15** |



## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 7001 | 04/27 | $1,125.00 | 7003 | 04/28 | $250.00 | 7004 | 04/29 | $250.00 |
| 7002 | 04/26 | $1,463.00 | | | | | | |

| **Total** | **4 check(s)** | | | | | | | **$3,088.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 04/01 | $975,929.35 | 04/19 | $886,538.49 |
| 04/04 | $873,587.75 | 04/21 | $821,895.47 |
| 04/05 | $846,727.46 | 04/22 | $790,860.47 |
| 04/07 | $780,344.43 | 04/26 | $788,422.47 |
| 04/08 | $785,908.37 | 04/27 | $788,760.47 |
| 04/11 | $784,120.87 | 04/28 | $783,814.57 |
| 04/14 | $889,399.92 | 04/29 | $783,814.57 |
| 04/15 | $887,758.49 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank