## UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   New York

In Re. BUYK CORP                                          §                    Case No.  22-10328
                                                         §
_____                          §
              Debtor(s)                                  §
                                                                              ☐ Jointly Administered

# Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 05/31/2022                        Petition Date: 03/17/2022

Months Pending: 3                                         Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:              Accrual Basis  ⦿          Cash Basis  ◯

Debtor's Full-Time Employees (current):                  4

Debtor's Full-Time Employees (as of date of order for relief):        6

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☒   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/James Walker/                                            James Walker
Signature of Responsible Party                           Printed Name of Responsible Party

06/27/2022
Date

                                                         360 w 31st 6th fl New York NY 10001
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name  BUYK CORP                                                          Case No.  22-10328

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $929,222 | |
| b. Total receipts (net of transfers between accounts) | $464,218 | $720,468 |
| c. Total disbursements (net of transfers between accounts) | $311,768 | $616,236 |
| d. Cash balance end of month (a+b-c) | $1,081,672 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $311,768 | $616,236 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $482,496 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ○ Market ○ Other ◉  (attach explanation)) | $0 |
| d. Total current assets | $3,042,422 |
| e. Total assets | $30,632,224 |
| f. Postpetition payables (excluding taxes) | $954,909 |
| g. Postpetition payables past due (excluding taxes) | $954,909 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $954,909 |
| k. Prepetition secured debt | $4,498,706 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $83,406,377 |
| n. Total liabilities (debt) (j+k+l+m) | $88,859,991 |
| o. Ending equity/net worth (e-n) | $-58,227,767 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $414,799 | $414,799 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $414,799 | $414,799 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $364,889 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $1,856,189 | |
| c. Gross profit (a-b) | $-1,491,300 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $1,151,912 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-2,643,213 | $-8,089,752 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name  BUYK CORP                                                          Case No.  22-10328

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | 0 | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  BUYK CORP                                                                    Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name BUYK CORP                                                    Case No. 22-10328

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  BUYK CORP                                                        Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                          6

Debtor's Name  BUYK CORP                                          Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $6,049 | $18,733 |
| d. | Postpetition employer payroll taxes paid | $6,049 | $18,733 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  BUYK CORP                                                                 Case No.  22-10328

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/James Walker                                              James Walker
Signature of Responsible Party                            Printed Name of Responsible Party

CEO                                                       06/27/2022
Title                                                     Date

Debtor's Name  BUYK CORP                                    Case No.  22-10328



Debtor's Name BUYK CORP                                                    Case No. 22-10328



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name BUYK CORP

Case No. 22-10328



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 31 May 2022

| Account | Account Code | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Bank | | |
| Investment Account Citi *4396 | 1011 | 24,947.80 |
| Operating Chase *6907 | 1012 | 496,498.89 |
| Savings Chase *2619 | 1015 | 560,225.10 |
| | | 1,081,671.79 |
| Other Current Assets | | |
| Auction Proceeds Receivable | 1116 | 482,495.83 |
| Employee Advance - Pre petition | 1150 - PP | 4,153.91 |
| Investments - Pre petition | 1951 - PP | 28,905.00 |
| Other Current Assets | 1431 | 138,500.00 |
| Pre-paid Insurance | 1414 | 3,329.36 |
| Prepaid - Node Rent - Pre petition | 1410- PP | 34,801.15 |
| Prepaid Software - Pre petition | 1415- PP | 33,176.66 |
| Retainer - Legal services - Pre petition | 1440 - PP | 62,588.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| | | 1,960,749.91 |
| **Total Current Assets** | | **3,042,421.70** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 2,580,834.22 |
| Right of use Assets - Leases - Pre petition | 1550 - PP | 32,849,491.34 |
| Utility Deposits - Pre petition | 1933 - PP | 23,506.70 |
| **Total Other Assets** | | **45,528,232.26** |

| Account | Account Code | Total |
|---|---|---|
| **Fixed Assets** | | |
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -215,472.25 |
| Computer Hardware - Pre petition | 1530 - PP | 161,959.27 |
| Computer Software - Pre petition | 1520 - PP | 70,322.16 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Leasehold Improvements - Pre petition | 1540 - PP | 4,881,666.08 |
| Node Equipment - Pre petition | 1510 - PP | 6,497,805.97 |
| Node Shelving - Pre petition | 1514 - PP | 1,370,590.53 |
| Node Uniforms - Pre petition | 1513 - PP | 939,585.79 |
| Total Fixed Assets | | **14,911,061.44** |
| TOTAL ASSETS | | **63,481,715.40** |
| **LIABILITIES & EQUITIES** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | 2000 | 561,716.53 |
| Accounts Payable - Pre petition | 2000 - PP | 7,069,585.59 |
| Brex Credit Card | 2100 | 315,509.10 |
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | 393,028.28 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 5,619,392.46 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| Total Current Liabilities | | **25,097,348.20** |
| **Long Term Liabilities** | | |
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| Lease Liability Long Term - Pre petition | 2610 - PP | 28,613,429.41 |
| Total Long Term Liabilities | | **92,113,429.41** |
| **Other Liabilities** | | |
| Legalist Secured Loan | 2615 | 0.00 |
| Accrued Interest | 2615-5 | 153,335.75 |

