# UNITED STATES BANKRUPTCY COURT

<u>Southern</u> DISTRICT OF <u>New York</u>

_____

In Re. BUYK CORP §     Case No. <u>22-10328</u>
                       §
_____ §
          Debtor(s)           §      ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: <u>06/30/2022</u>       Petition Date: <u>03/17/2022</u>

Months Pending: <u>4</u>       Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:      Accrual Basis ◉      Cash Basis ○

Debtor's Full-Time Employees (current):      <u>4</u>

Debtor's Full-Time Employees (as of date of order for relief):      <u>6</u>

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/James Walker/                   James Walker
Signature of Responsible Party           Printed Name of Responsible Party

07/15/2022
Date

                              360 w 31st 6th fl New York NY 10001
                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,081,672 | |
| b. Total receipts (net of transfers between accounts) | $255,959 | $976,427 |
| c. Total disbursements (net of transfers between accounts) | $307,746 | $923,982 |
| d. Cash balance end of month (a+b-c) | $1,029,885 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $307,746 | $923,982 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $385,138 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d. Total current assets | $2,714,757 |
| e. Total assets | $26,195,283 |
| f. Postpetition payables (excluding taxes) | $1,226,211 |
| g. Postpetition payables past due (excluding taxes) | $1,226,211 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,226,211 |
| k. Prepetition secured debt | $4,580,327 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $83,406,541 |
| n. Total liabilities (debt) (j+k+l+m) | $89,213,079 |
| o. Ending equity/net worth (e-n) | $-63,017,796 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $100,221 | $515,020 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $100,221 | $515,020 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $2,863 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $122,000 | |
| c. Gross profit (a-b) | $-119,137 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $583,378 | |
| f. Other expenses | $4,084,649 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-4,790,028 | $-12,879,779 |

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | 0 | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | xcii | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $6,043 | $24,816 |
| d. Postpetition employer payroll taxes paid | $6,043 | $24,816 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◉  No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name BUYK CORP                                    Case No. 22-10328

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/James Walker                                              James Walker

Signature of Responsible Party                            Printed Name of Responsible Party

CEO                                                       07/15/2022

Title                                                     Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 30 Jun 2022

| Account | Account Code | Total |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Bank | | |
| Investment Account Citi *4396 | 1011 | 24,947.80 |
| Operating Chase *6907 | 1012 | 344,455.22 |
| Savings Chase *2619 | 1015 | 660,482.03 |
| | | 1,029,885.05 |
| | | |
| Other Current Assets | | |
| Auction Proceeds Receivable | 1116 | 385,137.83 |
| Employee Advance - Pre petition | 1150 - PP | 4,153.91 |
| Investments - Pre petition | 1951 - PP | 28,905.00 |
| Pre-paid Insurance | 1414 | 2,403.92 |
| Prepaid - Node Rent - Pre petition | 1410- PP | 8,700.00 |
| Prepaid Software - Pre petition | 1415- PP | 20,183.30 |
| Retainer - Legal services - Pre petition | 1440 - PP | 62,588.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| | | 1,684,871.96 |
| Total Current Assets | | **2,714,757.01** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 1,160,128.00 |
| Right of use Assets - Leases - Pre petition | 1550 - PP | 12,490,803.39 |
| Utility Deposits - Pre petition | 1933 - PP | 23,506.70 |
| Total Other Assets | | **23,748,838.09** |
| **Fixed Assets** | | |

| Account | Account Code | Total |
|---|---|---|
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -99,217.18 |
| Computer Hardware - Pre petition | 1530 - PP | 76,959.27 |
| Computer Software - Pre petition | 1520 - PP | 33,322.16 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Leasehold Improvements - Pre petition | 1540 - PP | 2,198,840.97 |
| Node Equipment - Pre petition | 1510 - PP | 6,497,805.97 |
| Node Shelving - Pre petition | 1514 - PP | 1,370,590.53 |
| Node Uniforms - Pre petition | 1513 - PP | 939,585.79 |
| **Total Fixed Assets** | | **12,222,491.40** |
| TOTAL ASSETS | | **38,686,086.50** |

**LIABILITIES & EQUITIES**

**Liabilities**

**Current Liabilities**

| Account | Account Code | Total |
|---|---|---|
| Accounts Payable | 2000 | 518,021.58 |
| Accounts Payable - Pre petition | 2000 - PP | 7,069,585.59 |
| Brex Credit Card | 2100 | 315,509.10 |
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | 708,189.28 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 5,782,853.46 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| **Total Current Liabilities** | | **25,532,275.25** |

**Long Term Liabilities**

| Account | Account Code | Total |
|---|---|---|
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| Lease Liability Long Term - Pre petition | 2610 - PP | 8,091,280.46 |
| **Total Long Term Liabilities** | | **71,591,280.46** |

