WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: James M. Sullivan (jsullivan@windelsmarx.com)
*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BUYK CORP. ) | Case No. 22-10328 (MEW) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER**
**REJECTING LEASE AND RESOLVING ADMINISTRATIVE RENT**
**AND LEASE REJECTION DAMAGE CLAIMS**

**PLEASE TAKE NOTICE** that Buyk Corp., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned counsel, will, pursuant to Local Bankruptcy Rule 9074-1, will present the attached proposed Stipulation and Order Rejecting Lease and Resolving Administrative Rent and Lease Rejection Damage Claims Between Debtor and *STRATA REALTY CORP. and 201 WEST 108 STREET LLC* ("**Landlord**", together with Buyk, the "**Parties**") (the "**Stipulation**") to the Honorable Michael E. Wiles, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), **on August 1, 2022 at 12:00 noon (ET) for approval and signature**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all pleadings and other papers filed in these chapter 11 cases may be obtained by (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to entry of the Order approving the Application must: (i) be made in writing, (ii) state with particularity the grounds therefor, (iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, with a courtesy copy delivered to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, One Bowling Green New York, New York 10004; and (iv) be served upon (a) proposed incoming bankruptcy counsel for the Debtor, Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019 (Attn: James M. Sullivan, Esq.); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Mark Bruh, Esq.); (c) counsel for Landlord, Rosenberg & Estis, P.C., 733 Third Avenue, New York, NY 10017 (Attn: John Giampolo) and (d) all entities that have requested notice in this Chapter 11 Case under Fed. R. Bankr. P. 2002 so as to be received no later than **5:00 p.m. (ET) on July 29, 2022 (the *"Objection Deadline"*)**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the Court may so-order the Stipulation without further notice or a hearing. If an objection is filed, you may be notified of a hearing to consider the requested relief. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York  
July 25, 2022

WINDELS MARX LANE & MITTENDORF, LLP  
*Counsel for Buyk Corp.*

By: */s/ James M. Sullivan*  
James M. Sullivan (jsullivan@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215