EXHIBIT 1 - REJECTED CONTRACTS

| COUNTERPARTY | CONTRACT INFORMATION | Rejection date |
|---|---|---|
| 1Password | Password manager license | 3/17/2022 |
| 1WorldSync, Inc. | 1WORLDSYNCOMNI-CHANNELCONTRACT: AMENDMENT TO 1WORLDSYNC OMNI-CHANNEL CONTRACT; Global Data Synchronization Network (GDSN) services | 3/17/2022 |
| 86 Food Service, LLC (Dearborn) | Grocery vendor | 3/17/2022 |
| a.point.design, inc. (Richard S. Boccelli Jr.) | Licensed architect (Boston) | 3/17/2022 |
| Abraham Natural Foods Corp | Grocery vendor | 3/17/2022 |
| Acme Smoked Fish Corp | Grocery vendor | 3/17/2022 |
| Active Learning, LLC | Contract No. SC 20211021 of Oct 21, 2021; Additional Agreement #1 of Oct 21, 2021; Additional Agreement #2 of Oct 21, 2021; Additional Agreement #3; Data Processing Agreement of Oct 21, 2022; Skill Cup Training Service + Tech support | 3/17/2022 |
| ACTON Inc. | Terms and Conditions; Shipping & Handling (bicycles) | 3/17/2022 |
| Adjust, Inc | Order Form; Mobile Marketing Tools Product: Attribution Business Pro | 3/17/2022 |
| Adobe | License | 3/17/2022 |
| ADTECHLABS INC | Master Services Agreement; OOH media advertising | 3/17/2022 |
| Adyen N.V. | Payment Processing Services | 3/17/2022 |
| Airbrake | Frictionless Error Monitoring and Application Performance Management for an app | 3/17/2022 |
| Aja Campbell | Model Agreement; a model for video & photo production | 3/17/2022 |
| Alpha Baking Co, Inc. | Grocery vendor | 3/17/2022 |
| ALPHA BEV | Grocery vendor | 3/17/2022 |
| ALT TERRAIN, LLC, | Professional Marketing Services Agreement; Promo activation (street team) in New York City/ Queens areas Period:  5 days/ (in a week Oct 26-31) | 3/17/2022 |
| American Mariculture Inc. DBA Sun Shrimp | Grocery vendor | 3/17/2022 |
| Amrita Mehta | Services Agreement; a makeup artist | 3/17/2022 |
| Amy Kate | Master Services Agreement; makeup artist services | 3/17/2022 |
| Amy Kate | Services Agreement; a model for video & photo production and as a makeup artist | 3/17/2022 |
| Andres Gonzalez | Model Agreement; a model for video & photo production | 3/17/2022 |
| Andres Sebastian Cordova | Master Services Agreement; Photography & production services | 3/17/2022 |
| Anthony Marano Co | Grocery vendor | 3/17/2022 |

EXHIBIT 1 - REJECTED CONTRACTS

| COUNTERPARTY | CONTRACT INFORMATION | Rejection date |
|---|---|---|
| AnyDesk Software GmbH | Software used to remotely connect to other person's devices to help with technical issues | 3/17/2022 |
| Apple Dev Enterprise | The Apple Developer Enterprise Program for development of proprietary, internal-use apps | 3/17/2022 |
| AppleOne Employment Services | DIRECT HIRE SERVICES AGREEMENT; HR services: to locate, refer, and/or present to Buyk candidate(s) for employment positions with Buyk | 3/17/2022 |
| Arsen Dumikyan | Service Contract; Management services | 3/31/2022 |
| ASA beverages LLC | Grocery vendor | 3/17/2022 |
| Atlassian | Jira Software, Confluence | 3/17/2022 |
| Awara IT Consulting, LLC | AGREEMENT No. AITS-21-24312; IT services, Consulting services and modification of Microsoft Dynamics 365 Business Central | 3/17/2022 |
| AZ Metro Distributors, LLC | Grocery vendor | 3/17/2022 |
| Baldor Specialty Foods Inc | Grocery vendor | 3/17/2022 |
| Balthazar Bakery | Grocery vendor | 3/17/2022 |
| Banner Wholesale Inc. Corp. | Grocery vendor | 3/17/2022 |
| Beam Bike Corp. | JOCO-BUYK AGREEMENT; lease of electric bicycles | 3/17/2022 |
| BestPlace LLC | Geoanalytical data service | 3/17/2022 |
| Big Geyser INC | Grocery vendor | 3/17/2022 |
| Bimmys LLC | Grocery vendor | 3/17/2022 |
| BLN* Monday .Com | Visual productivity and project management tool | 3/17/2022 |
| Bluetriton Brands Inc. | Grocery vendor | 3/17/2022 |
| Brackin Schwartz | Engagement letter; Zoning, Alcohol Licensing in Texas | 3/17/2022 |
| Bread Alone Bakery | Grocery vendor | 3/17/2022 |
| Buyk, LLC | Software Development Agreement; Software development | 3/17/2022 |
| C & J BEV | Grocery vendor | 3/17/2022 |
| Calendly | Appointment scheduling and time management program | 3/17/2022 |
| Choo & Company, Inc. | Licensed architect (Boston) | 3/17/2022 |
| Clara De Lima | Model Agreement; a model for video & photo production | 3/17/2022 |
| Cloudflare | Content delivery network and DDoS mitigation services | 3/17/2022 |
| Coblentz Patch Duffy & Bass LLP | Legal services; Zoning in CA | 3/17/2022 |
| Colleen M. Parra | Model Agreement; a model for video & photo production | 3/17/2022 |
| Cool River Beverages, LLC | Grocery vendor | 3/17/2022 |
| CORFU FOODS , INC. | Grocery vendor | 3/17/2022 |
| Crisbelly Contreras | Model Agreement; a model for video & photo production | 3/17/2022 |
| D'Artagnan, LLC | Grocery vendor | 3/17/2022 |

