# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. BUYK CORP     §     Case No. 22-10328

    §
    §
    §

Debtor(s)     §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2022        Petition Date: 03/17/2022

Months Pending: 5        Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:      Accrual Basis ⦿      Cash Basis ○

Debtor's Full-Time Employees (current):      4

Debtor's Full-Time Employees (as of date of order for relief):      6

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/James Walker
Signature of Responsible Party

James Walker
Printed Name of Responsible Party

08/17/2022
Date

245 East 93rd Street, Ste. 22E, New York, NY 10128
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,029,885 | |
| b. Total receipts (net of transfers between accounts) | $3,046 | $979,473 |
| c. Total disbursements (net of transfers between accounts) | $115,010 | $1,038,991 |
| d. Cash balance end of month (a+b-c) | $917,921 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $115,010 | $1,038,991 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $385,138 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $2,580,247 |
| e. Total assets | $25,908,825 |
| f. Postpetition payables (excluding taxes) | $1,575,906 |
| g. Postpetition payables past due (excluding taxes) | $1,575,906 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,575,906 |
| k. Prepetition secured debt | $4,664,637 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $83,406,541 |
| n. Total liabilities (debt) (j+k+l+m) | $89,647,084 |
| o. Ending equity/net worth (e-n) | $-63,738,259 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $1,205 | $615,241 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $1,205 | $615,241 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $1,330 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $4,238 | |
| c. Gross profit (a-b) | $-2,908 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $566,237 | |
| f. Other expenses | $147,710 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-718,185 | $-13,598,594 |

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
|  | *Itemized Breakdown by Firm* | | | | |
|  | Firm Name | Role | | | |
| i | 0 | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $3,974 | $28,790 |
| d.  Postpetition employer payroll taxes paid | $3,974 | $28,790 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◉   No ○

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d.  Are you current on postpetition tax return filings?   Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)   Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by
the court?   Yes ○   No ○   N/A ◉

i.  Do you have:        Worker's compensation insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

    Casualty/property insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

    General liability insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /James Walker | James Walker |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 08/17/2022 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 31 Jul 2022

| Account | Account Code | Total |
|---|---|---:|
| **Assets** | | |
| **Current Assets** | | |
| **Cash** | | |
| **Total for Cash** | | **0.00** |
| **Bank** | | |
| Investment Account Citi *4396 | 1011 | 24,947.80 |
| Operating Chase *6907 | 1012 | 231,161.15 |
| Savings Chase *2619 | 1015 | 661,812.43 |
| **Total for Bank** | | **917,921.38** |
| **Other current assets** | | |
| Auction Proceeds Receivable | 1116 | 385,137.83 |
| Employee Advance - Pre petition | 1150 - PP | 4,153.91 |
| Investments - Pre petition | 1951 - PP | 28,905.00 |
| Pre-paid Insurance | 1414 | 1,551.10 |
| Prepaid Software - Pre petition | 1415- PP | 7,189.94 |
| Retainer - Legal services - Pre petition | 1440 - PP | 62,588.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| **Total for Other current assets** | | **1,662,325.78** |
| **Total for Current Assets** | | **2,580,247.16** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 1,129,153.00 |
| Right of use Assets - Leases - Pre petition | 1550 - PP | 11,521,342.06 |
| Utility Deposits - Pre petition | 1933 - PP | 23,506.70 |
| **Total for Other Assets** | | **22,748,401.76** |

| Account | Account Code | Total |
|---|---|---|
| **Fixed Assets** | | |
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -99,217.18 |
| Computer Hardware - Pre petition | 1530 - PP | 73,250.28 |
| Computer Software - Pre petition | 1520 - PP | 32,793.42 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Leasehold Improvements - Pre petition | 1540 - PP | 2,082,105.55 |
| Node Equipment - Pre petition | 1510 - PP | 6,497,805.97 |
| Node Shelving - Pre petition | 1514 - PP | 1,370,590.53 |
| Node Uniforms - Pre petition | 1513 - PP | 939,585.79 |
| **Total for Fixed Assets** | | **12,101,518.25** |
| **Total for Assets** | | **37,430,167.17** |
| **Liabilities & Equities** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable | 2000 | 562,880.84 |
| Accounts Payable - Pre petition | 2000 - PP | 7,069,585.59 |
| Brex Credit Card | 2100 | 315,509.10 |
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | 1,013,025.28 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 5,311,495.46 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| **Total for Current Liabilities** | | **25,410,612.51** |
| **Long Term Liabilities** | | |
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| Lease Liability Long Term - Pre petition | 2610 - PP | 7,593,177.13 |
| **Total for Long Term Liabilities** | | **71,093,177.13** |
| **Other Liabilities** | | |

