UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re                                  :  Chapter 11
                                       :
BUYK CORP.[1],                         :  Case No. 22-10328 (MEW)
                                       :
          Debtor.                      :
                                       :
------------------------------------- x

## NOTICE OF TELEPHONIC HEARING ON FIRST AND FINAL FEE APPLICATION OF AKERMAN LLP AS FORMER COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE** that a telephonic hearing will be held on **October 6, 2022 at 2:00 p.m. (ET)** or as soon thereafter as counsel can be heard (the "Hearing"), before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") located at One Bowling Green, New York, NY 10004-1408, to consider the following:

> Akerman LLP's First and Final Application as Former Attorneys to the Debtor for Final Allowance of Compensation and Reimbursement of Expenses in the amount of $250,000[2] in fees and $12,104.25 in expenses for the period March 17, 2022 through and including August 31, 2022[3] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Judge Wiles' Procedures and General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The Debtor's principal place of business is 245 East 93rd Street, Ste. 22E, New York, NY 10128.

[2] Although Akerman incurred fees in the amount of $299,894 during the Final Compensation Period, Akerman is seeking allowance of $250,000 (an approximately $50,000 discount to the actual fees incurred of $299,894).

[3] Pursuant to the Retention Order (as defined in the Application), Akerman may also seek reimbursement for time and expenses incurred in connection with the transition period from April 6, 2022 through April 29, 2022, and for time and expenses incurred after April 29, 2022 in preparing and prosecuting its fee application

must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances[4] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application shall be filed and served no later than **September 29, 2022 at 5:00 p.m. (ET),** must be made in writing, state with particularity the grounds therefore, shall conform to the United States Bankruptcy Rules and the Local Rules of the Bankruptcy Court, include in the upper right hand corner of the caption, the ECF docket number to which the filing relates, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (with a courtesy copy sent to the Chambers of Michael E. Wiles), and served upon (i) the Office of the United States Trustee, 201 Varick Street, Ste. 1006, New York, New York 10014, and (ii) Akerman LLP, former attorneys for the Debtor, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020 (Attn: Mark S. Lichtenstein, Esq. or via e-mail at mark.lichtenstein@akerman.com); (iii) Windels Marx Lane & Mittendorf, LLP, counsel to the Debtor, 156 West 56th Street, New York, New York 10019 (Attn: James M. Sullivan, Esq.) and (iv) Office of the United States Trustee, Attn: Mark Bruh, Esq., 201 Varick Street, Suite 1006, New York, NY 10014, together with proof of service thereof.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing **telephonically** unless otherwise ordered by the Bankruptcy Court. Failure to appear may result in relief being granted as requested.

---

[4] The Bankruptcy Court's procedure for telephonic appearances is available at:
http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

**PLEASE TAKE FURTHER NOTICE** that unless responses are received by that time, the relief may be granted as requested.

Dated: New York, New York
September 10, 2022

                                            AKERMAN LLP

                                 By:   */s/Mark S. Lichtenstein*
                                       Mark S. Lichtenstein
                                         1251 Avenue of the Americas, 37th Floor
                                         New York, New York 10020
                                         Tel. No. (212) 880-3800
                                         E-mail: mark.lichtenstein@akerman.com

                                       *Former Counsel for the Debtor*