UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    BUYK CORP.[1]<br><br>                            Debtor. | Chapter 11<br><br>Case No. 22-10328 (MEW) |

**CERTIFICATE OF SERVICE**

I, Jonathan J. Thomson, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On September 9, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Application Pursuant to Bankruptcy Code §§ 328, 330 and 331 and Federal Rule of Bankruptcy Procedure 2016(a) of Windels Marx Lane & Mittendorf, LLP, Attorneys for the Chapter 11 Debtor Buyk Corp. for First Interim Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of April 4, 2022 Through June 30, 2022** [Docket No. 407]

Furthermore, on September 12, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Hearing on First and Final Fee Application of Akerman LLP as Former Counsel for the Debtor** [Docket No. 409]

Furthermore, on September 12, 2022, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit B**:

*(Continued on Next Page)*

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number is Buyk Corp. (1477). The principal place of business for the Debtor is 360 West 31st Street, Floor 6, New York, NY 10001.

- **Notice of Adjournment of Telephonic Hearing to October 19, 2022 at 11:00 a.m.**
  [Docket No. 410]

Dated: September 13, 2022

    */s/ Jonathan J. Thomson*
Jonathan J. Thomson
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Parties Who Filed Proof of Claim | 1368 Forest Avenue LLC | Attn Jill Makower, Esq. | jmakower@tarterkrinsky.com |
| Landlords | 1368 Forest Avenue LLC | | DCoromilas@perfettocontracting.com |
| Parties Who Filed Proof of Claim | 1454 Rockaway Realty LLC | Ramona Goodman, Esq. Novick Edelstein Pomerantz P.C. | Rgoodman@novickedelstein.com |
| Landlords | 1454 Rockaway Realty LLC | | joceere@aol.com; RGoodman@NovickEdelstein.Com |
| Landlords | 150 W 26th St | | efraimjb@gmail.com |
| Landlords | 16 Fulton Partners LLC | | jferrara@bfcnyc.com |
| Landlords | 1800 South Cicero Avenue, Cicero | | nathan.rugg@bfkn.com |
| Landlords | 1805 Realty LLC And 1807 Church Realty, LLC | | Charles.aini@gmail.com |
| Landlords | 1860 N Milwaukee Comet LLC | | scott.broene@compass.com |
| Parties Who Filed Proof of Claim | 1937 Coney Island LLC | | office@SYPCL.com |
| Landlords | 1937 Coney Island LLC | | steven@sypcl.com |
| Parties Who Filed Proof of Claim | 2269 First Ave Owner LLC | Jay B. Solomon, Esq. | jsolomon@bbgllp.com; bbendy@bbgllp.com |
| Landlords | 2269 First Ave Owner LLC | | joe@bridgelinepm.com |
| Parties Who Filed Proof of Claim | 231st Riverdale LLC | LAZARUS & LAZARUS, P.C. | Hlazarus@lazarusandlazarus.com |
| Landlords | 231st Riverdale LLC | | gkassin@achsny.com |
| Parties Who Filed Proof of Claim | 271 Sea Breeze Development LLC | Pick & Zabicki LLP | ezabicki@picklaw.net |
| Landlords | 271 Sea Breeze Development LLC | | billing@rybakmg.com |
| Landlords | 2717 Clark LLC | | jake@bonniemgmt.com; jfrank@fgllp.com; jkleinman@fgllp.com |
| Landlords | 29-28 41st AVENUE OWNER | | arik@dsapropertygroup.com |
| Landlords | 304-12 East 204th Street Realty LLC | | rpipalia@yahoo.com |
| Landlords | 34 Owner LLC | | Kristen@MorgensternCap.com |
| Landlords | 356 Broadway Retail LLC | | mike@mdipedecpa.com; themeyerslawfirm@gmail.com |
