## UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. BUYK CORP §
§
§
Debtor(s) §

Case No. 22-10328

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2022

Petition Date: 03/17/2022

Months Pending: 6

Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:    Accrual Basis ⦿    Cash Basis ○

Debtor's Full-Time Employees (current):    4

Debtor's Full-Time Employees (as of date of order for relief):    6

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/James Walker
Signature of Responsible Party

09/15/2022
Date

James Walker
Printed Name of Responsible Party

360 w 31st 6th fl New York NY 10001
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name BUYK CORP                                                    Case No. 22-10328

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $917,921 | |
| b.  Total receipts (net of transfers between accounts) | $64,460 | $1,043,933 |
| c.  Total disbursements (net of transfers between accounts) | $114,543 | $1,153,534 |
| d.  Cash balance end of month (a+b-c) | $867,838 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $114,543 | $1,153,534 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $342,447 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $2,480,283 | |
| e.  Total assets | $22,806,245 | |
| f.  Postpetition payables (excluding taxes) | $1,671,842 | |
| g.  Postpetition payables past due (excluding taxes) | $1,671,842 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $1,671,842 | |
| k.  Prepetition secured debt | $4,752,723 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $82,023,211 | |
| n.  Total liabilities (debt) (j+k+l+m) | $88,447,776 | |
| o.  Ending equity/net worth (e-n) | $-65,641,531 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $616,446 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $616,446 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $202 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $202 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $303,623 | |
| f.  Other expenses | $3,002,616 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-3,306,038 | $-16,904,632 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  BUYK CORP                                                           Case No.  22-10328

## Part 5:  Professional Fees and Expenses

|  |  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | 0 | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  BUYK CORP                                          Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name  BUYK CORP                                    Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                               6

Debtor's Name  BUYK CORP                                                                Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  BUYK CORP                                                                    Case No.  22-10328

|   | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
|   | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,201 | $31,991 |
| d. | Postpetition employer payroll taxes paid | $3,201 | $31,991 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name BUYK CORP                                                    Case No. 22-10328

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /James Walker | James Walker |
| Signature of Responsible Party | Printed Name of Responsible Party |
| CEO | 09/15/2022 |
| Title | Date |

Debtor's Name BUYK CORP

Case No. 22-10328



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name BUYK CORP    Case No. 22-10328



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 31 Aug 2022

| Account | Account Code | Total |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Cash** | | |
| **Total for Cash** | | **0.00** |
| **Bank** | | |
| Investment Account Citi *4396 | 1011 | 44,383.10 |
| Operating Chase *6907 | 1012 | 118,749.71 |
| Savings Chase *2619 | 1015 | 704,705.70 |
| **Total for Bank** | | **867,838.51** |
| **Other current assets** | | |
| Auction Proceeds Receivable | 1116 | 342,446.83 |
| Employee Advance - Pre petition | 1150 - PP | 4,153.91 |
| Investments - Pre petition | 1951 - PP | 28,905.00 |
| Pre-paid Insurance | 1414 | 1,551.10 |
| Retainer - Legal services - Pre petition | 1440 - PP | 62,588.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| **Total for Other current assets** | | **1,612,444.84** |
| **Total for Current Assets** | | **2,480,283.35** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 40,000.00 |
| Right of use Assets - Leases - Pre petition | 1550 - PP | 969,461.33 |
| Utility Deposits - Pre petition | 1933 - PP | 23,506.70 |
| **Total for Other Assets** | | **11,107,368.03** |
| **Fixed Assets** | | |

| Account | Account Code | Total |
|---|---|---|
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -8,291.72 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Leasehold Improvements - Pre petition | 1540 - PP | 183,760.32 |
| Node Equipment - Pre petition | 1510 - PP | 6,497,805.97 |
| Node Shelving - Pre petition | 1514 - PP | 1,370,590.53 |
| Node Uniforms - Pre petition | 1513 - PP | 939,585.79 |
| **Total for Fixed Assets** | | **10,188,054.78** |
| **Total for Assets** | | **23,775,706.16** |

**Liabilities & Equities**

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| Accounts Payable | 2000 | 572,880.84 |
| Accounts Payable - Pre petition | 2000 - PP | 7,069,585.59 |
| Brex Credit Card | 2100 | 315,509.10 |
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | 1,098,961.28 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 969,461.33 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| **Total for Current Liabilities** | | **21,164,514.38** |

**Long Term Liabilities**

| | | |
|---|---|---|
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| **Total for Long Term Liabilities** | | **63,500,000.00** |

