RIKER DANZIG LLP
James B. Daniels, Esq.
Tod S. Chasin. Esq.
500 Fifth Avenue, 49th Floor
New York, New York 10110
Telephone: (212) 302-6574
Facsimile: (212) 302-6628

*Counsel to National Property Solutions, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :  Chapter 11
Buyk Corp.[i]                                                    :
                                                                 :
                       Debtor.                                   :  Case No. 22-10328 (MEW)
                                                                 :
                                                                 :
---------------------------------------------------------------- x

**NOTICE OF HEARING TO CONSIDER FIRST AND FINAL APPLICATION OF
NATIONAL PROPERTY SOLUTIONS, INC. FOR AN ORDER (I) AWARDING
COMPENSATION AS COURT-APPOINTED AUCTIONEER PURSUANT TO 11 U.S.C.
§§ 327(a) AND 330 AND LOCAL BANKRUPTCY RULE 6005-1, AND
<u>(II) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE,** that, on October 6, 2022 at 2:00 p.m. (the "**Hearing Date**"), or as soon thereafter as counsel can be heard, a hearing (the "Hearing**"**) will be held remotely before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, Courtroom 617, 10004-1408, to consider the "First and Final Application Of National Property Solutions, Inc. For An Order (I) Awarding Compensation As Court-Appointed Auctioneer Pursuant to 11 U.S.C. §§ 327(a) and 330 and Local Bankruptcy Rule 6005-1, and (II) Granting Related Relief," dated September 19, 2022 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be (A) filed with the Court pursuant to the Court's Electronic Filing System Rules (General Order M-399), which, along with the User's Manual for the Electronic Case Filing System, can be found at the Court's web site; (B) be delivered to the Chambers of The Hon. Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004; and (C) must (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure, (iii) set forth the factual and legal basis for the objections, (iv) be filed with the Court (with one (1) copy to Chambers), and (v) be served so as to be received by the undersigned counsel for the applicant who is the subject of the objection; Windels Marx Lane & Mittendorf, LLP, counsel to the Debtor, 156 West 56th Street, New York, New York 10019 (Attn: James M. Sullivan, Esq.); and the Office of the United States Trustee, Attn: Mark Bruh, Esq., 201 Varick Street, Suite 1006, New York, NY 10014, so as to be received no later than September 29, 2022 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543, the Hearing will be conducted telephonically. Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances which are available at: http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19

**PLEASE TAKE FURTHER NOTICE** the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

Dated: September 19, 2022            RIKER DANZIG LLP
        New York, NY

                                     By:    /s/ James B. Daniels
                                               James B. Daniels, Esq.

                                          *Counsel to National Property Solutions, Inc.*

5379453v1

---

[i] The Debtor in this case, along with the last four digits of its federal tax identification number, is Buyk Corp. (1477). The Debtor's principal place of business is 245 East 93rd Street, Ste. 22E, New York, NY 10128.