# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   New York

In Re. BUYK CORP §
§                    Case No.  22-10328
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2022                    Petition Date: 03/17/2022

Months Pending: 7                    Industry Classification: | 4 | 4 | 4 | 5 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):                    4

Debtor's Full-Time Employees (as of date of order for relief):          6

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☒   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

_James Walker_
Signature of Responsible Party

10/14/2022
Date

James Walker
Printed Name of Responsible Party

360 w 31st 6th fl New York NY 10001
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name BUYK CORP                                                              Case No. 22-10328

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $867,838 | |
| b.   Total receipts (net of transfers between accounts) | $326,719 | $1,370,652 |
| c.   Total disbursements (net of transfers between accounts) | $133,706 | $1,287,240 |
| d.   Cash balance end of month (a+b-c) | $1,060,851 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $133,706 | $1,287,240 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    ( Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d    Total current assets | $2,272,798 | |
| e.   Total assets | $22,575,253 | |
| f.   Postpetition payables (excluding taxes) | $1,781,862 | |
| g.   Postpetition payables past due (excluding taxes) | $1,781,862 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $1,781,862 | |
| k.   Prepetition secured debt | $4,838,816 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $82,023,211 | |
| n.   Total liabilities (debt) (j+k+l+m) | $88,643,889 | |
| o.   Ending equity/net worth (e-n) | $-66,068,636 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $616,446 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $616,446 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $465 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $465 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $297,136 | |
| f.   Other expenses | $104,356 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-401,026 | $-17,307,307 |

UST Form 11-MOR (12/01/2021)                                        2

Debtor's Name  BUYK CORP                                                      Case No.  22-10328

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i | 0 |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name BUYK CORP                                                    Case No.  22-10328

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvii | | | | | | | |
| lxxxviii | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                5

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name  BUYK CORP                                                      Case No.  22-10328

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  BUYK CORP                                        Case No.  22-10328

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $2,916 | $34,907 |
| d. Postpetition employer payroll taxes paid | $2,916 | $34,907 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)        Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?        Yes ◉   No ○

d. Are you current on postpetition tax return filings?        Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?        Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?        Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)        Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?        Yes ○   No ○   N/A ◉

i. Do you have:        Worker's compensation insurance?        Yes ◉   No ○

  If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

  Casualty/property insurance?        Yes ◉   No ○

  If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

  General liability insurance?        Yes ◉   No ○

  If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?        Yes ○   No ◉

k. Has a disclosure statement been filed with the court?        Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?        Yes ◉   No ○

Debtor's Name  BUYK CORP                                                    Case No.  22-10328

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ James Walker
_____                          James Walker
Signature of Responsible Party                            Printed Name of Responsible Party

CEO
_____                          10/14/2022
Title                                                     Date

Debtor's Name  BUYK CORP                                                    Case No.  22-10328



PageOnePartOne



PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  BUYK CORP

Case No.  22-10328

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name BUYK CORP                                                                 Case No.  22-10328



PageThree



PageFour

# Buyk Corp - Bankruptcy

## Balance Sheet

Basis: Accrual

As of 30 Sep 2022

| Account | Account Code | Total |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Bank** | | |
| Investment Account Citi *4396 | 1011 | 24,983.00 |
| Operating Chase *6907 | 1012 | 69,099.22 |
| Savings Chase *2619 | 1015 | 966,769.41 |
| **Total for Bank** | | **1,060,851.63** |
| **Other current assets** | | |
| Employee Advance - Pre petition | 1150 - PP | 2,093.25 |
| Pre-paid Insurance | 1414 | 543.27 |
| Retainer - Legal services - Pre petition | 1440 - PP | 36,510.00 |
| Uniform in Transit - Pre petition | 1425 - PP | 1,172,800.00 |
| **Total for Other current assets** | | **1,211,946.52** |
| **Total for Current Assets** | | **2,272,798.15** |
| **Other Assets** | | |
| Custom Software - Pre petition | 1938 - PP | 10,000,000.00 |
| E-Bike Deposits - Pre petition | 1931 - PP | 74,400.00 |
| Rent Security Deposits - Pre petition | 1930 - PP | 40,000.00 |
| Right of use Assets - Leases - Pre petition | 1550 - PP | 969,461.33 |
| **Total for Other Assets** | | **11,083,861.33** |
| **Fixed Assets** | | |
| Accumulated Depreciation, Leasehold Improvements - Pre petition | 1640 - PP | -8,291.72 |
| Equipment Advance - Pre petition | 1519 - PP | 1,204,603.89 |
| Leasehold Improvements - Pre petition | 1540 - PP | 183,760.32 |
| Node Equipment - Pre petition | 1510 - PP | 6,497,805.97 |

| Account | Account Code | Total |
|---|---|---|
| Node Shelving - Pre petition | 1514 - PP | 1,370,590.53 |
| Node Uniforms - Pre petition | 1513 - PP | 939,585.79 |
| **Total for Fixed Assets** | | **10,188,054.78** |
| **Total for Assets** | | **23,544,714.26** |

