UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                                               Chapter 7

BUYK CORP.,                                                                  Case No. 22-10328 (MEW)

                Debtor.
-----------------------------------------------------------x

## ORDER APPROVING THE RETENTION OF RK CONSULTANTS, LLC, AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE

Upon the Notice of Presentment of the application ("Application")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Buyk Corp. ("Debtor"), seeking entry of an Order, pursuant to Bankruptcy Code section 327(a), approving the retention of RK Consultants, LLC ("RK), as accountants to the Trustee, effective as of the Retention Date of January 27, 2023; and upon the Declaration of Brian Ryniker, which is annexed to the Application filed on February 14, 2023; and no objections having been filed or received by the Trustee on or before the objection deadline of March 6, 2023, or at any time thereafter; and the Court being satisfied that: (i) RK neither represents nor holds any interest adverse to the Trustee or to the estate; (ii) RK is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14); and (iii) the retention of RK is necessary and would be in the best interests of the Debtor's estate; it is now hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that in accordance with Bankruptcy Code section 327(a), the Trustee is authorized and approved to retain RK as his accountants to provide the following services:

---

[1] Capitalized terms not otherwise defined herein shall have the definitions escribed to them in the Application.

    i.    Assist the Trustee in the review of the Debtor's books and records, specifically to determine whether there are any other chapter 5 avoidance claims to pursue in addition to those already pending with the Court;

    ii.    Prepare the tax returns, forms and reports required to be filed by the Debtor including, but not limited to, Federal and multiple state income tax returns, complying with foreign reporting requirements, sales and use tax returns, employment tax returns and other local personal property tax returns;

    iii.    Review previously filed Federal, state and local income tax returns;

    iv.    Review and analyzing tax issues as they may arise;

    v.    Review notice received from the Internal Revenue Service and other state or local tax authorities; and

    vi.    Assist with the analysis of the claims filed against the Debtor's estate; and

    vii.    Performing such other accounting services as the Trustee may deem necessary herein to fulfill his statutory duties for administration of the estate; and, it is further

**ORDERED**, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and it is further

**ORDERED**, that RK shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and applicable law; and it is further

**ORDERED**, that prior to any increases in RK's rates for any individual of RK and providing services in this case, RK shall file a supplemental affidavit with the Bankruptcy Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Bankruptcy section 330(a)(3)(F) and state whether the Trustee has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Bankruptcy Code section 330.

Dated: March 14, 2023
      New York, New York

                                                        **s/Michael E. Wiles**
                                                        Honorable Michael E. Wiles
                                                        United States Bankruptcy Judge

NO OBJECTION:

William K. Harrington
United States Trustee for Region 2

By    *Andrea B. Schwartz*
        Andrea B. Schwartz, Trial Attorney