UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BUYK CORP., | Case No. 22-10328 (MEW) |
| Debtor. | |

----------------------------------------------------------x

### ORDER RECLASSIFYING CLAIM NUMBER 93 FILED BY YAJAIRA BEZARES TO A GENERAL UNSECURED CLAIM

Upon consideration of the motion [ECF No. 645] ("Motion")[1] of Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee ("Trustee") of the estate of Buyk Corp. ("Debtor"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to Bankruptcy Rule 3007 and Bankruptcy Code sections 501, 502 and 507, reclassifying claim number 93 filed by Yajaira Bezares to a general unsecured claim, and for such other, further and different relief as this Court deems just and proper; and upon the Motion having been served on all necessary parties with an affidavit of service having been electronically filed with the Court [ECF No. 648]; and there having been due and sufficient notice of the Motion and the opportunity for a hearing thereon; and there being no opposition to the relief sought in the Motion; and upon the Certificate of No Objection dated June 9, 2025 [ECF No. 651]; and no additional notice of hearing being required; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtor's

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

estate, its creditors and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that claim number 93 filed by Yajaira Bezares is hereby reclassified to a general unsecured claim; and, it is further

**ORDERED**, that the Trustee reserves his rights to object to any claim, including any amendment to a claim or any newly filed claim, asserted against the Debtor's estate; and, it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order; and, it is further

**ORDERED,** that the Trustee is authorized to do such things, take such steps and perform such acts as may be reasonably necessary to implement and effectuate the terms of this Order; and, it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Order.

Dated: New York, New York
June 9, 2025

/s/ **Michael E. Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE