UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re:

Buyk Corp.                                                                Case No. 22-10328 (MEW)
Chapter 7

## Fees Due and Payable to the Court

A review of the docket by the clerk's office indicates that the following fees have not yet been paid and, therefore, must be promptly paid in full to the *Clerk, United States Bankruptcy Court*:

1) Filing of complaint commencing an adversary proceeding:

| Caption | Adv. Pro. Number | Date Filed | Amount Due |
|---|---|---|---|
| See Attached List of Adversary Proceeding Cases | | | |
| | | | |
| Salvatore LaMonica v. Bimmy's LLC | 24-1326 | 03/08/2024 | $350.00 |
| Salvatore LaMonica v. Ecomeal Organic, Inc. | 24-1327 | 03/08/2024 | $350.00 |
| Salvatore LaMonica v. KeHe Distributors LLC | 24-1328 | 03/08/2024 | $350.00 |
| Salvatore LaMonica v. United HealthCare Services, Inc. et al. | 24-1329 | 03/08/2024 | $350.00 |
| Salvatore LaMonica v. J & J Farms Creamery, Inc. | 24-1330 | 03/08/2024 | $350.00 |
| Salvatore LaMonica v. Nassau Provisions Kosher Foods Inc. | 24-1331 | 03/08/2024 | $350.00 |

**TOTAL: $2,100.00**

Date: September 8, 2025
New York, New York

/s/ Anatin Rouzeau
Deputy Clerk