| Account | Account Code | Total |
|---|---|---|
| Commitment Fee | 2615-1 | 178,750.00 |
| Monitoring Fee | 2615-4 | 25,866.44 |
| Underwriting Fee | 2615-2 | 113,750.00 |
| Unused Fee | 2615-3 | 27,003.42 |
| **Total for Legalist Secured Loan** | | 498,705.61 |
| Legalist Secured Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| Total Other Liabilities | | **4,498,705.61** |
| Total Liabilities | | **121,709,483.22** |
| **Equities** | | |
| Current Year Earnings | | -8,209,752.00 |
| Opening Balance Offset | | -50,018,015.82 |
| Total Equities | | **-58,227,767.82** |
| TOTAL LIABILITIES & EQUITIES | | **63,481,715.40** |

**Amount is displayed in your base currency **USD**

# Buyk Corp - Bankruptcy

## Profit and Loss

Basis: Accrual

From 01 May 2022 To 31 May 2022

| Account | Account Code | Total |
|---|---|---|
| **Operating Income** | | |
| Auction Income | 4095 | 240,000.00 |
| Equipment | 4098 | 102,969.98 |
| **Total for Auction Income** | **4095** | **342,969.98** |
| Interest Income | 4050 | 18.96 |
| **Total for Operating Income** | | **342,988.94** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **342,988.94** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 491.21 |
| Citi Bank charges | 8010 | 15.00 |
| Computer software Expense | 7346 | 12,993.36 |
| Dues & Subscriptions | 7375 | 750.00 |
| Insurance | 7355 | 18,849.35 |
| Interest Expense | 8100 | 115,363.15 |
| Licenses and fees | 7895 | 38,856.17 |
| Office Supplies | 7319 | 1,000.00 |
| Rent or Lease Expense - Node Related | 6000 | 613,888.00 |
| Warehouse Rent | 6015 | 168,800.00 |
| **Total for Rent or Lease Expense - Node Related** | **6000** | **782,688.00** |
| Repairs & Maintenance - Node | 6120 | 46,395.00 |
| State Income Taxes | 8250 | 3,044.00 |
| Travel | 7340 | 11,180.79 |
| Payroll - All | | 0.00 |
| Payroll - Admin | 7000 | 106,392.20 |

| Account | Account Code | Total |
|---|---|---|
| Payroll Processing Fee | 7150 | 37.20 |
| Payroll Taxes - Administrative | 7100 | 6,048.65 |
| **Total for Payroll - All** | | **112,478.05** |
| Utilities | | 0.00 |
| Utilities - Node | 6102 | 7,808.70 |
| **Total for Utilities** | | **7,808.70** |
| **Total for Operating Expense** | | **1,151,912.78** |
| **Operating Profit** | | **-808,923.84** |
| **Non Operating Income** | | |
| Other Income | 4040 | 21,900.00 |
| **Total for Non Operating Income** | | **21,900.00** |
| **Non Operating Expense** | | |
| Equipment Loss on Auction | 9877 | -1,804,485.97 |
| Inventory Loss on Auction | 9876 | 744,164.23 |
| LI Loss on rejected leases | 9878 | 1,712,876.04 |
| Loss on Security Deposits | 9879 | 1,203,635.23 |
| **Total for Non Operating Expense** | | **1,856,189.53** |
| **Net Profit/Loss** | | **-2,643,213.37** |

**Amount is displayed in your base currency **USD**

| | | | |
|---|---|---|---|
| Alexandre Agaian | 5/6/2022 | 8,538.46 | salary |
| Alexandre Agaian | 5/20/2022 | 109.47 | reimbursement |
| Alexandre Agaian | 5/20/2022 | 8,538.46 | salary |
| Olga Beliakova | 5/6/2022 | 6,865.38 | salary |
| Olga Beliakova | 5/6/2022 | 557.13 | reimbursement |
| Olga Beliakova | 5/20/2022 | 6,865.38 | salary |
| Olga Beliakova | 5/20/2022 | 1,051.08 | reimbursement |
| James Walker | 5/6/2022 | 18,750.00 | salary |
| James Walker | 5/6/2022 | 3,610.61 | reimbursement |
| James Walker | 5/20/2022 | 18,750.00 | salary |
| James Walker | 5/20/2022 | 3,535.46 | reimbursement |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 30, 2022 through May 31, 2022
Account Number:          **2619**

### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.