**Other Liabilities**

| Account | Account Code | Total |
|---|---|---|
| Legalist Secured Loan | 2615 | 0.00 |
| Accrued Interest | 2615-5 | 215,847.09 |
| Commitment Fee | 2615-1 | 178,750.00 |

| Account | Account Code | Total |
|---|---|---|
| Monitoring Fee | 2615-4 | 35,215.76 |
| Underwriting Fee | 2615-2 | 113,750.00 |
| Unused Fee | 2615-3 | 36,763.69 |
| **Total for Legalist Secured Loan** | | 580,326.54 |
| Legalist Secured Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| Total Other Liabilities | | **4,580,326.54** |
| Total Liabilities | | **101,703,882.25** |
| **Equities** | | |
| Current Year Earnings | | -12,999,779.93 |
| Opening Balance Offset | | -50,018,015.82 |
| Total Equities | | **-63,017,795.75** |
| TOTAL LIABILITIES & EQUITIES | | **38,686,086.50** |

\*\*Amount is displayed in your base currency **USD**

| Account | Account Code | Total |
|---|---|---|
| **Operating Income** | | |
| Interest Income | 4050 | 35.93 |
| Auction Income | | 0.00 |
| Equipment | 4098 | 2,863.00 |
| **Total for Auction Income** | | **2,863.00** |
| **Total for Operating Income** | | **2,898.93** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **2,898.93** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 302.08 |
| Computer software Expense | 7346 | 12,993.36 |
| Dues & Subscriptions | 7375 | 1,288.41 |
| Insurance | 7355 | 27,745.17 |
| Interest Expense | 8100 | 62,511.34 |
| Licenses and fees | 7895 | 19,109.59 |
| Postage / Shipping | 7360 | 3,634.93 |
| State Income Taxes | 8250 | 151.05 |
| Travel | 7340 | 6,368.00 |
| UST Fees | | 40.09 |
| Rent or Lease Expense - Node Related | | 0.00 |
| Node Property Rent | 6005 | 163,461.00 |
| Rent Utilities | 6103 | 1,385.60 |
| **Total for Node Property Rent** | **6005** | **164,846.60** |
| Warehouse Rent | 6015 | 160,400.00 |
| **Total for Rent or Lease Expense - Node Related** | | **325,246.60** |

| Account | Account Code | Total |
|---|---|---|
| Payroll - All | | 0.00 |
| Payroll - Admin | 7000 | 120,597.94 |
| Payroll Taxes - Administrative | 7100 | 6,043.48 |
| **Total for Payroll - All** | | **126,641.42** |
| Utilities | | 0.00 |
| Utilities - Node | 6102 | 245.12 |
| **Total for Utilities** | | **245.12** |
| **Total for Operating Expense** | | **586,277.16** |
| **Operating Profit** | | **-583,378.23** |
| **Non Operating Income** | | |
| **Total for Non Operating Income** | | **0.00** |
| **Non Operating Expense** | | |
| Equipment Loss on Auction | 9877 | 122,000.00 |
| LI Loss on rejected leases | 9878 | 2,566,570.04 |
| Loss on Security Deposits | 9879 | 1,428,013.62 |
| PACA/PASA | | 90,066.04 |
| **Total for Non Operating Expense** | | **4,206,649.70** |
| **Net Profit/Loss** | | **-4,790,027.93** |

\*\*Amount is displayed in your base currency **USD**

| Alexandre Agaian | 6/3/2022 | 8,538.46 | salary |
| Alexandre Agaian | 6/17/2022 | 8,538.46 | salary |
| Olga Beliakova | 6/3/2022 | 6,865.38 | salary |
| Olga Beliakova | 6/3/2022 | 516.81 | reimbursement |
| Olga Beliakova | 6/17/2022 | 6,865.38 | salary |
| Olga Beliakova | 6/17/2022 | 547.78 | reimbursement |
| James Walker | 6/3/2022 | 18,750.00 | salary |
| James Walker | 6/3/2022 | 2,433.67 | reimbursement |
| James Walker | 6/17/2022 | 18,750.00 | salary |
| James Walker | 6/17/2022 | 2,383.20 | reimbursement |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022

Account Number:                    **2619**

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00022626 DDA 802 211 18222 NNNNNNNNNNN 1 000000000 61 0000



BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601



## SAVINGS SUMMARY

Premium Commercial Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$560,225.10** |
| Deposits and Additions | 11 | 100,256.93 |
| **Ending Balance** | **11** | **$660,482.03** |
| | | |
| Interest Paid This Period | | $35.93 |
| Interest Paid Year-to-Date | | $55.07 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$560,225.10** |
| 06/08 | Remote Online Deposit | 2 | **64,304.00** | 624,529.10 |
| 06/08 | Remote Online Deposit | 2 | **18,451.00** | 642,980.10 |
| 06/09 | Remote Online Deposit | 2 | **405.00** | 643,385.10 |
| 06/10 | Remote Online Deposit | 2 | **350.00** | 643,735.10 |
| 06/15 | Remote Online Deposit | 2 | **560.00** | 644,295.10 |
| 06/17 | Remote Online Deposit | 2 | **480.00** | 644,775.10 |
| 06/22 | Remote Online Deposit | 2 | **480.00** | 645,255.10 |
| 06/23 | Remote Online Deposit | 2 | **588.00** | 645,843.10 |
| 06/27 | Remote Online Deposit | 2 | **11,347.00** | 657,190.10 |
| 06/27 | Remote Online Deposit | 2 | **3,256.00** | 660,446.10 |
| 06/30 | Interest Payment | | **35.93** | 660,482.03 |
| | **Ending Balance** | | | **$660,482.03** |


## INTEREST RATE ON COLLECTED BALANCE

**INTEREST RATE(S)**

06/01      **TO**      06/30      **AT**      0.07%

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2022 through June 30, 2022
**Account Number:** 6907

---

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.



00070886 WBS 802 211 18222 NNNNNNNNNNN 1 000000000 C2 0000

BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $496,498.89 | |
| Deposits and Credits | 6 | $155,702.02 | |
| Withdrawals and Debits | 19 | $307,745.69 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$344,455.22** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/03 | Fedwire Credit Via: Webster Bank, N.A./ 443 B/O: 16 Fulton Partners LLC Brooklyn NY 11201 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac· 260 Rfb=O/B Sterling Nat Obi=Settlement Settlement Refund of Sec Urity Dep Osit Imad: 0603Gmqfmp01013850 Trn: 0459900154Ff YOUR REF: O/B STERLING NAT | $35,000.00 |
| 06/06 | Fedwire Credit Via: Associated Bank, N.A./ 575 B/O: Pilsen Gateway LLC Chicago IL 60640-5053 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac· 260 Rfb=O/B Associated G Imad: 0606Mmqfmp0S000578 Trn: 0703860157Ff YOUR REF: O/B ASSOCIATED G | 3,500.00 |
| 06/06 | Deposit 2001129865 | 5,500.02 |
| 06/27 | Deposit 2025182915 | 1,608.25 |
| 06/29 | Fedwire Credit Via: People's United Bank, N.A./ 186 B/O: Gould Investors Lp Great Neck, NY 11021 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac⁴ 260 Rfb=O/B Peoples Bank Imad: 0629B1B7GM1F000263 Trn: 0206140180Ff YOUR REF: O/B PEOPLES BANK | 10,093.75 |
| 06/29 | Deposit 2025532714 | 100,000.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.


## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| **Total** | | **$155,702.02** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/01 | Online Domestic Wire Transfer A/C: Baldor Specialty Foods Inc Bronx NY 10474-7016 US Ref: Buyk Corp Paca/Pasa Trn: 3434492152Es YOUR REF: CML OF 22/06/01 | $90,066.04 |
| 06/02 | Online Domestic Wire Transfer Via: Pncbank Pitt/ )096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0602B1Qgc05C008983 Trn: 3345962153Es YOUR REF: CML OF 22/06/02 | 34,130.40 |
| 06/02 | Online Domestic Wire Transfer Via: Bk Amer Nyc/ 593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0602B1Qgc04C006934 Trn: 3345472153Es YOUR REF: CML OF 22/06/02 | 14,509.56 |
| 06/08 | Orig CO Name:IL Dept of Reven    Orig ID:5555566257 Desc Date:    CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000013352202 Eed:220608 Ind ID:00000702783568    Ind Name:Buyk Corp Txp*86323147701*20099*20220228*T*92 21\          EDI Trn: 1583352202Tc | 92.21 |
| 06/08 | Orig CO Name:IL Dept of Reven    Orig ID:5555566257 Desc Date:    CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000013352204 Eed:220608 Ind ID:00001169662032    Ind Name:Buyk Corp Txp*86323147701*20099*20220131*T*58 84\          EDI Trn: 1583352204Tc | 58.84 |
| 06/09 | Online Domestic Wire Transfer Via: TD Bank, NA/ 673 A/C: Sienia Construction Inc Maspeth NY 11378 US Ref: Buyk Imad: 0609B1Qgc07C007849 Trn: 3212812160Es YOUR REF: CML OF 22/06/09 | 43,195.00 |
| 06/10 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:220609 CO Entry Descr:Xxxxxxxxxxsec:PPD    Trace#:021000029106910 Eed:220610 Ind ID:412009934000061    Ind Name: Buyk Corporation Dip Trn: 1609106910Tc | 644.61 |
| 06/10 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:220609 CO Entry Descr:Xxxxxxxxxxsec:PPD    Trace#:021000029106909 Eed:220610 Ind ID:688424150103027    Ind Name: Buyk Corporation Dip Trn: 1609106909Tc | 205.57 |
| 06/10 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:220609 CO Entry Descr:Xxxxxxxxxxsec:PPD    Trace#:021000029106908 Eed:220610 Ind ID:432021199802020    Ind Name: Buyk Corporation Dip Trn: 1609106908Tc | 173.93 |
| 06/10 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:220609 CO Entry Descr:Xxxxxxxxxxsec:PPD    Trace#:021000029106907 Eed:220610 Ind ID:432021199802020    Ind Name: Buyk Corporation Dip Trn: 1609106907Tc | 83.18 |
| 06/13 | Orig CO Name:Con Ed of NY    Orig ID:2462467002 Desc Date:220610 CO Entry Descr:Xxxxxxxxxxsec:PPD    Trace#:021000029446213 Eed:220613 Ind ID:402029170010063    Ind Name: Buyk Corporation Dip Trn: 1619446213Tc | 1,023.38 |
| 06/15 | Account Analysis Settlement Charge | 302.08 |
| 06/16 | Online Domestic Wire Transfer Via: Pncbank Pitt/ )096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0616B1Qgc05C006829 Trn: 3252382167Es YOUR REF: CML OF 22/06/16 | 32,871.58 |



## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 06/16 | Online Domestic Wire Transfer Via: Bk Amer Nyc/ \593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0616B1Qgc07C006195 Trn: 3253322167Es YOUR REF: CML OF 22/06/16 | 15,490.22 |
| 06/21 | Orig CO Name:PC080 Brown & Br    Orig ID:1841393599 Desc Date: CO Entry Descr:Payment   Sec:CCD    Trace#:091000014750445 Eed:220621 Ind ID:500042030     Ind Name:Buyk Corp Trn: 1684750445Tc | 23,092.87 |
| 06/24 | Orig CO Name:United Healthcar    Orig ID:1411289245 Desc Date:    CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000269061224 Eed:220624 Ind ID:787293384793     Ind Name:0007Buyk Groceries Trn: 1759061224Tc | 8,969.96 |
| 06/30 | Orig CO Name:Quarterly Fee    Orig ID:1501000502 Desc Date:220629 CO Entry Descr:Payment   Sec:CCD    Trace#:041036044030413 Eed:220630 Ind ID:0000     Ind Name:Buyk Corp ACH Transaction Trn: 1804030413Tc | 40.09 |
| 06/30 | Online Domestic Wire Transfer Via: Pncbank Pitt/    096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0630B1Qgc05C013165 Trn: 3274742181Es YOUR REF: CML OF 22/06/30 | 27,562.70 |
| 06/30 | Online Domestic Wire Transfer Via: Bk Amer Nyc/    \593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0630B1Qgc08C024110 Trn: 3275122181Es YOUR REF: CML OF 22/06/30 | 15,233.47 |
| Total | | $307,745.69 |



## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/01 | $406,432.85 | 06/15 | $356,014.11 |
| 06/02 | $357,792.89 | 06/16 | $307,652.31 |
| 06/03 | $392,792.89 | 06/21 | $284,559.44 |
| 06/06 | $401,792.91 | 06/24 | $275,589.48 |
| 06/08 | $401,641.86 | 06/27 | $277,197.73 |
| 06/09 | $358,446.86 | 06/29 | $387,291.48 |
| 06/10 | $357,339.57 | 06/30 | $344,455.22 |
| 06/13 | $356,316.19 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank

Citibank CBO Services    022
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
          :4396
**Statement Period**
**Jun 1 - Jun 30, 2022**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
                    Page 1 of 2

BUYK CORP.
360 W 31ST STREET  Floor 6
NEW YORK                NY 10001

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $24,947.80 |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

IMPORTANT NOTIFICATION:  Effective immediately and until further notice, Citibank is accepting no new enrollments for Zero Balance Accounts (ZBA). Please contact a Citibank Business Specialist with any questions.

## SERVICE CHARGE SUMMARY FROM MAY 1, 2022 THRU MAY 31, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #        4396** | | | |
| Average Daily Collected Balance | | | $16,904.89 |
| DEPOSIT SERVICES | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH | 2 | .4500 | 0.90 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| | | |
|---|---|---|
| **4396** | **Beginning Balance:** | $24,947.80 |
| | **Ending Balance:** | $24,947.80 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:                    YOU CAN WRITE:

Checking                         877-528-0990                    CitiBusiness
                                 (For Speech and Hearing         100 Citibank Drive
                                 Impaired Customers Only          San Antonio, TX 78245-9966
                                 TTY: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.