EXHIBIT 1 - REJECTED CONTRACTS

| COUNTERPARTY | CONTRACT INFORMATION | Rejection date |
|---|---|---|
| Devolution Solutions | Professional Marketing Services Agreement; Street teams, marketing services, consultations uniform production | 3/17/2022 |
| DFA Dairy Brands Corporate, LLC | Grocery vendor | 3/17/2022 |
| DIRECT STAR, LLC | Agreement № 2021-02; complex informational services for client | 3/17/2022 |
| Downtown Beverages Inc | Grocery vendor | 3/17/2022 |
| Drago + Toscano, LLP | LEGAL SERVICES AGREEMENT; Consulting/governmental relations and legal services (Massachusetts) | 3/17/2022 |
| E&M Ice Cream Inc. | Grocery vendor | 3/17/2022 |
| Easy Access Pros | Construction works (NYC) | 3/17/2022 |
| Ecomeal Organic | Grocery vendor | 3/17/2022 |
| EM Advisors America LLC | Contract; communications strategy and PR | 3/17/2022 |
| Factory 360, Inc. | Master Services Agreement + Statement of Work of Oct 19, 2021 ; Promo activation (street team) in Brooklyn area Period: 6 days/ Oct 26-31 | 3/17/2022 |
| Fancy Foods Inc | Grocery vendor | 3/17/2022 |
| Felix Castro (Michael Perez) | Model Agreement; a model for video & photo production | 3/17/2022 |
| Fiducia LLC | LEGAL SERVICES AGREEMENT; legal services | 3/17/2022 |
| Figma | A web-based graphics editing and user interface design app | 3/17/2022 |
| Fisher Electrical Contracting LLC | Licensed  electrical  contractor | 3/17/2022 |
| Food Rescue US | FOOD DONATION AGREEMENT; Facilitation of donation of the Goods by Buyk | 3/17/2022 |
| Fortune International, LLC | Grocery vendor | 3/17/2022 |
| Frank M. Gargiulo & Son, Inc. | Grocery vendor | 3/17/2022 |
| Frankie Leroux | Master Services Agreement; video & production services (videography services) | 3/17/2022 |
| FS *Capture One | Photo editing software | 3/17/2022 |
| Gate Worldwide LLC | master services agreement + Appendix 1 - Scope of Work; Planning, placement and purchase of TV advertising on approved budget; Negotiations with all media, vendors or suppliers for advertising materials; Traffic all materials to media, vendors and suppliers; Post campaign analysis | 3/17/2022 |
| George Lattas | Leases (Chicago) | 3/17/2022 |
| Georges & Synowiecki, Ltd. | Zoning and Licensing in Chicago | 3/17/2022 |
| GFI Midwest LLC | Grocery vendor | 3/17/2022 |

EXHIBIT 1 - REJECTED CONTRACTS

| COUNTERPARTY | CONTRACT INFORMATION | Rejection date |
|---|---|---|
| GKN Consulting | BUYK CORP.<br>CONSULTING SERVICES AGREEMENT; Business and management advice in regard to purchasing of goods, contracting with suppliers | 3/17/2022 |
| Goya Foods, Inc. | Grocery vendor | 3/17/2022 |
| Great Lakes Coca-Cola | Grocery vendor | 3/17/2022 |
| Greenberg Traurig | Land use, zoning - NYC, Miami, CA | 3/17/2022 |
| Grubhub Holding, Inc | GRUBHUB ENTERPRISE AGREEMENT; Commission agreement (Digital Ordering, Food Delivery, Restaurant Loyalty, POS Integration) | 3/17/2022 |