| Account | Account Code | Total |
|---|---|---|
| **Total for Other Liabilities** | | **0.00** |
| Legalist Secured Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| Legalist Secured Loan | | 0.00 |
| Accrued Interest | 2615-5 | 280,410.87 |
| Commitment Fee | 2615-1 | 178,750.00 |
| Monitoring Fee | 2615-4 | 44,876.72 |
| Underwriting Fee | 2615-2 | 113,750.00 |
| Unused Fee | 2615-3 | 46,849.31 |
| **Total for Legalist Secured Loan** | | **664,636.90** |
| **Total for Liabilities** | | **101,168,426.54** |
| **Equities** | | |
| Opening Balance Offset | | -50,138,015.82 |
| Current Year Earnings | | -13,600,243.55 |
| **Total for Equities** | | **-63,738,259.37** |
| **Total for Liabilities & Equities** | | **37,430,167.17** |

**Amount is displayed in your base currency **USD**

| Account | Account Code | Total |
|---|---|---:|
| **Operating Income** | | |
| Interest Income | 4050 | 125.40 |
| Auction Income | | 0.00 |
| Equipment | 4098 | 1,205.00 |
| **Total for Auction Income** | | **1,205.00** |
| **Total for Operating Income** | | **1,330.40** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **1,330.40** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 362.14 |
| Computer software Expense | 7346 | 12,993.36 |
| Dues & Subscriptions | 7375 | 152.43 |
| Insurance | 7355 | 15,580.39 |
| Interest Expense | 8100 | 64,563.78 |
| Licenses and fees | 7895 | 19,746.58 |
| Postage / Shipping | 7360 | 132.01 |
| Professional Fees | 7300 | 34,369.75 |
| Travel | 7340 | 1,200.00 |
| UST Fees | | 3,696.91 |
| Outside Consultants | | 0.00 |
| IT-consulting | 7308 | 15,000.00 |
| **Total for Outside Consultants** | | **15,000.00** |
| Rent or Lease Expense - Node Related | | 0.00 |
| Node Property Rent | 6005 | 153,136.00 |
| Warehouse Rent | 6015 | 160,400.00 |
| **Total for Rent or Lease Expense -** | | **313,536.00** |

| Account | Account Code | Total |
|---|---|---|
| **Node Related** | | |
| Payroll - All | | 0.00 |
|   Payroll - Admin | 7000 | 81,400.87 |
|   Payroll Taxes - Administrative | 7100 | 3,974.32 |
| **Total for Payroll - All** | | **85,375.19** |
| Utilities | | 0.00 |
|   Utilities - Node | 6102 | 858.84 |
| **Total for Utilities** | | **858.84** |
| **Total for Operating Expense** | | **567,567.38** |
| **Operating Profit** | | **-566,236.98** |
| **Non Operating Income** | | |
| **Total for Non Operating Income** | | **0.00** |
| **Non Operating Expense** | | |
|   Equipment Loss on Auction | 9877 | 4,237.73 |
|   LI Loss on rejected leases | 9878 | 116,735.42 |
|   Loss on Security Deposits | 9879 | 30,975.00 |
| **Total for Non Operating Expense** | | **151,948.15** |
| **Net Profit/Loss** | | **-718,185.13** |

\*\*Amount is displayed in your base currency **USD**

| Alexandre Agaian | 7/15/2022 | 8,538.46 | salary |
| Alexandre Agaian | 7/29/2022 | 8,538.46 | salary |
| Olga Beliakova | 7/15/2022 | 6,865.38 | salary |
| Olga Beliakova | 7/15/2022 | 97.99 | reimbursement |
| Olga Beliakova | 7/29/2022 | 6,865.38 | salary |
| Olga Beliakova | 7/29/2022 | 54.44 | reimbursement |
| James Walker | 7/15/2022 | 18,750 | salary |
| James Walker | 7/15/2022 | 732.01 | reimbursement |
| James Walker | 7/29/2022 | 18,750 | salary |
| James Walker | 7/29/2022 | 600 | reimbursement |



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00023109 DDA 802211 21122 NNNNNNNNNNN 1 000000000 61 0000
BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601

# SAVINGS SUMMARY    Premium Commercial Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$660,482.03** |
| Deposits and Additions | 4 | 1,330.40 |
| **Ending Balance** | **4** | **$661,812.43** |
| | | |
| Interest Paid This Period | | $125.40 |
| Interest Paid Year-to-Date | | $180.47 |

# TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$660,482.03** |
| 07/11 | Remote Online Deposit | 2 | **405.00** | 660,887.03 |
| 07/14 | Remote Online Deposit | 2 | **300.00** | 661,187.03 |
| 07/20 | Remote Online Deposit | 2 | **500.00** | 661,687.03 |
| 07/29 | Interest Payment | | **125.40** | 661,812.43 |
| | **Ending Balance** | | | **$661,812.43** |

# INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| | | | | |
|---|---|---|---|---|
| 07/01 | **TO** | 07/14 | **AT** | 0.07% |
| 07/15 | **TO** | 07/31 | **AT** | 0.35% |


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC





CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

---

**Customer Service Information**

If you have any questions about your
statement, please contact your
Customer Service Professional.

00041205 WBS 802 211 21122 NNNNNNNNNNN 1 000000000 C2 0000

BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $344,455.22 |  |
| Deposits and Credits | 2 | $1,715.75 |  |
| Withdrawals and Debits | 9 | $115,009.82 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$231,161.15** |  |

## Deposits and Credits

| Ledger Date | Description |  | Amount |
|---|---|---|---|
| 07/13 | Deposit | 2001629679 | $1,461.59 |
| 07/19 | Deposit | 2001629811 | 254.16 |
| **Total** |  |  | **$1,715.75** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/05 | Orig CO Name:Nysif          Orig ID:9951211000 Desc Date:Jul 22 CO Entry Descr:Web_Pay  Sec:Web   Trace#:021000024541782 Eed:220705 Ind ID:00939375070122          Ind Name:Olga Beliakova Trn: 1824541782Tc | $1,738.96 |
| 07/07 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date:       CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000263421340 Eed:220707 Ind ID:787293333744          Ind Name:0007Buyk Groceries Trn: 1883421340Tc | 7,352.18 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/14 | Online Domestic Wire Transfer Via: Pncbank Pitt/█████0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0714B1Qgc03C008013 Trn: 3220672195Es YOUR REF:  CML OF 22/07/14 | 27,485.65 |
| 07/14 | Online Domestic Wire Transfer Via: Bk Amer Nyc/█████9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0714B1Qgc03C008052 Trn: 3221612195Es YOUR REF:  CML OF 22/07/14 | 15,233.47 |
| 07/15 | Account Analysis Settlement Charge | 362.14 |
| 07/18 | Same-Day ACH Payment 5344397025 To Sherwoodconsultingllc (_#####5681) YOUR REF:  28538109309 | 15,000.00 |
| 07/26 | Orig CO Name:Quarterly Fee        Orig ID:1501000502 Desc Date:220725 CO Entry Descr:Payment   Sec:CCD   Trace#:041036044957454 Eed:220726 Ind ID:0000           Ind Name:Buyk Corp ACH Transaction Trn: 2074957454Tc | 3,696.91 |
| 07/28 | Online Domestic Wire Transfer Via: Pncbank Pitt/█████0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0728B1Qgc07C011528 Trn: 3245852209Es YOUR REF:  CML OF 22/07/28 | 28,907.04 |
| 07/28 | Online Domestic Wire Transfer Via: Bk Amer Nyc/█████9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0728B1Qgc07C011529 Trn: 3245542209Es YOUR REF:  CML OF 22/07/28 | 15,233.47 |
| **Total** | | **$115,009.82** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/05 | $342,716.26 | 07/18 | $278,744.41 |
| 07/07 | $335,364.08 | 07/19 | $278,998.57 |
| 07/13 | $336,825.67 | 07/26 | $275,301.66 |
| 07/14 | $294,106.55 | 07/28 | $231,161.15 |
| 07/15 | $293,744.41 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Citibank CBO Services      022
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
       **4396**
**Statement Period**
**Jul 1 - Jul 31, 2022**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
       Page 1  of  1

BUYK CORP.
360 W 31ST STREET  Floor 6
NEW YORK              NY 10001

## CitiBusiness® ACCOUNT AS OF JULY 31, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$24,947.80** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

IMPORTANT NOTIFICATION:  Effective immediately and until further notice, Citibank is accepting no new enrollments for Zero Balance Accounts (ZBA). Please contact a Citibank Business Specialist with any questions.

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2022 THRU JUNE 30, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #**       **4396** | | | |
| Average Daily Collected Balance | | | $24,947.80 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| **4396** | | |
|---|---|---|
| | **Beginning Balance:** | $24,947.80 |
| | **Ending Balance:** | $24,947.80 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 (For Speech and Hearing Impaired Customers Only TTY: 800-945-0258) | CitiBusiness 100 Citibank Drive San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.