| Landlords | 456 Grand Realty Urban Renewal, LLC | | ht42168@gmail.com |
| Landlords | 47 East 34th Street, Manhattan, New York | | mherz@foxrothschild.com |
| Landlords | 4819 West Irving Park Road, Chicago | | nathan.rugg@bfkn.com |
| Landlords | 4838 South Cicero Avenue, Chicago | | nathan.rugg@bfkn.com |
| Landlords | 5-15 West 125th | | ctoth@lazarusandlazarus.com |
| Parties Who Filed Proof of Claim | 5215 Properties, LLC | Pick & Zabicki LLP | ezabicki@picklaw.net |
| Landlords | 5215 Properties, LLC | | amgrabino@gmail.com |
| Landlords | 6145 Master Associates LLC | | zdaniels@cagan.com |
| Landlords | 6241 Forest Avenue LLC | | ljiang@sanshengus.com |
| Landlords | 6241 Forest Avenue, Ridgewood, NY | | jason.li@sanshengus.com |
| Landlords | 635 4th Avenue Holdings LLC | | joem@bushburg.com |
| Landlords | 8904 5th Ave LLC | | mikemarino789@gmail.com; lisa@mjmcontracting.com |
| Landlords | 914 & 920 W. Madison St, Oak Park, IL (not open) | | nathan.rugg@bfkn.com |
| Parties Who Filed Proof of Claim | Abraham Natural Foods Corp | | cs@abrahamfood.com; AP@ABRAHAMFOOD.COM; csw@abrahamfood.com |
| Parties Who Filed Proof of Claim | ALLIANZ TRADE AMERICAS AGENT OF 86 FOOD SERVICE LLC EULER HERMES NORTH AMERICA INSURANCE COM | | insolvency@eulerhermes.com |
| Parties Who Filed Proof of Claim | ALLIANZ TRADE AMERICAS CO. AGENT OF NASSAU PROVISION KOSHER FOODS INC EULER HERMES NORTH AMERICA INSURANCE COM | | insolvency@eulerhermes.com |
| Parties Who Filed Proof of Claim | Amazon Web Services, Inc. | Brian Peterson | brian.peterson@klgates.com |
| Parties Who Filed Proof of Claim | Amrita Mehta | | hello@amritamehta.com |
| Parties Who Filed Proof of Claim | Amy Palmer | | amy@muamy.co.uk |
| Interested Parties | Andrew Griesinger / Excel and Automate, LLC | | andrew@excelandautomate.com |
| Parties Who Filed Proof of Claim | Angel Monergo | | monegroa25@gmail.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Parties Who Filed Proof of Claim | Apple One Employment Services | | vohairlson@ain1.com |
| Parties Who Filed Proof of Claim | ATW REFRIGERATION SERVICES, CORP | | atwref@gmail.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Avetisyan Martin | | avemartin@gmail.com |
| Parties Who Filed Proof of Claim | AZ Metro Distributors, LLC | c/o Helen Barefield | hbarefield@drinkarizona.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Balbekov Rusian | | rbalbekov@icloud.com |
| Parties Who Filed Proof of Claim | Baldor Specialty Foods, Inc. | | gbrown@mccarronlaw.com |
| Parties Who Filed Proof of Claim | Beam Bike Corp. | Law Offices of Rachel L. Kaylie, P.C. | rachel@kaylielaw.com |
| Counsel for 2269 FIRST AVE OWNER LLC | BELKIN BURDEN GOLDMAN, LLP | Jay B. Solomon | jsolomon@bbgllp.com |
| Parties Who Filed Proof of Claim | Bimmys LLC | | elliot@bimmys.com |
| Parties Who Filed Proof of Claim | Blake Kurleman | | blakekur@pm.me |
| Parties Who Filed Proof of Claim | Blanchard Naperville Property Group, L.L.C. | Lori Kapaldo | kapaldonspi@aol.com; GDH48@aol.com |
| Landlords | Blanchard Naperville Property Group, L.L.C., | | jacqui@nationalplazas.com |
| Parties Who Filed Proof of Claim | Brackin Schwartz PLLC | | invoices@txliquorlaw.com |