**Other Liabilities**

| | | |
|---|---|---|
| **Total for Other Liabilities** | | **0.00** |
| Legalist Secured Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| Legalist Secured Loan | | 0.00 |
| Accrued Interest | 2615-5 | 348,750.87 |
| Commitment Fee | 2615-1 | 178,750.00 |

| Account | Account Code | Total |
|---|---|---|
| Monitoring Fee | 2615-4 | 54,537.68 |
| Underwriting Fee | 2615-2 | 113,750.00 |
| Unused Fee | 2615-3 | 56,934.93 |
| **Total for Legalist Secured Loan** | | **752,723.48** |
| **Total for Liabilities** | | **89,417,237.86** |
| **Equities** | | |
| Opening Balance Offset | | -48,754,685.29 |
| Current Year Earnings | | -16,906,281.71 |
| Retained Earnings | 3020 | 19,435.30 |
| **Total for Equities** | | **-65,641,531.70** |
| **Total for Liabilities & Equities** | | **23,775,706.16** |

**Amount is displayed in your base currency **USD**

# Buyk Corp - Bankruptcy

## Profit and Loss

Basis: Accrual

From 01 Aug 2022 To 31 Aug 2022

| Account | Account Code | Total |
|---|---|---|
| **Operating Income** | | |
| Interest Income | 4050 | 202.27 |
| **Total for Operating Income** | | **202.27** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **202.27** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 233.37 |
| Computer software Expense | 7346 | 7,189.94 |
| Dues & Subscriptions | 7375 | 573.66 |
| Insurance | 7355 | 2,498.84 |
| Interest Expense | 8100 | 68,340.00 |
| Licenses and fees | 7895 | 19,746.58 |
| Professional Fees | 7300 | 10,000.00 |
| Rent Expense | | -1,661.00 |
| Travel | 7340 | 1,200.00 |
| Rent or Lease Expense - Node Related | | 0.00 |
| Node Property Rent | 6005 | 85,936.00 |
| Warehouse Rent | 6015 | 25,052.00 |
| **Total for Rent or Lease Expense - Node Related** | | **110,988.00** |
| Payroll - All | | 0.00 |
| Payroll - Admin | 7000 | 81,313.75 |
| Payroll Taxes - Administrative | 7100 | 3,200.82 |
| **Total for Payroll - All** | | **84,514.57** |
| **Total for Operating Expense** | | **303,623.96** |
| **Operating Profit** | | **-303,421.69** |

| Account | Account Code | Total |
|---|---|---|
| **Non Operating Income** | | |
| **Total for Non Operating Income** | | **0.00** |
| **Non Operating Expense** | | |
| Equipment Loss on Auction | 9877 | 106,043.70 |
| LI Loss on rejected leases | 9878 | 1,807,419.77 |
| Loss on Security Deposits | 9879 | 1,089,153.00 |
| **Total for Non Operating Expense** | | **3,002,616.47** |
| **Net Profit/Loss** | | **-3,306,038.16** |

**Amount is displayed in your base currency **USD**

| | | | |
|---|---|---|---|
| Alexandre Agaian | 8/12/2022 | 8,538 | salary |
| Alexandre Agaian | 8/26/2022 | 8,538 | salary |
| Olga Beliakova | 8/12/2022 | 6,865 | salary |
| Olga Beliakova | 8/12/2022 | 219 | reimbursement |
| Olga Beliakova | 8/26/2022 | 6,865 | salary |
| Olga Beliakova | 8/26/2022 | 354 | reimbursement |
| James Walker | 8/12/2022 | 18,750 | salary |
| James Walker | 8/12/2022 | 600 | reimbursement |
| James Walker | 8/26/2022 | 18,750 | salary |
| James Walker | 8/26/2022 | 1,413 | reimbursement |


**CHASE** ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 30, 2022 through August 31, 2022

Account Number:          **2619**

### CUSTOMER SERVICE INFORMATION

If you have any questions about·your
statement, please contact your
Customer Service Professional.



00021392 DDA 802 211 24422 NNNNNNNNNNN 1 000000000 61 0000
BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601

## SAVINGS SUMMARY

Premium Commercial Money Market

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$661,812.43** |
| Deposits and Additions | 3 | 42,893.27 |
| **Ending Balance** | 3 | **$704,705.70** |
| | | |
| Interest Paid This Period | | $202.27 |
| Interest Paid Year-to-Date | | $382.74 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$661,812.43** |
| 08/18 | Remote Online Deposit | 2 | **25,076.00** | 686,888.43 |
| 08/18 | Remote Online Deposit | 2 | **17,615.00** | 704,503.43 |
| 08/31 | Interest Payment | | **202.27** | 704,705.70 |
| | **Ending Balance** | | | **$704,705.70** |

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| | 08/01 | **TO** | 08/31 | **AT** | 0.35% |
|---|---|---|---|---|---|



July 30, 2022 through August 31, 2022

Account Number:                **2619**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

  • Your name and account number

  • The dollar amount of the suspected error

  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC



**CHASE** 🅾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 30, 2022 through August 31, 2022

Account Number.          6907

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.