**Liabilities & Equities**

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| Accounts Payable | 2000 | 577,880.84 |
| Accounts Payable - Pre petition | 2000 - PP | 7,069,585.59 |
| Brex Credit Card | 2100 | 315,509.10 |
| Loan Liability - Smart Retail LLC - Pre petition | 2460 - PP | 11,080,164.39 |
| Other Payables | 2540 | 1,203,981.28 |
| Sales Tax Payable | 2310 | -2,564.27 |
| Sales Tax Payable - Pre petition | 2310 - PP | 2,729.15 |
| Short Term Lease Liability - Pre petition | 2447 - PP | 969,461.33 |
| Withholding Tax Payable - Pre petition | 2440 - PP | 57,786.97 |
| **Total for Current Liabilities** | | **21,274,534.38** |

**Long Term Liabilities**

| | | |
|---|---|---|
| Convertible Stock - Pre petition | 3015 - PP | 63,500,000.00 |
| **Total for Long Term Liabilities** | | **63,500,000.00** |
| Legalist Secured Loan - Pre petition | 2615 - PP | 4,000,000.00 |
| Legalist Secured Loan | 2615 | 0.00 |
| Accrued Interest | 2615-5 | 415,733.37 |
| Commitment Fee | 2615-1 | 178,750.00 |
| Monitoring Fee | 2615-4 | 63,887.00 |
| Underwriting Fee | 2615-2 | 113,750.00 |
| Unused Fee | 2615-3 | 66,695.20 |
| **Total for Legalist Secured Loan** | **2615** | **838,815.57** |
| **Total for Liabilities** | | **89,613,349.95** |

**Equities**

| | | |
|---|---|---|
| Opening Balance Offset | | -48,780,763.29 |

| Account | Account Code | Total |
|---|---|---|
| Current Year Earnings | | -17,307,307.70 |
| Retained Earnings | 3020 | 19,435.30 |
| **Total for Equities** | | **-66,068,635.69** |
| **Total for Liabilities & Equities** | | **23,544,714.26** |

\*\*Amount is displayed in your base currency **USD**

# Buyk Corp - Bankruptcy

## Profit and Loss

Basis: Accrual

From 01 Sep 2022 To 30 Sep 2022

| Account | Account Code | Total |
|---|---|---|
| **Operating Income** | | |
| Interest Income | 4050 | 465.76 |
| **Total for Operating Income** | | **465.76** |
| **Cost of Goods Sold** | | |
| **Total for Cost of Goods Sold** | | **0.00** |
| **Gross Profit** | | **465.76** |
| **Operating Expense** | | |
| Bank Fees and Charges | | 4,474.76 |
| Citi Bank charges | 8010 | 17.00 |
| Dues & Subscriptions | 7375 | 249.43 |
| Insurance | 7355 | 11,666.46 |
| Interest Expense | 8100 | 66,982.50 |
| Licenses and fees | 7895 | 19,109.59 |
| Professional Fees | 7300 | 5,000.00 |
| Travel | 7340 | 1,200.00 |
| Rent or Lease Expense - Node Related | 6000 | 0.00 |
| Node Property Rent | 6005 | 30,020.00 |
| Warehouse Rent | 6015 | 75,000.00 |
| **Total for Rent or Lease Expense - Node Related** | **6000** | **105,020.00** |
| Payroll - All | 7000 | 0.00 |
| Payroll - Admin | 7000 | 80,500.87 |
| Payroll Taxes - Administrative | 7100 | 2,915.56 |
| **Total for Payroll - All** | **7000** | **83,416.43** |
| **Total for Operating Expense** | | **297,136.17** |
| **Operating Profit** | | **-296,670.41** |
| **Non Operating Income** | | |

| Account | Account Code | Total |
|---|---|---|
| **Total for Non Operating Income** | | **0.00** |
| **Non Operating Expense** | | |
| Equipment Loss on Auction | 9877 | 80,848.88 |
| Loss on Security Deposits | 9879 | 23,506.70 |
| **Total for Non Operating Expense** | | **104,355.58** |
| **Net Profit/Loss** | | **-401,025.99** |