00022769 DDA 802 211 15222 NNNNNNNNNNN 1 000000000 61 0000
BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601

## SAVINGS SUMMARY    Premium Commercial Money Market

|                              | INSTANCES | AMOUNT       |
| ---------------------------- | --------- | ------------ |
| **Beginning Balance**        |           | **$145,407.20** |
| Deposits and Additions       | 8         | 414,817.90   |
| **Ending Balance**           | **8**     | **$560,225.10** |
| Interest Paid This Period    |           | $18.96       |
| Interest Paid Year-to-Date   |           | $19.14       |

## TRANSACTION DETAIL

| DATE  | DESCRIPTION | AMOUNT | BALANCE |
| ----- | ----------- | ------ | ------- |
|       | **Beginning Balance** |        | **$145,407.20** |
| 05/02 | Book Transfer Credit B/O: National Property Solutions, Inc. Deerfield IL 60015-6009 US Ref: Partial Payment - Buyk Bankruptcy Auction/Bnf/Partial Payment - Buyk B Ankruptcy Auction Trn: 3164382122Es | **50,000.00** | 195,407.20 |
| 05/03 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Best Buy Auctioneers Com Inc Holmdel, NJ 07733-1638 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-           762 Rfb=Dsea-Ce2Rx8 Imad: 0503Mmqfmpyq000678 Trn: 0157900123Ff | **159,186.96** | 354,594.16 |
| 05/05 | Book Transfer Credit B/O: National Property Solutions, Inc. Deerfield IL 60015-6009 US Ref: Partial Payment - Buyk Bankruptcy Auction/Bnf/Partial Payment - Buyk B Ankruptcy Auction Trn: 3269642125Es | **50,000.00** | 404,594.16 |
| 05/06 | Book Transfer Credit B/O: National Property Solutions, Inc. Deerfield IL 60015-6009 US Ref: Ref: Buyk Bankruptcy Option Partialsettlement Trn: 3533912125Es | **150,000.00** | 554,594.16 |



April 30, 2022 through May 31, 2022
Account Number:                '2619

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/20 | Fedwire Credit Via: Signature Bank/026013576 B/O: Third And Bergen LLC , Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-                          3762 Rfb=O/B Signature Ba Imad: 0520B6B7261F006128 Trn: 0875180140Ff | 4,651.98 | 559,246.14 |
| 05/20 | Remote Online Deposit            2 | 480.00 | 559,726.14 |
| 05/23 | Remote Online Deposit            2 | 480.00 | 560,206.14 |
| 05/31 | Interest Payment | 18.96 | 560,225.10 |
|  | **Ending Balance** |  | **$560,225.10** |

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| | | | | |
|---|---|---|---|---|
| 05/01 | **TO** | 05/15 | **AT** | 0.01% |
| 05/16 | **TO** | 05/31 | **AT** | 0.07% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 30, 2022 through May 31, 2022

**Account Number:**            6907

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00069150 WBS 802 211 15222 NNNNNNNNNNN 1 000000000 C2 0000
BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $783,814.57 |  |
| Deposits and Credits | 4 | $49,650.00 |  |
| Withdrawals and Debits | 22 | $336,715.68 |  |
| Checks Paid | 1 | $250.00 |  |
| **Ending Ledger Balance** |  | **$496,498.89** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 05/02 | Reversal of Check        7004 | $250.00 |
| 05/09 | Fedwire Credit Via: Bmo Harris Bank N.A./071000288 B/O: 1860 N Milwaukee Comet LLC US Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-.            260 Rfb=O/B Bmo Harris B Obi=1860 Milwa Ukee Bbi=/Chgs/USD0,/ Imad: 0509G1Qg750C002827 Trn: 0446880129Ff YOUR REF:  O/B BMO HARRIS B | 2,500.00 |
| 05/23 | Deposit      2001130495 | 21,900.00 |
| 05/31 | Fedwire Credit Via: Metropolitan Commercial Bank/026013356 B/O: 8904 5th Ave LLC New York, NY 10013 US Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-            260 Rfb=8904 5th Ave Obi=Security Depos It Refund Imad: 0531Gmqfmp01041395 Trn: 1238970151Ff YOUR REF:  8904 5TH AVE | 25,000.00 |
| **Total** |  | **$49,650.00** |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