| Parties Who Filed Proof of Claim | Brandon Bracey | | mrbracey7@gmail.com |
| Parties Who Filed Proof of Claim | BREX, INC. | | aglaab@cohnanddussi.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Brex, Inc. | | jaren@brex.com |
| Landlords | Bronxwood Parking Corp. | | kunigoshai@aol.com |
| Landlords | BTM Development Partners, LLC | | Michael.Sornatale@Related.com |
| Debtor | Buyk Corp. | ATTN: Alexandre Agaian | alexandr.agaian@buyk.com |
| Landlords | CA – 5-15 West 125th Street LLC | | hlazarus@lazarusandlazarus.com |
| Parties Who Filed Proof of Claim | CA 5-15 West 125th LLC | LAZARUS & LAZARUS, P.C. | Hlazarus@lazarusandlazarus.com |
| Landlords | Ca 5-15 West 125th LLC | | alex@achsny.com |
| Parties Who Filed Proof of Claim | Carolyn Sucic | c/o Joseph D. Frank | jfrank@fgllp.com |
| Landlords | Cascade Building G LLC | | abe@hfbusa.com |
| Parties Who Filed Proof of Claim | Cellco Partnership d/b/a Verizon Wireless | | William.Vermette@Verizon.Com |
| Parties Who Filed Proof of Claim | CIBUM ASSOCIATES LLC | | gretchen@cibumteam.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Citius | | Andrew.davies@stanleydavis.co.uk; kate@citius.vc; oleg@citius.vc; mhoward@fidefield.com |
| Parties Who Filed Proof of Claim | Commonwealth Edison Company | | ComEdBankruptcyGroup@exeloncorp.com |
| Parties Who Filed Proof of Claim | CONSOLIDATED EDISON COMPANY OF NEW YORK INC | | kwons@coned.com |
| Parties Who Filed Proof of Claim | CONSOLIDATED EDISON COMPANY OF NEW YORK INC. | BANKRUPTCY GROUP - EAG | ardert@coned.com |
| Parties Who Filed Proof of Claim | CORPORATION SERVICE COMPANY | | joanne.smith@cscglobal.com |
| Landlords | De Boulevard, LLC | | michael@rjcapny.com |
| Parties Who Filed Proof of Claim | Dell Marketing, L.P. c/o Streusand Landon Ozburn & Lemmon | | streusand@slollp.com |
| Parties Who Filed Proof of Claim | Department of Treasury - Internal Revenue Service | | Gail.O.Edelstein@irs.gov |
| Parties Who Filed Proof of Claim | DIRECT STAR LLC | | elena.pokrovskaya@teleperformance.com; anna.stavniichuk@teleperformance.com; maksim.barkov@teleperformance.com |
| Parties Who Filed Proof of Claim | Dwayne Black | | dwayne.a.black@gmail.com |
| Landlords | ECA Buligo Nostrand Partners, LP | | Elliot@eastcoastacq.com |
| Parties Who Filed Proof of Claim | ECOMEAL ORGANIC | | EugeneK@EcoMealOrganic.com |
| Parties Who Filed Proof of Claim | EM Advisors America LLC | Peter Svensson | svensson@snowhilladvisors.com |
| Landlords | Empire Pump & Motor LLC | | ginger@achsny.com; alex@achsny.com |
| Landlords | Eugene LLC | | gshu1969@yahoo.com; swayneshu@gmail.com |
| Parties Who Filed Proof of Claim | Excel and Automate, LLC | | andrew@excelandautomate.com |
| Landlords | FC Miller Realty LLC | | Millerrealty1@verizon.net |
| Parties Who Filed Proof of Claim | FD MILLER REALTY LLC | MR. FRANK MILLER | millerrealty1@verizon.net |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Holders of the 20 largest unsecured claims against Buyk Corp. | Fisher Electrical Contracting LLC | | fisherelectricny@gmail.com; sienia1@yahoo.com |
| Parties Who Filed Proof of Claim | FLORIDA DEPARTMENT OF REVENUE | | fred.rudzik@floridarevenue.com |