00038577 WBS 802 211 24422 NNNNNNNNNNN 1 000000000 C2 0000
BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016

## Commercial Checking

### Summary

|                           | Number | Market Value/Amount | Shares |
|---------------------------|--------|---------------------|--------|
| Opening Ledger Balance    |        | $231,161.15         |        |
| Deposits and Credits      | 2      | $2,131.41           |        |
| Withdrawals and Debits    | 7      | $114,542.85         |        |
| Checks Paid               | 0      | $0.00               |        |
| **Ending Ledger Balance** |        | **$118,749.71**     |        |

### Deposits and Credits

| Ledger Date | Description | Amount |
|-------------|-------------|--------|
| 08/02 | Deposit     2025232759 | $470.41 |
| 08/05 | Orig CO Name:21 Penn Plaza Te     Orig ID:9352820192 Desc Date:220805 CO Entry Descr:Payments Sec:CCD     Trace#:021000023651432 Eed:220805  Ind ID:0Dgtp8080522003          Ind Name:Buyk Corp Nte*Zzz*0Dgtp8\ Tm: 2163651432Tc | 1,661.00 |
| **Total** | | **$2,131.41** |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|-------------|-------------|--------|
| 08/05 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date:     CO Entry Descr:EDI Paymtssec:CTX    Trace#:043000266060787 Eed:220805 Ind ID:787293347467          Ind Name:0007Buyk Groceries Tm: 2176060787Tc | $2,498.84 |
| 08/11 | Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0811B1Qgc05C005149 Trn: 3197472223Es YOUR REF:  CML OF 22/08/11 | 27,474.95 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

 CHASE

July 30, 2022 through August 31, 2022
**Account Number:**      6907

## Withdrawals and Debits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 08/11 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0811B1Qgc03C007169 Trn: 3198262223Es YOUR REF: CML OF 22/08/11 | 15,233.39 |
| 08/15 | Account Analysis Settlement Charge | 233.37 |
| 08/24 | Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0824B1Qgc07C005929 Trn: 3184252236Es YOUR REF: CML OF 22/08/24 | 29,423.00 |
| 08/24 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0824B1Qgc06C006217 Trn: 3184442236Es YOUR REF: CML OF 22/08/24 | 14,627.30 |
| 08/26 | Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Nationwide Industrial Supply LLC Butler NJ 07405 US Ref: Buyk Corp Imad: 0826B1Qgc07C011215 Trn: 3493402238Es YOUR REF: CML OF 22/08/26 | ·25,052.00 |
| **Total** | | **$114,542.85** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/02 | $231,631.56 | 08/15 | $187,852.01 |
| 08/05 | $230,793.72 | 08/24 | $143,801.71 |
| 08/11 | $188,085.38 | 08/26 | $118,749.71 |

Your service charges, fees and earnings credit have been calculated through account analysis.

Citibank CBO Services    022
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
    **4396**
**Statement Period**
Aug 1 - Aug 31, 2022
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
    Page 1  of  2

        BUYK CORP.
        360 W 31ST STREET  Floor 6
        NEW YORK          NY 10001

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$44,383.10** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

> As a reminder, for transactions made outside of the United States and its territories:  International Transaction Charge.  We will apply a foreign exchange fee equal to 2% of the transaction amount (including credit and reversals) for each debit card purchase or ATM withdrawal transaction (including those at Proprietary Citibank ATMs) made in a currency other than U.S. Dollars when the transaction is conducted outside the 50 United States and its territories.

## SUGGESTIONS AND RECOMMENDATIONS

Wire transfers in Croatian Kuna (HRK) will be discontinued November 13, 2022, as the country will replace HRK with the Euro (EUR) as its official legal tender. After this date you may send wire transfers to Croatia in Euros (EUR). Please contact your beneficiary to confirm their account has been converted to EUR before setting up a new payee. Please refer to your Account Documentation for any applicable wire fees and other terms.

## SERVICE CHARGE SUMMARY FROM JULY 1, 2022 THRU JULY 31, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #**   **4396** | | | |
| Average Daily Collected Balance | | | $24,947.80 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| 4396 | | | **Beginning Balance:** | $24,947.80 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $44,383.10 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01 | ELECTRONIC CREDIT<br>146070 BUYK CORP  FIX    146070    Aug 01 | | 19,435.30 | 44,383.10 |

BUYK CORP.

Account    4396    Page 2 of 2
Statement Period:  Aug 1 - Aug 31, 2022

000/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TTY: 800-945-0258) | |

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.