\*\*Amount is displayed in your base currency **USD**

| | | | |
|---|---|---|---|
| Alexandre Agaian | 9/9/2022 | 8,538 | salary |
| Alexandre Agaian | 9/23/2022 | 8,538 | salary |
| Olga Beliakova | 9/9/2022 | 6,865 | salary |
| Olga Beliakova | 9/9/2022 | 195 | reimbursement |
| Olga Beliakova | 9/23/2022 | 6,865 | salary |
| Olga Beliakova | 9/23/2022 | 54 | reimbursement |
| James Walker | 9/9/2022 | 18,750 | salary |
| James Walker | 9/9/2022 | 600 | reimbursement |
| James Walker | 9/23/2022 | 18,750 | salary |
| James Walker | 9/23/2022 | 600 | reimbursement |

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

Account Number:                **2619**

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00021354 DDA 802 211 27422 NNNNNNNNNNN 1 000000000 61 0000

BUYK CORP
DIP
SAVINGS
99 PARK AVE
NEW YORK NY 10016-1601

---

## SAVINGS SUMMARY   Premium Commercial Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$704,705.70** |
| Deposits and Additions | 5 | 262,063.71 |
| **Ending Balance** | **5** | **$966,769.41** |
| Interest Paid This Period |  | $465.76 |
| Interest Paid Year-to-Date |  | $848.50 |



September 01, 2022 through September 30, 2022

Account Number:          ·'2619

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$704,705.70** |
| 09/02 | Book Transfer Credit B/O: National Property Solutions, Inc. Deerfield IL 60015-6009 US Ref: Final Buyk Bankruptcy Auction Settlement/Bnf/Final Buyk Bankruptcy Auc Tion Settlement Trn: 3125992245Es | 185,817.54 | 890,523.24 |
| 09/02 | Deposit     2036946475 | 37,819.44 | 928,342.68 |
| 09/12 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Best Buy Auctioneers Com Inc Holmdel, NJ 07733-1638 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac-▮▮▮▮8762 Rfb=O/B TD Bank, NA Obi=Commissions Imad: 0912Mmqfmpyq005551 Trn: 0731180255Ff | 28,091.83 | 956,434.51 |
| 09/12 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Best Buy Auctioneers Com Inc Holmdel, NJ 07733-1638 Ref: Chase Nyc/Ctr/Bnf=Buyk Corp New York NY 10016-1601 US/Ac▮▮▮▮8762 Rfb=O/B TD Bank, NA Obi=Buyers Prem Ium Imad: 0912Mmqfmpyq005543 Trn: 0730880255Ff | 9,869.14 | 966,303.65 |
| 09/30 | Interest Payment | 465.76 | 966,769.41 |
| | **Ending Balance** | | **$966,769.41** |

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

09/01    **TO**    09/30    **AT**    0.60%

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

EQUAL HOUSING LENDER  JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ⬛

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2022 through September 30, 2022

**Account Number:**  _    '6907

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00038295 WBS 802 211 27422 NNNNNNNNNNN  1 000000000 C2 0000
BUYK CORP
DIP
CHECKING
99 PARK AVE
NEW YORK NY 10016



## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $118,749.71 |  |
| Deposits and Credits | 5 | $84,038.72 |  |
| Withdrawals and Debits | 8 | $133,689.21 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$69,099.22** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/02 | Deposit    2036946476 | $134.83 |
| 09/07 | Chips Credit Via: The Bank of New York Mellon/0001 B/O: Buyk Gmbh I.G./DE/10369 Berlin Ref: Nbnf=Buyk Corp New York NY 10016-1601 US/Ac-███████7260 Org=/DE301009 00002885510003/DE/10369 Berlin Ogb= Berliner Volksbank Eg Berlin German Y DE Obi=Account Closure Bbi=/Ocmt/Eur24855,81/Exch/0,996/Bnf/Less Fee S Ssn: 0081369 Trn: 0177740250Fc YOUR REF:  DZ220902ZIK06745 | 24,701.50 |
| 09/19 | Deposit    2025229983 | 3.99 |
| 09/20 | Chips Credit Via: Citibank N.A./0008 B/O: Buyk Corp. 10001 Ref: Nbnf=Buyk Corp New York NY 10016-1601 US/Ac██████7260 Org=/00686982 4396 10001 Ogb=Citibank NA USA Bbi=/Chgs/USD0,00/Ocmt/USD21443,76/Exch/1,0/Bnf/Buyk Corp. Ssn: 0390148 Trn: 0904190263Fc YOUR REF:  O/B CITIBANK NYC | 21,443.76 |
| 09/26 | Deposit    2025229985 | 37,754.64 |
| **Total** |  | **$84,038.72** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**CHASE** 