April 30, 2022 through May 31, 2022
Account Number:          6907

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 05/05 | Orig CO Name: Amtrust NA          Orig ID: 9578755001 Desc Date: May 04<br>CO Entry Descr: Payment  Sec: CCD   Trace#: 021000022336128 Eed: 220505<br>Ind ID: 34338694          Ind Name: Buyk Corp Trn: 1252336128Tc | $135,000.00 |
| 05/05 | Online Domestic Wire Transfer Via: Pncbank Pitt/`‾‾‾‾‾`096 A/C: Paylocity<br>Corporation Schaumburg IL 60173 US Ref: 146070 Imad:<br>0505B1Qgc08C015407 Trn: 3237712125Es<br>YOUR REF:  CML OF 22/05/05 | 43,514.71 |
| 05/05 | Online Domestic Wire Transfer Via: Bk Amer Nyc/          593 A/C: Paylocity<br>Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad:<br>0505B1Qgc08C015420 Trn: 3237832125Es<br>YOUR REF:  CML OF 22/05/05 | 18,962.45 |
| 05/06 | Orig CO Name: Nys Dtf CT          Orig ID: G146013200 Desc Date:          CO<br>Entry Descr: Tax Paymntsec: CCD   Trace#: 091000019721034 Eed: 220506<br>Ind ID: 000000084483718          Ind Name: CR2200815810 Trn:<br>1269721034Tc | 1,463.00 |
| 05/11 | Online Domestic Wire Transfer Via: Citibank Nyc/`_ _ _ _`089 A/C: Buyk Corp<br>New York NY 10001 US Ref: Transfer To Utilities Account/Time/03:23 Imad:<br>0511B1Qgc08C001862 Trn: 3022412131Es<br>YOUR REF:  CML OF 22/05/11 | 25,000.00 |
| 05/11 | Orig CO Name: Cinfin          Orig ID: 0000000160 Desc Date: 220511 CO<br>Entry Descr: Insurance Sec: Web   Trace#: 021000021439695 Eed: 220511<br>Ind ID: 7719087          Ind Name: Buyk *Corp<br>888-242-0888 Trn: 1311439695Tc | 35,956.00 |
| 05/12 | Orig CO Name: Nyc Dept of Fina          Orig ID: 6136400434 Desc Date: 220511<br>CO Entry Descr: Taxpaymentsec: Web   Trace#: 051000019243936<br>Eed: 220512  Ind ID: 1384107520          Ind Name: Buyk Corp<br>X Trn: 1329243936Tc | 1,125.00 |
| 05/13 | Orig CO Name: Comm of Mass EFT          Orig ID: 4602285821 Desc<br>Date: 220512 CO Entry Descr: MA Dor Paysec: CCD<br>Trace#: 051000017675423 Eed: 220513  Ind ID: 834025792          Ind<br>Name: Buyk Corp<br>Dept. of Revenue Trn: 1337675423Tc | 456.00 |
| 05/13 | Orig CO Name: Con Ed of NY          Orig ID: 2462467002 Desc Date: 220512<br>CO Entry Descr: Xxxxxxxxxxsec: PPD   Trace#: 021000027675429<br>Eed: 220513  Ind ID: 700155160200023          Ind Name: Buyk Corporation<br>Dip Trn: 1337675429Tc | 344.07 |
| 05/13 | Orig CO Name: Con Ed of NY          Orig ID: 2462467002 Desc Date: 220512<br>CO Entry Descr: Xxxxxxxxxxsec: PPD   Trace#: 021000027675428<br>Eed: 220513  Ind ID: 423141063500061          Ind Name: Buyk Corporation<br>Dip Trn: 1337675428Tc | 242.93 |
| 05/13 | Orig CO Name: Con Ed of NY          Orig ID: 2462467002 Desc Date: 220512<br>CO Entry Descr: Xxxxxxxxxxsec: PPD   Trace#: 021000027675427<br>Eed: 220513  Ind ID: 677094105900182          Ind Name: Buyk Corporation<br>Dip Trn: 1337675427Tc | 237.64 |
| 05/13 | Orig CO Name: Con Ed of NY          Orig ID: 2462467002 Desc Date: 220512<br>CO Entry Descr: Xxxxxxxxxxsec: PPD   Trace#: 021000027675426<br>Eed: 220513  Ind ID: 423141063800040          Ind Name: Buyk Corporation<br>Dip Trn: 1337675426Tc | 153.92 |
| 05/13 | Orig CO Name: Con Ed of NY          Orig ID: 2462467002 Desc Date: 220512<br>CO Entry Descr: Xxxxxxxxxxsec: PPD   Trace#: 021000027675425<br>Eed: 220513  Ind ID: 677046140516027          Ind Name: Buyk Corporation<br>Dip Trn: 1337675425Tc | 90.79 |
| 05/16 | Orig CO Name: United Healthcar          Orig ID: 1411289245 Desc Date:          CO<br>Entry Descr: EDI Paymtssec: CTX   Trace#: 043000265698621 Eed: 220516<br>Ind ID: 787293315794          Ind Name: 0007Buyk Groceries Trn:<br>1365698621Tc | 5,536.68 |
| 05/16 | Account Analysis Settlement Charge | 491.21 |