| Counsel for 47 East 34 Owner LLC | FOX ROTHSCHILD LLP | Michael R. Herz | mherz@foxrothschild.com |
| Parties Who Filed Proof of Claim | Frank P. Terzo, Esq. | Nelson Mullins Riley and Scarborough, LLP | frank.terzo@nelsonmullins.com |
| Counsel for 2717 Clark LLC, and MR 3629 Western Waveland, LLC | FRANKGECKER LLP | Jeremy C. Kleinman | jkleinman@fgllp.com |
| Parties Who Filed Proof of Claim | Frito-Lay North America, Inc. | c/o Joseph D. Frank, FrankGecker LLP | jfrank@fgllp.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Frv | | yacovn@fortross.vc |
| Landlords | Gateway Elton II, LLC | | louisa.cheng@related.com |
| Parties Who Filed Proof of Claim | GEORGES & SYNOWIECKI, LTD | | mcs@gs-law.com |
| Parties Who Filed Proof of Claim | Georges & Synowiecki, Ltd | | mcs@gs–law.com |
| Parties Who Filed Proof of Claim | GFI Midwest LLC | Julie Foster | jfoster@gfifoods.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Gordienko Oleg Alekseevich | | oleg@citius.vc |
| Landlords | Grace Properties LLC | | Gracepropertiesnj@gmail.com |
| Parties Who Filed Proof of Claim | Grace Properties LLC | | roseproperties.arc@gmail.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Grayskies Limited | | vmitroshenkova@icloud.com |
| Counsel to BestBuyAuctioneers.Com | Hellring Lindeman Goldstein & Siegal LLP | Patricia A. Staiano, Esq. | pstaiano@hlgslaw.com |
| Parties Who Filed Proof of Claim | Hickory Property Group, L.L.C. | Lori Kapaldo | kapaldonspi@aol.com; GDH48@aol.com |
| Landlords | Hickory Property Group, L.L.C. | | jacqui@nationalplazas.com |
| Landlords | Horizon Group XVI, LLC | | smavronicles@horizonrealtygroup.com |
| Landlords | Hun Yip LLC | | bldgcare@gmail.com; sheld7345@gmail.com |
| Governmental Entity | Illinois Department of Commerce and Economic Opportunity | Illinois' Dislocated Worker Division c/o John Ray | john.ray@illinois.gov |
| Interested Parties | Interstate Waste Services Inc. c/o Revx Solutions, LLC | Minelba Muniz - Account Manager | minnie@revxrecovery.com |
| Parties Who Filed Proof of Claim | J & R DAIRY, INC | | amanda.purpura@joeandross.com |
| Counsel for Gould Investors LP d/b/a One Eleven Third, LLC | Jaspan Schlesinger LLP | Gayle S. Gerson | ggerson@jaspanllp.com |
| Landlords | Jek Elm Leighton LLC & Raa Leighton Elm LC | | kaidanow@gmail.com |
| Parties Who Filed Proof of Claim | JEK ELM LEIGHTON LLC / RAA LEIGHTON ELM LLC | | robertnewyork1@gmail.com |
| Parties Who Filed Proof of Claim | Jillian Howard | | howard.jill86@gmail.com |
| Parties Who Filed Proof of Claim | Jinae Leibert | | Jinae.sulton@gmail.com |
| Parties Who Filed Proof of Claim | JJ FARMS CREAMERY INC | | abek@jj-farms.com |
| Parties Who Filed Proof of Claim | J-J Farms Creamery Inc | | murbach@jj-farms.com |
| Parties Who Filed Proof of Claim | JOE & ROSS DISTRIBUTING | | jeff.doubek@joeandross.com |
| Parties Who Filed Proof of Claim | Jordan Ingram | | jordanbrioningram@icloud.com |
| Parties Who Filed Proof of Claim | Karl Nemitz | | karlnemitz@gmail.com |
| Counsel to Leagalist DIP GP, LLC | Katsky Korins LLP | Steven H. Newman, Robert A. Abrams | snewman@katskykorins.com; rabrams@katskykorins.com |