September 01, 2022 through September 30, 2022

**Account Number:** ˍ          6907

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/01 | Orig CO Name:Brown & Brown IN     Orig ID:2472319830 Desc Date:220831 CO Entry Descr:Payments Sec:CCD     Trace#:104000010589830 Eed:220901 Ind ID:9506911          Ind Name:Buyk Corp Trn: 2440589830Tc | $37,757.64 |
| 09/07 | Online Domestic Wire Transfer Via: Pncbank Pitt▮▮▮0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0907B1Qgc03C010274 Trn: 3282502250Es YOUR REF: CML OF 22/09/07 | 27,980.06 |
| 09/07 | Online Domestic Wire Transfer Via: Bk Amer Nyc▮▮▮9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0907B1Qgc06C007272 Trn: 3283152250Es YOUR REF: CML OF 22/09/07 | 14,174.67 |
| 09/08 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date:     CO Entry Descr:EDI Paymtssec:CTX     Trace#:043000263746151 Eed:220908 Ind ID:787293352203          Ind Name:0007Buyk Groceries Trn: 2513746151Tc | 5,734.40 |
| 09/13 | Orig CO Name:Trustee Insuranc     Orig ID:9215986202 Desc Date:220913 CO Entry Descr:Sale     Sec:CCD     Trace#:021000025114168 Eed:220913 Ind ID:          Ind Name:Buyk Corp Trn: 2555114168Tc | 5,063.05 |
| 09/15 | Account Analysis Settlement Charge | 268.26 |
| 09/22 | Online Domestic Wire Transfer Via: Bk Amer Nyc▮▮▮9593 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Tax Imad: 0922B1Qgc05C008102 Trn: 3213772265Es YOUR REF: CML OF 22/09/22 | 14,174.71 |
| 09/22 | Online Domestic Wire Transfer Via: Pncbank Pitt▮▮▮0096 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 146070 Imad: 0922B1Qgc08C012589 Trn: 3214322265Es YOUR REF: CML OF 22/09/22 | 28,536.42 |
| **Total** | | **$133,689.21** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/01 | $80,992.07 | 09/15 | $52,607.96 |
| 09/02 | $81,126.90 | 09/19 | $52,611.95 |
| 09/07 | $63,673.67 | 09/20 | $74,055.71 |
| 09/08 | $57,939.27 | 09/22 | $31,344.58 |
| 09/13 | $52,876.22 | 09/26 | $69,099.22 |

Your service charges, fees and earnings credit have been calculated through account analysis.

Citibank CBO Services     022

P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
`4396
**Statement Period**
Sep 1 - Sep 30, 2022
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

BUYK CORP.
360 W 31ST STREET   Floor 6
NEW YORK              NY 10001

---

## CitiBusiness® ACCOUNT AS OF SEPTEMBER 30, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $24,983.00 |
| **Savings** | ----- |
| **Checking Plus** | ----- |

As a reminder, for transactions made outside of the United States and its territories:  International Transaction Charge.  We will apply a foreign exchange fee equal to 2% of the transaction amount (including credit and reversals) for each debit card purchase or ATM withdrawal transaction (including those at Proprietary Citibank ATMs) made in a currency other than U.S. Dollars when the transaction is conducted outside the 50 United States and its territories.

---

## SUGGESTIONS AND RECOMMENDATIONS

Wire transfers in Croatian Kuna (HRK) will be discontinued November 13, 2022, as the country will replace HRK with the Euro (EUR) as its official legal tender. After this date you may send wire transfers to Croatia in Euros (EUR). Please contact your beneficiary to confirm their account has been converted to EUR before setting up a new payee. Please refer to your Account Documentation for any applicable wire fees and other terms.

---

## SERVICE CHARGE SUMMARY FROM AUGUST 1, 2022 THRU AUGUST 31, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #        `4396** | | | |
| Average Daily Collected Balance | | | $44,383.10 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH **WAIVE | 1 | .4500 | 0.45 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| .4396 | | | **Beginning Balance:** | $44,383.10 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $24,983.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/01 | ELECTRONIC CREDIT<br>146070 BUYK CORP  FIX      146070      Sep 01 | | 2,060.66 | 46,443.76 |
| 09/20 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 17.00 | | 46,426.76 |

BUYK CORP.                              Account        4396          Page 2 of 2          000/R1/04F000
                                        Statement Period:  Sep 1 - Sep 30, 2022

## CHECKING ACTIVITY                                                              **Continued**

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 09/20 | CBUSOL TRANSFER DEBIT<br>WIRE TO Buyk Corp | 21,443.76 | | 24,983.00 |
| | **Total Debits/Credits** | **21,460.76** | **2,060.66** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.