CHASE 🟠

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 05/17 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220516 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000028948190 Eed:220517  Ind ID:423141063500061          Ind Name: Buyk Corporation Dip Trn: 1378948190Tc | 983.19 |
| 05/17 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220516 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000028948189 Eed:220517  Ind ID:677094105900182          Ind Name: Buyk Corporation Dip Trn: 1378948189Tc | 445.27 |
| 05/17 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220516 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000028948188 Eed:220517  Ind ID:423141063800040          Ind Name: Buyk Corporation Dip Trn: 1378948188Tc | 329.52 |
| 05/17 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220516 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000028948187 Eed:220517  Ind ID:326003028000066          Ind Name: Buyk Trn: 1378948187Tc | 226.95 |
| 05/17 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:220516 CO Entry Descr:Xxxxxxxxxxsec:PPD   Trace#:021000028948186 Eed:220517  Ind ID:677046140516027          Ind Name: Buyk Corporation Dip Trn: 1378948186Tc | 61.87 |
| 05/19 | Online Domestic Wire Transfer Via: Pncbank Pitt/(      096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0519B1Qgc05C005701 Trn: 3188872139Es YOUR REF:  CML OF 22/05/19 | 45,179.34 |
| 05/19 | Online Domestic Wire Transfer Via: Bk Amer Nyc/      593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0519B1Qgc05C005711 Trn: 3189012139Es YOUR REF:  CML OF 22/05/19 | 20,915.14 |
| **Total** | | **$336,715.68** |

## Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 7005 | 05/12 | $250.00 | | | | | | |

**Total      1 check(s)**                                                                              **$250.00**

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 05/02 | $784,064.57 | 05/13 | $523,768.06 |
| 05/05 | $586,587.41 | 05/16 | $517,740.17 |
| 05/06 | $585,124.41 | 05/17 | $515,693.37 |
| 05/09 | $587,624.41 | 05/19 | $449,598.89 |
| 05/11 | $526,668.41 | 05/23 | $471,498.89 |
| 05/12 | $525,293.41 | 05/31 | $496,498.89 |

Your service charges, fees and earnings credit have been calculated through account analysis.



This Page Intentionally Left Blank

Citibank CBO Services    022
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
4396

BUYK CORP.
360 W 31ST STREET    Floor 6
NEW YORK                NY 10001

**Statement Period**
**May 1 - May 31, 2022**

Page 1 of 1

## CitiBusiness® ACCOUNT AS OF MAY 31, 2022

Relationship Summary:

| | |
|---|---|
| **Checking** | **$24,947.80** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Beginning immediately, CitiBusiness Client Manual includes the following to the 'Cancellation or Amendment of all other Funds Transfer Requests' under 'Wires': "If your wire transfer is returned by the beneficiary bank to Citibank, an amendment request cannot be accepted and as a result, the funds will automatically be credited back to your account less any applicable service charges. If your transfer was in foreign currency, your returned funds will be in U.S. dollars at the exchange rate established by Citibank on the date of return as indicated above."

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
6869824396

| | | Beginning Balance: | $0.00 |
|---|---|---|---|
| | | Ending Balance: | $24,947.80 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/11 | FUNDS TRANSFER | | 25,000.00 | 25,000.00 |
| | WIRE FROM BUYK C ORP      May 11 | | | |
| 05/12 | INCOMING WIRE TRAN FEE | 15.00 | | 24,985.00 |
| | INCOMING WIRE    FEE    F0121310OB8501 May 12 | | | |
| 05/13 | ACH DEBIT | 28.83 | | 24,956.17 |
| | PAYLOCITY      DEBCARDTX S00514863231477 May 13 | | | |
| 05/20 | ACH DEBIT | 8.37 | | 24,947.80 |
| | PAYLOCITY      DEBCARDTX S00514863231477 May 20 | | | |
| | **Total Debits/Credits** | **52.20** | **25,000.00** | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking

YOU CAN CALL:

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TTY: 800-945-0258)

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.