| Parties Who Filed Proof of Claim | Keith Hayes Jr | | Keithhayesjr1989@gmail.com |
| Parties Who Filed Proof of Claim | Kelly Services, Inc. | | douw189@kellyservices.com |
| Parties Who Filed Proof of Claim | Kenny Michaud | | kchaud6@gmail.com |
| Parties Who Filed Proof of Claim | LaFrieda Meats Inc. | Pat LaFrieda | pat@lafrieda.com |
| Counsel for Beam Bike Corp. | Law Offices of Rachel L. Kaylie, P.C. | Rachel L. Kaylie | rachel@kaylielaw.com |
| Counsel for CA 5-15 West 125th LLC and 231st Riverdale LLC | Lazarus & Lazarus, P.C. | Harlan M. Lazarus | hlazarus@lazarusandlazarus.com; harlan.lazarus@gmail.com |
| Parties Who Filed Proof of Claim | Legalist DIP GP, LLC, as General Partner of Legalist DIP Fund I, LP and Legalist DIP SPV II, LP | c/o Katsky Korins LLP | rabrams@katskykorins.com |
| DIP Lender | Legalist, Inc. | Brian Rice, Remy Cipriano | brian.rice@legalist.com; remy@legalist.com |
| Parties Who Filed Proof of Claim | Liberty Coca-Cola Beverages, LLC | Attn Credit Risk Management | creditriskmanagement@coke-bsna.com |
| Parties Who Filed Proof of Claim | Lidia Maier | | lidia.berlin777@gmail.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Parties Who Filed Proof of Claim | LinkedIn Corporation | Attn David Papiez | dpapiez@foxrothschild.com |
| Parties Who Filed Proof of Claim | Luis Allen | | luisallen0198@gmail.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | LVL1 Investments Ltd | c/o Koumandaris & Spyrou | geoff@LVL1group.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Malamet SDN. BHD | | inquiry@malamet.com |
| Parties Who Filed Proof of Claim | Mallios O'Brien Sandground PLLC | | msandground@malliosobrien.com |
| Parties Who Filed Proof of Claim | Mallios OBrien Sandground PLLC | | sobrien@malliosobrien.com |
| Landlords | Market Square Shopping Center, LLC | | christ@vincitcap.com |
| Parties Who Filed Proof of Claim | Massachusetts Department of Revenue | | cotem@dor.state.ma.us |
| Counsel for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Counsel for Baldor Specialty Foods, Inc. | McCarron & Diess | Gregory Brown | gbrown@mccarronlaw.com |
| Parties Who Filed Proof of Claim | Michelene Barrington | | michelenebarrington27@mail.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Minatreso Limited | Arch. Makariou III | fund@ict-group.com.cy |
| Parties Who Filed Proof of Claim | Minatreso Limited | | fund@ict-group.com.cy |
| Landlords | Mjd Holdings LLC | | durantepc@aol.com |
| Landlords | Mr 3629 Western Waveland, LLC | | jean@bonniemgmt.com; jfrank@fgllp.com; jkleinman@fgllp.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | MVOF L.P. | | admin@mvofmgt.com |
| Parties Who Filed Proof of Claim | Nassau Candy Distributors, Inc. | | les.stier@nassaucandy.com; joe.vanella@nassaucandy.com |
| Parties Who Filed Proof of Claim | Natalia Monegro Singh | | nataliamonegro1995@gmail.com |
| Parties Who Filed Proof of Claim | Nathan Victor | | nathanvictor2@gmail.com |
| Landlords | Nation Property Group, L.L.C | | jacqui@nationalplazas.com |
| Parties Who Filed Proof of Claim | Nation Property Group, L.L.C. | Lori Kapaldo | kapaldonspi@aol.com; GDH48@aol.com |
| Parties Who Filed Proof of Claim | National Grid | | apbankruptcy@nationalgrid.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Nazarov Levan | | levan.nazarov@gmail.com |
| Parties Who Filed Proof of Claim | Neal Pittman | | nealpittman85@gmail.com |
| Parties Who Filed Proof of Claim | New York City Department of Finance | | leungc@finance.nyc.gov |
| Governmental Entity | New York City Workforce Development Board | c/o Chris Neale, Director, Workforce Development Board | cneale@wkdev.nyc.gov |
| Governmental Entity | New York State Department of Labor | Richard Grossi | WARN@labor.ny.gov |
| Parties Who Filed Proof of Claim | New York State Department of Labor | | bankruptcy@labor.ny.gov |
| Counsel to ECA Buligo Nostrand Partners, LP | NEWMAN LAW GROUP, LTD. | Janice W. Newman | jnewman@newmanlawgroupltd.com |
| Parties Who Filed Proof of Claim | Nicole Muniz | | nicolemunizchv@gmail.com |
| Parties Who Filed Proof of Claim | Nixon Peabody LLP | | dallswang@nixonpeabody.com; dgerardi@nixonpeabody.com |
| Parties Who Filed Proof of Claim | Noma Erhabor | | ehabor27@gmail.com |
| Parties Who Filed Proof of Claim | NYS DEPARTMENT OF LABOR | | BANKRUPTCY@LABOR.NY.GOV |
| United States Trustee | Office of the U.S. Trustee | Mark Bruh, Greg Zipes, Tara Tiantian, Alaba Ogunleye | mark.bruh@usdoj.gov; Greg.Zipes@usdoj.gov; Tara.Tiantian@usdoj.gov; Alaba.Ogunleye@usdoj.gov |
| Parties Who Filed Proof of Claim | Ohio Department of Taxation | Bankruptcy Div. | bankruptcydivision@tax.state.oh.us |
| Affected Parties | Olender Feldman LLP / Nationwide Industrial Services, LLC | Attn: Kurt D. Olender | Kolender@olenderfeldman.com |
| Parties Who Filed Proof of Claim | On Target Staffing LLC | Andrew J. Kelly Esq./The Kelly Firm, P.C. | tgraga@kbtlaw.com |
| Parties Who Filed Proof of Claim | ONE ELEVEN THIRD LLC | | dennish@gouldlp.com |
| Landlords | One Eleven Third LLC | | willo@gouldlp.com |
| Landlords | One Eleven Third, LLC | | ggerson@jaspanllp.com |
| Parties Who Filed Proof of Claim | Opus Law Group PLLC | | ktherese@opuslawgroup.com |
| Landlords | PE 315 LLC | | isha@absons.com |
| Parties Who Filed Proof of Claim | Pepsi Beverage Sales, LLC f/k/a Bottling Group, LLC | c/o Joseph D. Frank, Carolyn Sucic | jfrank@fgllp.com; csucic@fgllp.com |
| Counsel for Horizon Group XVI, LLC | Perkins Coie LLP | Daniel Zazove | dzazove@perkinscoie.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for RCGT 2988-37, LLC, 271 Sea Breeze Development, LLC, and 5215 Properties, LLC | Pick & Zabicki LLP | Douglas J. Pick, Eric C. Zabicki | dpick@picklaw.net; ezabicki@picklaw.net |
| Landlords | Pilsen Gateway LLC | | esancen@cedarst.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Pinkback LLC | | victor@fortross.vc |
| Parties Who Filed Proof of Claim | Pinkback LLC | | victor@fortross.vc |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Pro-Motion Limited | | info@pro-motion.hk |
| Parties Who Filed Proof of Claim | PSE&G | | bankruptcy@pseg.com |
| Landlords | R.P. Fox Chicago LLC | | adriana@rpfox.com |
| Parties Who Filed Proof of Claim | RCGT 2988-37, LLC | | dpick@picklaw.net |
| Landlords | RCGT 2988-37, LLC | | samantha@ebccap.com; eric@ebccap.com |
| Parties Who Filed Proof of Claim | Reyes Coca-Cola Bottling LLC | Attn Credit Risk Management | creditriskmanagement@coke-bsna.com |
| Counsel for National Property Solutions, Inc. | Riker Danzig LLP | James B. Daniels, Tod S. Chasin | jbdaniels@riker.com; tchasin@riker.com |
| Parties Who Filed Proof of Claim | ROBERT LASKOWSKI | | rlaskowski@kelrun.com; rcl@roblaw.us |
| Parties Who Filed Proof of Claim | Roberto Hernandez | | rgardez@icloud.com |
| Counsel for 8904 5th Ave LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | A. Mitchell Greene, | amg@robinsonbrog.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Roger & Sons Inc. | | anthony@rogerandsons.net |
| Counsel for 221-06 Merrick Blvd. Associates, LLC | Rosenberg, Musso & Weiner, LLP | Bruce Weiner | bweiner@nybankruptcy.net |
| Parties Who Filed Proof of Claim | Rudolfo Mangino | | rudymangino@gmail.com |
| Parties Who Filed Proof of Claim | S16, LP | Anatoly Marin | mgmt@s16vc.com |
| Landlords | Saab Family Limited Partnership | | k.abusaab@gmail.com; clubsaab@aol.com |
| Counsel for National Industrial Supply, LLC | Saiber LLC | John M. August | jaugust@saiber.com |
| Interested Parties | Savio Andrew | | Savio.Andrew_Ex@Kdrp.com; Gourav.Sharma_Ex@Kdrp.com; Ankit.Rao_ex@Kdrp.com |
| Parties Who Filed Proof of Claim | SBT Venture Fund II, L.P. | | victor@fortross.vc |
| Holders of the 20 largest unsecured claims against Buyk Corp. | SBT Venture Fund II, L.P. (FRV) Ocorian Trust (Cayman) Limited | | yacovn@fortross.vc; egor@fortross.vc |
| Counsel to Creditor Grace Properties LLC | SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP | David L. Stevens | dstevens@scura.com |
| Counsel for Third and Bergen LLC | Seyfarth Shaw LLP | Edward M. Fox | emfox@seyfarth.com |
| Parties Who Filed Proof of Claim | Shameka Jones | | shameka_jones2008@yahoo.com |
| Landlords | Shanti Acquisition LLC | | admin@sbm-cgroup.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Sienia Construction Inc. | | sienia1@yahoo.com; sieniapeter@yahoo.com; |
| Counsel for 1937 Coney Island LLC | SINAYSKAYA YUNIVER P.C. | STEVEN YUNIVER | Steven@SYPCL.COM |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Smart Retail, LLC | | beloprosov@samokat.ru; lazarev@samokat.ru |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Smart Space LLC | | e.hudayan@corp.mail.ru; shashkov@corp.mail.ru; rodion@samokat.ru |
| Parties Who Filed Proof of Claim | Staples, Inc. | | Thomas.riggleman@staples.com |
| Counsel for Gateway Elton II LLC and BTM Development Partners, LLC | STARK & STARK, P.C. | Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com; jlemkin@stark-stark.com |
| Landlords | Strata Realty Corp. & 201 West 108 Street LLC | | garfielddevcorp@gmail.com; jgiampolo@rosenbergestis.com |
| Parties Who Filed Proof of Claim | Sweeney Property Group, L.L.C. | Lori Kapaldo | kapaldonspi@aol.com; GDH48@aol.com |
| Landlords | Sweeney Property Group, L.L.C. | | jacqui@nationalplazas.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Synapse Financial Technologies (S16, LP) | Attn: Leo Batalov | mgmt@s16vc.com |
| Counsel for 1368 Forest Avenue LLC | Tarter Krinsky & Drogin LLP | Jill Makower | jmakower@tarterkrinsky.com |
| Parties Who Filed Proof of Claim | TEXAS WORKFORCE COMMISSION | | bankruptcytax@oag.texas.gov |
| Counsel for On Target Staffing, LLC | THE KELLY FIRM, P.C. | Andrew J. Kelly | akelly@kbtlaw.com |
| Counsel for 356 Broadway Retail LLC | The Meyers Law Firm | c/o Glenn R. Meyers | themeyerslawfirm@gmail.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Landlords | Third And Bergen LLC | | molsoff@abingdon.us |
| Interested Parties | Travis Stier | | Travis.Stier@nassaucandy.com |
| Holders of the 20 largest unsecured claims against Buyk Corp. | Turdibekov Temur Nurlibekovich | | turdibekov@googlemail.com |
| Parties Who Filed Proof of Claim | Tysheem J. Bowman | | tybow510@gmail.com |
| Landlords | United Investors, Inc. As Agent for AG United Investors LP. | | jpadorr@seneca-re.com |
| Landlords | Unknown landlord | | Charles.aini@gmail.com |
| Governmental Entity | Valerie Rowan, Contributions Examiner II DETR – Employment Security Division Employer Account Services Unit | | varowan@detr.nv.gov |
| Parties Who Filed Proof of Claim | Wayne Smith | | ws2030514@gmail.com |
| Counsel for 1860 N. Milwaukee Comet LLC | Weinberg, Gross & Pergament LLP | Marc A. Pergament, Seth M. Choset, | mpergament@wgplaw.com; schoset@wgplaw.com |
| Parties Who Filed Proof of Claim | WEINBERGER BRETT | | bnweinberger@yahoo.com |
| Counsel for Unlimited Biking Micromobility LLC | WELTMAN & MOSKOWITZ, LLP | Attn: Michael L. Moskowitz, Melissa A. Guseynov | mlm@weltmosk.com; mag@weltmosk.com |
| Parties Who Filed Proof of Claim | Wendell Manifold | | wendellmanifold@yahoo.com |
| Parties Who Filed Proof of Claim | Workers Compensation Board of the State of New York | NYS Workers Compensation Board-Judgment | james.mcginn@wcb.ny.gov |
| Parties Who Filed Proof of Claim | Yajaira Bezares | | yajairabez@gmail.com |
| Noteholders | | | 77777777501@mail.ru |
| Noteholders | | | admin@mvofmgt.com |
| Noteholders | | | Andrew.davies@stanleydavis.co.uk |
| Noteholders | | | avemartin@gmail.com |
| Noteholders | | | BrettArmitage@bridgewaters.co.im |
| Noteholders | | | DaveGannon@bridgewaters.co.im; peterbrown@bridgewaters.co.im |
| Noteholders | | | dg@s16vc.com |
| Noteholders | | | dyachkovna1990@mail.ru |
| Noteholders | | | egor@fortross.vc |
| Noteholders | | | elizabeth_radchenko@hotmail.com |
| Noteholders | | | fedor@fortross.vc |
| Noteholders | | | fund@ict-group.com.cy |
| Noteholders | | | geoff@lvl1group.com |
| Noteholders | | | inquiry@malamet.com |
| Noteholders | | | kate@citius.vc |
| Noteholders | | | kirill@lvl1group.com |
| Noteholders | | | legal@fortross.vc |
| Noteholders | | | Leo.Batalov@dlapiper.com |
| Noteholders | | | Louis.Graham@trustcorpci.com |
| Noteholders | | | mgmt@s16vc.com |
| Noteholders | | | mike.peregudov@gmail.com |
| Noteholders | | | oleg@citius.vc |
| Noteholders | | | rbalbekov@icloud.com |
| Noteholders | | | Tatiana.Askarova@dlapiper.com |
| Noteholders | | | turdibekov@googlemail.com |
| Noteholders | | | vagan.khr@gmail.com |
| Noteholders | | | victor@fortross.vc |
| Noteholders | | | vmitroshenkova@icloud.com |
| Noteholders | | | yacovn@fortross.vc |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Unlimited Biking Micromobility LLC | WELTMAN & MOSKOWITZ, LLP | Attn: Michael L. Moskowitz, Melissa A. Guseynov | mlm@weltmosk.com; mag@weltmosk.com |